## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

JANET SIHLER, Individually and On Behalf of All Others Similarly Situated; CHARLENE BAVENCOFF, Individually and On Behalf of All Others Similarly Situated,

*Plaintiffs*,

v.

GLOBAL E-TRADING, LLC DBA CHARGEBACKS911, GARY CARDONE, MONICA EATON,

*Defendants.*

Case No.: 8:23-CV-01450-VMC-LSG

### DECLARATION OF ANTHONY SAMPSON IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR EXTENSION OF DISCOVERY DEADLINE AS TO ONE DISCRETE CATEGORY OF EVIDENCE

I, Anthony Sampson, do hereby declare as follows:

1. I am an attorney at Kneupper & Covey PC, counsel for Janet Sihler, Charlene Bavencoff, and the Class. I am licensed to practice law in the States of New York and Texas. I make this declaration to the best of my knowledge, information, and belief of the facts stated herein.

2. On October 2, 2024, Kneupper & Covey filed in the United States District Court for the Western District of Washington a motion to compel Microsoft to comply with a subpoena issued by the Plaintiffs to Microsoft for certain conversations on the Skype messaging platform involving David Flynn and the Defendants in this action or individuals who were employed by or associated with the Defendants in this action.

1

*See In re Microsoft Corporation*, 2:24-mc-00062-TL (W.D. Wash. Oct. 2, 2024), ECF No. 1.

3.  On October 24, 2024, Microsoft, through counsel, filed an opposition to Plaintiffs' Motion to Compel.

4.  The motion to compel compliance with the Microsoft Subpoena was fully submitted on October 31, 2024.

5.  On December 20, 2024, the United States District Court for the Western District of Washington granted Plaintiffs' motion to compel and directed Microsoft to produce responsive documents by January 3, 2025. *See In re Microsoft Corporation*, ECF No. 8.

6.  On December 23, 2024, counsel for Microsoft requested from Plaintiffs an extension of time to comply with the court's order directing it to produce responsive documents. Counsel for Plaintiffs responded on December 24, 2024, and explained that Plaintiffs could not consent to an extension of Microsoft's time for compliance due to the January 15, 2025 discovery deadline in this action. Later on December 24, 2024, counsel for Microsoft reiterated its request for additional time to comply. On December 26, 2024, counsel for Plaintiffs again explained that they could not consent to an extension because of the need to comply with this Court's deadline. A true and correct copy of the email exchange between counsel for Microsoft and counsel for Plaintiffs is attached hereto as Exhibit A. For clarity, other messages in the thread have been removed.

2

7. On December 24, 2024, Mr. Flynn informed Plaintiffs' counsel that he had sent select Skype conversations to Plaintiffs' vendor for processing.

8. Microsoft did not produce documents on January 3, 2025. Instead, Microsoft moved for reconsideration of the court's order. *See In re Microsoft Corporation*, ECF No. 9.

9. On January 8, 2025, Plaintiffs' counsel conferred with counsel for Microsoft via video and teleconference regarding Microsoft's noncompliance with the Court's Order. Counsel for the Petitioners requested that Microsoft identify which portions of Mr. Flynn's consent form were inaccurate or whether Mr. Flynn could verify his identity through other methods. Petitioners' counsel suggested that Microsoft could confirm that Mr. Flynn owned the Skype account in question by reviewing the communications for conversations or participants that matched those known to involve Mr. Flynn or referencing logins from Mr. Flynn's IP address. Microsoft did not agree to any of Plaintiffs' proposed resolutions.

10. Plaintiffs opposed Microsoft's motion for reconsideration on January 13, 2025. *See In re Microsoft Corporation*, ECF No. 12.

11. On January 15, 2025, the United States District Court for the Western District of Washington denied Microsoft's motion for reconsideration and ordered Microsoft to produce documents responsive to Plaintiffs' subpoena within fourteen days. *See In re Microsoft Corporation*, ECF No. 13.

I declare and state under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this Declaration was executed this 15th day of January 2025, in Houston, Texas

/s/ Anthony Sampson

Anthony Sampson, Declarant

# Exhibit A



Anthony Sampson <anthony@kneuppercovey.com>

## Sihler - Microsoft's Request for Extension of Time to Oppose MTC

Anthony Sampson <anthony@kneuppercovey.com>                                    Thu, Dec 26, 2024 at 4:06 PM
To: "Murphy, Mark" <MarkMurphy@dwt.com>
Cc: "Wasserstein, Charlotte" <CharlotteWasserstein@dwt.com>, "elyssa@kneuppercovey.com" <elyssa@kneuppercovey.com>, "caitlin@kneuppercovey.com" <caitlin@kneuppercovey.com>, "Howard, Jim" <JimHoward@dwt.com>, "Heliszkowski, Beatriz" <BeatrizHeliszkowski@dwt.com>, "Eppenauer, Alex" <AlexEppenauer@dwt.com>, Kevin Kneupper <kevin@kneuppercovey.com>, Cyclone Covey <cyclone@kneuppercovey.com>, Lorraine Weekes <lorraine@kneuppercovey.com>, "Gamboa, James" <JamesGamboa@dwt.com>

Hi, Mark.

We understand that the court ordered an expeditious turnaround, and we're not trying to make things difficult or unreasonable. In the underlying action, however, the close of discovery was extended only to January 15, 2025, and the Court was clear that it "will not extend the discovery deadline any further." Because of that deadline and the fact that Microsoft will be producing documents that still will need to be processed by Epiq, we simply are not able to agree to an extension as that would jeopardize our ability to comply with the discovery deadline in the underlying case.

Take care,

Anthony

On Tue, Dec 24, 2024 at 6:15 PM Murphy, Mark <MarkMurphy@dwt.com> wrote:

> Hi, Anthony.
>
> We hope you will reconsider, as there is likely just not enough time to pull this together, even before considering the time of year.
>
> Mark

**Mark Murphy**
**Attorney,** Davis Wright Tremaine LLP

**P** 202.973.4227   **E** markmurphy@dwt.com
**A** 1301 K Street NW, Suite 500 East, Washington, D.C. 20005

**DWT.COM**

**From:** Anthony Sampson <anthony@kneuppercovey.com>
**Sent:** Tuesday, December 24, 2024 1:56 PM
**To:** Murphy, Mark <MarkMurphy@dwt.com>
**Cc:** Wasserstein, Charlotte <CharlotteWasserstein@dwt.com>; elyssa@kneuppercovey.com; caitlin@kneuppercovey.com; Howard, Jim <JimHoward@dwt.com>; Heliszkowski, Beatriz

1/12/25, 4:22 PM
Case 8:23-cv-01450-VMC-LSG    Document 210-1    Filed 01/15/25    Page 7 of 7 PageID
Kneupper & Covey LLC Mail - Sihler - Microsoft's Request for Extension of Time to Oppose MTC
5524

<BeatrizHeliszkowski@dwt.com>; Eppenauer, Alex <AlexEppenauer@dwt.com>; Kevin Kneupper <kevin@kneuppercovey.com>; Cyclone Covey <cyclone@kneuppercovey.com>; Lorraine Weekes <lorraine@kneuppercovey.com>; Gamboa, James <JamesGamboa@dwt.com>
**Subject:** Re: Sihler - Microsoft's Request for Extension of Time to Oppose MTC

[EXTERNAL]

Hi, Mark.

Unfortunately, the amended deadline for discovery in the underlying action is coming up. Because of that deadline and the fact that Epiq will have to process and filter the data before sending it to us, we are not in a position to agree to an extension of the court's order.

Take care,

Anthony

On Mon, Dec 23, 2024 at 9:03 PM Murphy, Mark <MarkMurphy@dwt.com> wrote:

> Hi, Anthony.
>
> Microsoft has received the court's December 20 order. Given the short time frame for compliance and the intervening holidays, would you be willing to extend the deadline by another two weeks?
>
> Mark

**Mark Murphy**
**Attorney,** Davis Wright Tremaine LLP

**P** 202.973.4227   **E** markmurphy@dwt.com
**A** 1301 K Street NW, Suite 500 East, Washington, D.C. 20005

**DWT.COM**

**From:** Anthony Sampson <anthony@kneuppercovey.com>
**Sent:** Thursday, October 31, 2024 9:15 PM
**To:** Wasserstein, Charlotte <CharlotteWasserstein@dwt.com>
**Cc:** elyssa@kneuppercovey.com; caitlin@kneuppercovey.com; Murphy, Mark <MarkMurphy@dwt.com>; Howard, Jim <JimHoward@dwt.com>; Heliszkowski, Beatriz <BeatrizHeliszkowski@dwt.com>; Eppenauer, Alex <AlexEppenauer@dwt.com>; Kevin Kneupper <kevin@kneuppercovey.com>; Cyclone Covey <cyclone@kneuppercovey.com>; Lorraine Weekes <lorraine@kneuppercovey.com>; Gamboa,