# EXHIBIT 1
# Filed Sealed

# EXHIBIT 2
# Filed Sealed

# EXHIBIT 3

12/2/22, 12:43 PM                                    Archived conversations

melflipski  7/29/2020, 3:36:11 PM
So equally guilty party on missing you guys

melflipski  7/29/2020, 3:36:03 PM
I just saw I had a VM from David though

melflipski  7/29/2020, 3:35:56 PM
Welcome bacckkkkk

instantlyfamous  7/29/2020, 3:35:41 PM
I'm back

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  7/28/2020, 9:46:47 AM
<addmember><eventtime>1595944007516</eventtime><initiator>8:melflipski</initiator>
<target>8:live:m.jacula</target></addmember>

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  7/28/2020, 9:46:39 AM
<deletemember><eventtime>1595944000048</eventtime><initiator>8:melflipski</initiator>
<target>8:live:n.carroll_6</target></deletemember>

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  7/28/2020, 9:40:25 AM
<addmember><eventtime>1595943625705</eventtime><initiator>8:melflipski</initiator>
<target>8:instantlyfamous</target></addmember>

melflipski  7/28/2020, 9:40:06 AM
Opps and I accidentally removed Rick if we can add him back LOL

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  7/28/2020, 9:39:53 AM
<deletemember><eventtime>1595943593956</eventtime><initiator>8:melflipski</initiator>
<target>8:live:m.jacula</target></deletemember>

melflipski  7/28/2020, 9:39:43 AM
Can we PLEASE get these credentials updated!

melflipski  7/28/2020, 9:39:28 AM
Hey Guys

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  7/28/2020, 9:39:25 AM
<addmember><eventtime>1595943565643</eventtime><initiator>8:melflipski</initiator>
<target>8:live:m.jacula</target></addmember>

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  7/28/2020, 9:39:20 AM
<deletemember><eventtime>1595943560518</eventtime><initiator>8:melflipski</initiator>
<target>8:instantlyfamous</target></deletemember>

Sihler-01378

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  7/28/2020, 9:39:17 AM
<deletemember><eventtime>1595943557674</eventtime><initiator>8:melflipski</initiator>
<target>8:brandontfigueroa</target></deletemember>

live:n.carroll_6  5/13/2020, 2:07:27 PM
Hey David,

Seeing that big influx of new traffic in your CRM. I trust that these are coming through today
for those sales URLs, but also wanted to be sure that we were getting all of the credentials for
the MIDs added after these as well. Don't want all that traffic sitting out there unprotected.

melflipski  5/12/2020, 7:53:19 PM
Def want to make sure you have the coverage you need as you scale

melflipski  5/12/2020, 7:53:09 PM
Hey Guys! <at id="8:xcellent.choice">David</at>, can you get those asap so that your
account can be all set?

live:n.carroll_6  5/12/2020, 12:54:20 PM
<quote author="live:n.carroll_6" authorname="Nick Carroll" timestamp="1588950358"
conversation="19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype"
messageid="1588950358135" cuid="11989731554887367238"><legacyquote>[1588950358]
Nick Carroll: </legacyquote>Hi David:

These are the outstanding items preventing MID integration. Know I followed up on those
yesterday so apologies if this is a nag, but want to be sure I'm not letting these lag for you. Let
me know if you'd like me to send back that spreadsheet on telegram so you have those mids in
front of you!

Sales URLs. We just need to confirm the sales pages for your sites so we're referencing the
correct info as we're pulling these chargebacks. That wasn't included on the spreadsheet you
had sent over.

Finally, we're seeing a few things on the spreadsheet I just wanted to confirm.

MIDS:
8867979704016852
8867979704016611
8867979704016625

these are all listed as terminated so we're holding off on these for now? If not we will need
Gateway access for these as well.

MID: 8867979704016809

Currently in test mode, no sales to speak of. Just wanted to see if we anticipate sending this
live or if this one is gonna stay this way.

MIDs:
8867979704016828

Sihler-01379

12/2/22, 12:43 PM                                     Archived conversations

8867979704016734

These have no valid Processor Password so we'd need those<legacyquote>

<<< </legacyquote></quote>Last Item we were waiting on from this one was all of the sales
URLs to finalize that integration

xcellent.choice  5/12/2020, 12:48:42 PM
We also are starting to implement PAAY 3DS so not sure how that effects the auto-refunding

xcellent.choice  5/12/2020, 12:48:21 PM
I'm not seeing any of the new MIDS in our CB911 back office. Are you receiving chargebacks
from those accounts and are we setup on alerts with them?

xcellent.choice  5/12/2020, 12:47:46 PM
Thanks Nick. Going through these now.

live:n.carroll_6  5/12/2020, 12:31:18 PM
Ok so, will fully admit this was not painless to get. But I was able to use your transactions in
the closed gateway and our CB file and put together a spreadsheet that includes all of the
customers as well as the information they provided at the time of sale.

This unfortunately doesn't include your internal order number as that wasn't present in the
gateway when the order was placed. I know our current permissions for your CRM don't allow
for exporting any data, but if you have those internally you should be able to match up these
e-mail addresses to your orders fairly quick. You also have the e-mails in a column ready to
rock if you wanted to use that to reach out to the customers

live:n.carroll_6  5/12/2020, 12:31:17 PM
<URIObject uri="https://api.asm.skype.com/v1/objects/0-eus-d2-
94fd91def96da25fdef306899f6b2ac1" url_thumbnail="https://api.asm.skype.com/v1/objects/0-
eus-d2-94fd91def96da25fdef306899f6b2ac1/views/original" type="File.1" doc_id="0-eus-d2-
94fd91def96da25fdef306899f6b2ac1">To view this file, go to: <a
href="https://login.skype.com/login/sso?go=webclient.xmm&docid=0-eus-d2-
94fd91def96da25fdef306899f6b2ac1">https://login.skype.com/login/sso?
go=webclient.xmm&docid=0-eus-d2-94fd91def96da25fdef306899f6b2ac1</a><OriginalName
v="Brightree Discover.xlsx"></OriginalName><FileSize v="47723"></FileSize></URIObject>

live:n.carroll_6  5/11/2020, 8:39:38 PM
Hi David,

Yes we saw those come through I believe we had a bit less than 30 of those coming through
(again some of those were status updates along the way, I believe). Regarding the order
numbers, that's one I can take a look at in the exports from Nuvei to see if that info is provided
for me to just throw together a spreadsheet for you. If not, I might have to make that myself
tomorrow. I'll keep you posted.

xcellent.choice  5/11/2020, 5:03:16 PM

Sihler-01380

12/2/22, 12:43 PM                                        Archived conversations

Looks like over 30 discover chargebacks came in on 5/6. Are you seeing all of those? What's
the easiest way to get a list with order numbers so we can have our call center start calling
them? Definitely need to get to the bottom of this and stop nuvei.

xcellent.choice 5/8/2020, 1:51:54 PM
SERJIO GUTIERREZ ,

Your account has been debited by the adjustment amount because:
Incorrect account number or incorrect amount was billed. Supply sales ticket showing correct
account number and/or correct amount billed.

MERCHANT INFORMATION:
Business Name: KETO BOOSTER SLIM COLLAGE
Merchant Number: 8867979704016814
Contact Name: SERJIO GUTIERREZ

CHARGEBACK INFORMATION:
Case Number: 2020128006487
Card Number: 434769XXXXXX7848
Transaction Date: 05/02/2020
Disputed Amount: 192.71

xcellent.choice 5/8/2020, 1:51:47 PM
ERJIO GUTIERREZ ,

Your account has been debited by the adjustment amount because:
Incorrect account number or incorrect amount was billed. Supply sales ticket showing correct
account number and/or correct amount billed.

MERCHANT INFORMATION:
Business Name: KETO BOOSTER SLIM COLLAGE
Merchant Number: 8867979704016814
Contact Name: SERJIO GUTIERREZ

CHARGEBACK INFORMATION:
Case Number: 2020128006517
Card Number: 474476XXXXXX4944
Transaction Date: 05/02/2020
Disputed Amount: 158.71

xcellent.choice 5/8/2020, 1:51:37 PM
SERJIO GUTIERREZ ,

Your account has been debited by the adjustment amount because:
Incorrect account number or incorrect amount was billed. Supply sales ticket showing correct
account number and/or correct amount billed.

MERCHANT INFORMATION:
Business Name: KETO BOOSTER SLIM COLLAGE
Merchant Number: 8867979704016814

Sihler-01381

12/2/22, 12:43 PM                                          Archived conversations

Contact Name: SERJIO GUTIERREZ

CHARGEBACK INFORMATION:
Case Number: 2020128006443
Card Number: 407166XXXXXX4784
Transaction Date: 05/02/2020
Disputed Amount: 190.75

xcellent.choice  5/8/2020, 1:51:29 PM
SERJIO GUTIERREZ ,

Your account has been debited by the adjustment amount because:
Incorrect account number or incorrect amount was billed. Supply sales ticket showing correct
account number and/or correct amount billed.

MERCHANT INFORMATION:
Business Name: KETO BOOSTER SLIM COLLAGE
Merchant Number: 8867979704016814
Contact Name: SERJIO GUTIERREZ

CHARGEBACK INFORMATION:
Case Number: 2020128006391
Card Number: 414740XXXXXX2891
Transaction Date: 05/02/2020
Disputed Amount: 197.70
Description: Incorrect amount

xcellent.choice  5/8/2020, 1:51:27 PM
Here's a few that just came in

xcellent.choice  5/8/2020, 1:44:26 PM
sure

melflipski  5/8/2020, 1:44:20 PM
Out of Telegram?

melflipski  5/8/2020, 1:44:15 PM
Are you cool with me dropping that info here?

xcellent.choice  5/8/2020, 1:42:48 PM
Bankcard is working on the other 2. They see the issue but don't know what the problem is yet

xcellent.choice  5/8/2020, 1:42:19 PM
Just dropped login info in telegram to <at id="8:melflipski">Melissa</at>

xcellent.choice  5/8/2020, 1:41:23 PM
8867979704016734 – I unlocked and reset

xcellent.choice  5/8/2020, 1:40:57 PM

Sihler-01382

12/2/22, 12:43 PM                                    Archived conversations

Yes those 3 are terminated

xcellent.choice  5/8/2020, 1:40:52 PM
Working on it.

live:n.carroll_6  5/8/2020, 11:05:58 AM
Hi David:

These are the outstanding items preventing MID integration. Know I followed up on those
yesterday so apologies if this is a nag, but want to be sure I'm not letting these lag for you. Let
me know if you'd like me to send back that spreadsheet on telegram so you have those mids in
front of you!

Sales URLs. We just need to confirm the sales pages for your sites so we're referencing the
correct info as we're pulling these chargebacks. That wasn't included on the spreadsheet you
had sent over.

Finally, we're seeing a few things on the spreadsheet I just wanted to confirm.

MIDS:
8867979704016852
8867979704016611
8867979704016625

these are all listed as terminated so we're holding off on these for now? If not we will need
Gateway access for these as well.

MID: 8867979704016809

Currently in test mode, no sales to speak of. Just wanted to see if we anticipate sending this
live or if this one is gonna stay this way.

MIDs:
8867979704016828
8867979704016734

These have no valid Processor Password so we'd need those

melflipski  5/7/2020, 7:42:59 PM
Thanks David!

live:n.carroll_6  5/7/2020, 7:26:22 PM
I'll make sure to pass these details over to finance.

live:n.carroll_6  5/7/2020, 7:25:57 PM
thank you, sir!

xcellent.choice  5/7/2020, 7:25:34 PM
We set up 1 payment(s).
Print this page

Sihler-01383

12/2/22, 12:43 PM                                    Archived conversations

Pay to
Chargebacks911 (...2808)
Ungrouped Vendor - VENDOR
Pay from
TOTAL BUS CHK (...6859)
Send on
05/07/2020
Deliver by
05/08/2020
Amount
$2,500.00
Print this transaction
Payment arrives in
1 business day
Status
Funded
Transaction number
5249495956
Addendum
Payment towards open balance

live:n.carroll_6  5/7/2020, 9:45:24 AM
Hey David,

Confirming we got a bunch of NMI logins for Simplehealth yesterday. Just wanted to make sure
that these were nteh new MIDs and that you'd be sending over the Processor logins also.

Additionally, just wanted to follow up on a couple outstanding items:

Sales URLs. We just need to confirm the sales pages for your sites so we're referencing the
correct info as we're pulling these chargebacks. That wasn't included on the spreadsheet you
had sent over.

Finally, we're seeing a few things on the spreadsheet I just wanted to confirm.

MIDS:
8867979704016852
8867979704016611
8867979704016625

these are all listed as terminated so we're holding off on these for now? If not we will need
Gateway access for these as well.

MID: 8867979704016809

Currently in test mode, no sales to speak of. Just wanted to see if we anticipate sending this
live or if this one is gonna stay this way.

MIDs:
8867979704016828
8867979704016734

Sihler-01384

These have no valid Processor Password so we'd need those

**xcellent.choice** 5/6/2020, 2:19:18 PM
That's what we thought. Could they flag these for chargebacks and then keep the money, never distributing it to the customers?

**live:n.carroll_6** 5/6/2020, 2:17:11 PM
Hey David,

yeah I was talking with the head of our client relations team today on this one to check through and we've arrived at the a similar place regarding the chargebacks.

You are correct regarding the counts, those reports do include some status updates so after we scrub the data we come to the CB count currently in the CB911 system.

They most certainly are very very strange, and convenient based on what you're experiencing. What we aren't seeing is a smoking gun on the origins. These chargebacks are spread out throughout the time the MID was open and from separate card numbers so there's no one customer that looks to be the culprit.

Regarding the reason category. Looks like this category can encompass a few different things and the wording we've selected is just the most common reason. I've put a ticket in to our team to have that updated. These are falling under the &quot;quality of goods and services&quot; category.

Our recommendation at this point, especially as you have the pending litigation would be to look to utilize your customer service teams to try to reach out to these customers yourselves. This could be a very simple conversation of &quot;we saw that you filed a chargeback regarding our product and just wanted to understand what prompted that choice to help us improve moving forward&quot;. If your team comes back and says &quot;of these 81 cases we spoke to 50 people and NONE of them asked for a chargeback&quot; you're in a position of informational power to use that to prompt Nuvei and Discover. &quot;Hey here's what we found, so if the customer didn't ask for this, we need you to tell us how these happened&quot;. This may mean you'll get an answer of &quot;we flagged the descriptor and our customer success team charged back all purchases from that 90 day period&quot; but at least it'll be the company on the record stating why these chargebacks occurred.

**xcellent.choice** 5/6/2020, 1:37:10 PM
I see 81 new chargebacks on your system on nuvei since 4/20. It looks like more in their portal but maybe that's including other stuff.

**xcellent.choice** 5/6/2020, 1:35:43 PM
<URIObject uri="https://api.asm.skype.com/v1/objects/0-cus-d6-901b5b0543cadd65d6afcf1ea284416f"
url_thumbnail="https://api.asm.skype.com/v1/objects/0-cus-d6-901b5b0543cadd65d6afcf1ea284416f/views/imgt1_anim" type="Picture.1" doc_id="0-cus-d6-901b5b0543cadd65d6afcf1ea284416f" width="1237" height="657">To view this shared photo, go to: <a href="https://login.skype.com/login/sso?go=xmmfallback?pic=0-cus-d6-901b5b0543cadd65d6afcf1ea284416f">https://login.skype.com/login/sso?go=xmmfallback?

Archived conversations

pic=0-cus-d6-901b5b0543cadd65d6afcf1ea284416f</a><OriginalName v="Screenshot
(543).png"></OriginalName><FileSize v="104798"></FileSize><meta type="photo"
originalName="Screenshot (543).png"></meta></URIObject>

xcellent.choice 5/6/2020, 1:35:34 PM
Can we look into this. Had 35 CB's come in on old nuvei account on 4/29. Another 38 on 4/30.
That puts it well over 100 in a few days. And look at this crap. I don't believe a customer
charged back a $5 restocking fee from 8/31 but here it is. Nuvei is ether just putting these
through as chargebacks or calling the customers and offering them free money. Also on nuvei
portal is says quality of goods and services dispute. On yours it says merchandise not received.
We need to figure out what's going on here or they're going to bleed us to death and also use
this to hold up releasing any reserve funds.

xcellent.choice 5/4/2020, 9:59:38 PM
Will do. We've got a bunch of new mids on nmi. Will look at adding you tonight.

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype 5/4/2020, 6:55:14 PM
<deletemember><eventtime>1588632914364</eventtime><initiator>8:melflipski</initiator>
<target>8:b.scrancher</target></deletemember>

melflipski 5/4/2020, 6:55:05 PM
<at id="8:xcellent.choice">David</at> - for your reference as well <ss type="smile">:)</ss>

melflipski 5/4/2020, 6:54:56 PM
Can we keep all the Brighree comms here moving forward?

melflipski 5/4/2020, 6:54:48 PM
Hey <at id="8:live:n.carroll_6">Nick</at>

live:n.carroll_6 1/30/2020, 4:52:46 PM
Hi <at id="8:xcellent.choice">David</at> Just wanted to let you know that we got the request
from Jamie to have all of the statements from 2019 resent over for reconciliation and the
finance team got those out. If they need anything else, we can shoot those over no problem!

live:n.carroll_6 1/29/2020, 4:42:11 PM
I know I'd already sent over the Quarterly Diagnostic, and would love to carve out some time
to go through the reporting! Let me know if there's a time that works best for you. I know ASW
is this week so there are probably other things occupying your time. But if things are a bit
quieter next week, maybe that would work.

live:n.carroll_6 1/29/2020, 4:40:31 PM
Hi Guys, Just wanted to pop in as we've completed the Q4 ROI. I'm attaching that here. For
this report we went back and re-checked all cases since you started with CB911 through
December 31 to make sure that we saw any cases that may have become Pre-Arbs.

As you can see we saw the overall win rate dip a bit since the previous report due to some
incoming 2nd Chargebacks on those older transaction with the issues we were aware of (true
fraud and shipping issues). However we still saw a net ROI of over $500,000 since starting with
CB911.

Sihler-01386

Archived conversations

live:n.carroll_6  1/29/2020, 4:40:31 PM
<URIObject uri="https://api.asm.skype.com/v1/objects/0-eus-d4-
d89d767a328984a539d858881652c900"
url_thumbnail="https://api.asm.skype.com/v1/objects/0-eus-d4-
d89d767a328984a539d858881652c900/views/original" type="File.1" doc_id="0-eus-d4-
d89d767a328984a539d858881652c900">To view this file, go to: <a
href="https://login.skype.com/login/sso?go=webclient.xmm&docid=0-eus-d4-
d89d767a328984a539d858881652c900">https://login.skype.com/login/sso?
go=webclient.xmm&docid=0-eus-d4-d89d767a328984a539d858881652c900</a>
<OriginalName v="5621_Brightree_Holdings_Q4_2019_ROI.xlsx"></OriginalName><FileSize
v="1919305"></FileSize></URIObject>

melflipski  1/23/2020, 11:43:23 AM
<at id="8:xcellent.choice">David</at><ss type="smile">:)</ss>

melflipski  1/22/2020, 3:39:13 PM
Let me help buy you lunchhhh lol

melflipski  1/22/2020, 3:39:07 PM
Please and thank you

melflipski  1/22/2020, 3:39:05 PM
I am holding our CEO's slot if someone can loop me in with David's assistant to confirm

melflipski  1/22/2020, 11:27:19 AM
<at id="8:xcellent.choice">David</at> - can you do lunch on Tuesday, the 28th at Noon at the
Bellagio?

melflipski  1/20/2020, 2:17:40 PM
Sounds good!

xcellent.choice  1/20/2020, 1:41:08 PM
I'll call in a few.

melflipski  1/20/2020, 1:36:54 PM
<at id="8:xcellent.choice">David</at> - was trying to get a hold of you, but I have good
news, haha.

melflipski  1/2/2020, 1:29:44 PM
And Nick, of course

melflipski  1/2/2020, 1:29:37 PM
Hey Gentlemen! I have heard the best things about you from Brit at Paysafe and Ryan at
MiCamp!

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  1/2/2020, 1:28:26 PM

Sihler-01387

12/2/22, 12:43 PM                                    Archived conversations

<topicupdate><eventtime>1577989707120</eventtime><initiator>8:melflipski</initiator>
<value>Brightree | CB911 </value></topicupdate>

live:n.carroll_6  1/2/2020, 1:16:30 PM
Hi Guys,

Adding Melissa in to this chat from the CB911 Side. She's part of our Client Success team and
is going to be at ASW this month. I wanted to be sure you guys could connect prior as I also
know she has some expertise in some of the issues I know David and I had discussed.

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  1/2/2020, 1:16:27 PM
<addmember><eventtime>1577988987189</eventtime>
<initiator>8:live:n.carroll_6</initiator><target>8:melflipski</target></addmember>

live:n.carroll_6  12/26/2019, 2:27:26 PM
Hi Everyone,

Hope you had a Merry Christmas. Reaching out here to confirm that we received the
MXMerchant Login for your new MID from Aaron today. As such we're getting that fully
integrated for chargeback services.

Thanks!

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  12/24/2019, 12:50:21 PM
<deletemember><eventtime>1577209822199</eventtime>
<initiator>8:brandontfigueroa</initiator><target>8:live:apugliese_12</target>
</deletemember>

brandontfigueroa  12/24/2019, 10:52:47 AM
<ss type="festiveparty">(partyxmas)</ss>

live:n.carroll_6  12/24/2019, 10:04:43 AM
Hi Guys, Hope you guys have a wonderful Christmas.

Just in follow-up I haven't seen login information hit for this MID's Processor yet. We were able
to dig in to the Authorize.net login and get the MID Number which we're using to get the Alerts
enrolled. We still just need that Processor login for the represenment services.

live:n.carroll_6  12/19/2019, 5:15:40 PM
Thank you, sir! Looks like Jane has headed out for the day but once we have that Processor
name we can chase that for you.

Thanks!

xcellent.choice  12/19/2019, 5:14:51 PM
OK I'm looking into it.

live:n.carroll_6  12/19/2019, 4:42:35 PM

Sihler-01388

12/2/22, 12:43 PM                              Archived conversations

Hi David. Looks like we still haven't seen any Processor Credentials come through via e-mail or here. We still only have the Authorize.net login which is just the Gateway.

live:n.carroll_6  12/19/2019, 4:14:33 PM
Gotcha. I'll have her keep an eye out for the Processor Credentials.

I do see that the Gateway Credentials for Authorize.net have been received. Do we know which e-mail we should be looking for these Processor Credentials to come from?

xcellent.choice  12/19/2019, 4:12:13 PM
Login ID: [ JaneSmith911boost ]
User Role: Account Administrator
Title: ManagerPhone: 8776349808
Mobile:
Email: j.smith@chargebacks911.com

xcellent.choice  12/19/2019, 4:11:47 PM
Yes. Just set it up

live:n.carroll_6  12/19/2019, 4:11:30 PM
Was that also e-mailed over to J.smith? She saw the one come through but hasn't seen another just yet. Want to make sure the other gets knocked out also.

live:n.carroll_6  12/19/2019, 4:10:34 PM
Hi DAvid. Got the Authorize e-mail. For CB representments and to get the thing implemented we'll just need the Processor login also

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  12/19/2019, 4:08:14 PM
<addmember><eventtime>1576789694595</eventtime>
<initiator>8:brandontfigueroa</initiator><target>8:live:n.carroll_6</target></addmember>

brandontfigueroa  12/19/2019, 4:08:03 PM
Hey David! Thanks for the info, I'm gonna add Nick to this chat real quick

xcellent.choice  12/19/2019, 4:07:41 PM
scratch that. Looks like 8. Need to check with processor. Looks like someone has responded to these. Not sure who

xcellent.choice  12/19/2019, 4:07:32 PM
scratch that. Looks like 8. Need to check with processor. Looks like someone has responded to these. Not sure who

xcellent.choice  12/19/2019, 4:03:45 PM
Looks like 17 chargebacks in so far in about a week. What do you need to get info on these?

xcellent.choice  12/19/2019, 4:02:32 PM

Sihler-01389

12/2/22, 12:43 PM                                    Archived conversations

I believe those are the descriptors. Was changed to the bottom one on day 2

xcellent.choice  12/19/2019, 4:02:12 PM
BETTER BOOST KETO 702-3331690
BETTER BOOST KETO 512-2537024

Login ID: JaneSmith911boost
An activation email has been sent to: j.smith@chargebacks911.com

xcellent.choice  12/19/2019, 4:02:07 PM
We have a new mid we need to add to alerts and CB responses. Going through authorize.
Login info sent over

brandontfigueroa  10/21/2019, 11:44:20 AM
Hey David! Hope you had a great weekend!

So I put in the request to get you automatically credited for the alerts that turned into
chargebacks after our messages above last week, but I was reminded that we recently moved
you onto the enriched alerts. Since with the enriched alerts we are not doing full refunds, that
negates our ability to apply for credits from the networks as they require full refunds in order
for a credit to be eligible.

So the benefit here with enriched is that you will save a ton of money on the lowered refunds,
but on the other hand you would lose eligibility for credits if those turned into chargebacks.

On the plus side here, we just started getting inquiries through VMPI for you and those will
automatically be credited if they turn into CBs <ss type="laugh">:D</ss>

brandontfigueroa  10/16/2019, 8:58:36 AM
Hey David!

On these refunded orders, are they refunded from our alerts or just regular customer service
refunds (or both)?

As much as it shouldn't be this way, there isn't actually a mechanism at the issuing bank level
that &quot;checks&quot; if a customer has been refunded before the chargeback is filed. We
would love if the bank reps did their due diligence and made sure there wasn't a refund on file
when the customer is attempting to file a dispute, but most of the time they do not do these
checks. If the customer files the dispute online or via an app on their phone, then there
definitely wouldn't be anything or anyone checking if there was a refund given prior.

If you're seeing this from the alerts, I want you to know that each month, we take a look at all
the CBs that have come in and cross reference with the alerts we've provided to you in the
past. If we find that any of the chargebacks were actually alerts in the past, then we would
credit you that alert fee. This way you don't pay for alerts that turn into chargebacks.

xcellent.choice  10/15/2019, 8:03:44 PM
Guys I am seeing multiple orders where we are getting chargebacks from orders that were
already refunded.

Sihler-01390

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  10/6/2019, 3:12:26 AM
<addmember><eventtime>1570345946568</eventtime><initiator>8:b.scrancher</initiator>
<target>8:brandontfigueroa</target></addmember>

b.scrancher  10/6/2019, 3:12:11 AM
You can only ever be charged one alert per transaction btw if that is the concern.

live:apugliese_12  10/5/2019, 10:06:07 PM
They are going to dig into it a little further but want to hop on a call Monday afternoon.

live:apugliese_12  10/5/2019, 10:01:06 PM
we just pass what comes from the alert networks. There's no running up charges, alerts come
directly from the networks based on his descriptors. But the team is looking into it.

live:apugliese_12  10/5/2019, 9:47:34 PM
Ok I am forwarding this to the team now.

instantlyfamous  10/5/2019, 9:47:21 PM
I'm pretty sure that when you guys are doing this you are running up our charges

instantlyfamous  10/5/2019, 9:46:15 PM
<quote author="instantlyfamous" authorname="Rick Rude" timestamp="1570326241"
conversation="19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype"
messageid="1570326241243" cuid="4080375087118195330"><legacyquote>[1570326241]
Rick Rude: </legacyquote>It doesn't take long to see that the same cards are in here multiple
times
<legacyquote>

<<< </legacyquote></quote>

instantlyfamous  10/5/2019, 9:46:02 PM
<quote author="instantlyfamous" authorname="Rick Rude" timestamp="1570326210"
conversation="19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype"
messageid="1570326209835" cuid="8999268188541514108"><legacyquote>[1570326210]
Rick Rude: </legacyquote>Guys I'm still having huge issues with this alert system
<legacyquote>

<<< </legacyquote></quote>

instantlyfamous  10/5/2019, 9:45:43 PM
<quote author="instantlyfamous" authorname="Rick Rude" timestamp="1570326214"
conversation="19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype"
messageid="1570326214070" cuid="384222285237611915"><legacyquote>[1570326214]
Rick Rude: </legacyquote>Order ID Alert Date Trans Date Amount CC # Merchant Descriptor
NA 2019-10-05 00:00:00 2019-09-23 198.70 401532xxxxxx4439 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-07 198.70 511786xxxxxx0638 Ultrafast Keto Boost
NA 2019-10-05 00:00:00 2019-10-03 198.70 446542xxxxxx1095 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-15 198.70 426684xxxxxx6507 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-03 198.70 446542xxxxxx0606 ULTRAFAST KETO BOOST

Sihler-01391

```
na 2019-10-05 00:00:00 2019-10-03 201.68 446540xxxxxx2896 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-03 69.99 438857xxxxxx3231 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-09 149.91 427082xxxxxx2570 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-13 198.70 470701xxxxxx1216 Ultrafast Keto Boost
NA 2019-10-05 00:00:00 2019-10-04 198.70 426684xxxxxx3449 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-21 198.70 524366xxxxxx0296 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-02 201.68 414720xxxxxx6069 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-04 198.70 400022xxxxxx1488 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-29 201.68 426690xxxxxx2133 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-30 198.70 464018xxxxxx4430 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-05 149.91 464018xxxxxx9338 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-30 198.70 514863xxxxxx3037 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-01 149.91 414740xxxxxx1934 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-02 149.91 511786xxxxxx3103 Ultrafast Keto Boost
NA 2019-10-05 00:00:00 2019-10-04 198.70 544927xxxxxx7240 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-05 149.91 426684xxxxxx9751 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-30 200.69 443045xxxxxx1414 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-28 202.67 414740xxxxxx3892 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-16 198.70 414720xxxxxx8664 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-08-28 198.70 414720xxxxxx9285 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-30 202.67 443047xxxxxx9966 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-09 198.70 552356xxxxxx3261 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-16 198.70 414720xxxxxx8664 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-26 149.91 426290xxxxxx8965 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-08-28 198.70 426684xxxxxx5159 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-18 198.70 521333xxxxxx8431 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-07 200.69 431196xxxxxx1184 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-08-26 198.70 414720xxxxxx3205 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-08-27 198.70 414720xxxxxx6955 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-30 198.70 448903xxxxxx2433 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-03 198.70 445320xxxxxx9393 Ultrafast Keto Boost
NA 2019-10-05 00:00:00 2019-09-18 198.70 521333xxxxxx8954 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-30 70.69 426684xxxxxx8272 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-30 152.91 443047xxxxxx1730 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-03 198.70 514616xxxxxx2789 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-16 149.91 438854xxxxxx4448 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-10-03 202.67 459954xxxxxx3765 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-16 198.70 438857xxxxxx0171 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-21 149.91 514863xxxxxx1336 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-23 149.91 436618xxxxxx0559 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-21 149.91 514863xxxxxx1336 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-10 208.64 527854xxxxxx0408 ULTRAFAST KETO BOOST 88
NA 2019-10-05 00:00:00 2019-09-22 198.70 436618xxxxxx1228 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-29 70.69 426290xxxxxx4878 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-17 198.70 542418xxxxxx6135 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-04 198.70 400022xxxxxx1214 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-10-03 198.70 473702xxxxxx3265 ULTRAFAST KE
NA 2019-10-05 00:00:00 2019-10-03 198.70 473702xxxxxx3515 ULTRAFAST KE
NA 2019-10-05 00:00:00 2019-10-03 198.70 434258xxxxxx6491 ULTRAFAST KE
na 2019-10-05 00:00:00 2019-10-03 198.70 473702xxxxxx6620 ULTRAFAST KE
NA 2019-10-05 00:00:00 2019-10-01 198.70 426684xxxxxx2681 ULTRAFAST KETO BOOST
```

Sihler-01392

12/2/22, 12:43 PM                                Archived conversations

NA 2019-10-05 00:00:00 2019-10-03 198.70 473703xxxxxx0707 ULTRAFAST KE
NA 2019-10-05 00:00:00 2019-10-03 198.70 434256xxxxxx7785 ULTRAFAST KE
NA 2019-10-05 00:00:00 2019-10-03 198.70 473702xxxxxx0084 ULTRAFAST KE
na 2019-10-05 00:00:00 2019-10-03 198.70 434258xxxxxx3547 ULTRAFAST KE
NA 2019-10-05 00:00:00 2019-10-03 198.70 434256xxxxxx3887 ULTRAFAST KE
NA 2019-10-05 00:00:00 2019-10-02 69.99 434256xxxxxx5733 ULTRAFAST KETO BOO
na 2019-10-05 00:00:00 2019-10-03 198.70 434258xxxxxx9288 ULTRAFAST KE
na 2019-10-05 00:00:00 2019-08-23 198.70 406095xxxxxx3202 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-03 198.70 473702xxxxxx7663 ULTRAFAST KE
NA 2019-10-05 00:00:00 2019-09-02 198.70 446542xxxxxx0203 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-02 198.70 414718xxxxxx8606 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-26 200.69 414718xxxxxx1859 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-10-02 149.91 426684xxxxxx2999 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-30 149.91 441712xxxxxx0700 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-03 151.41 521333xxxxxx4958 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-25 149.91 438857xxxxxx0474 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-10-01 198.70 514474xxxxxx4126 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-03 198.70 414740xxxxxx3257 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-23 198.70 426684xxxxxx5806 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-29 198.70 426684xxxxxx7910 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-08 198.70 426684xxxxxx4672 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-08 69.99 438857xxxxxx4551 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-21 198.70 412039xxxxxx1951 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-19 200.69 426690xxxxxx9276 ULTRAFAST KETO
BOOST<legacyquote>

<<< </legacyquote></quote>

instantlyfamous  10/5/2019, 9:45:36 PM
<at id="8:threecommaclub">Mike</at> what does this look like in authorize and the CRM

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  10/5/2019, 9:45:10 PM
<addmember><eventtime>1570326310246</eventtime>
<initiator>8:instantlyfamous</initiator><target>8:threecommaclub</target></addmember>

instantlyfamous  10/5/2019, 9:44:50 PM
It doesn't take long to see that the same cards are in here multiple times

instantlyfamous  10/5/2019, 9:44:01 PM
It doesn't take long to see that the same cards are in here multiple times

instantlyfamous  10/5/2019, 9:44:06 PM
I am seeing this daily

instantlyfamous  10/5/2019, 9:43:33 PM
Order ID Alert Date Trans Date Amount CC # Merchant Descriptor
NA 2019-10-05 00:00:00 2019-09-23 198.70 401532xxxxxx4439 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-07 198.70 511786xxxxxx0638 Ultrafast Keto Boost

Sihler-01393

12/2/22, 12:43 PM                                    Archived conversations

```
NA 2019-10-05 00:00:00 2019-10-03 198.70 446542xxxxxx1095 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-15 198.70 426684xxxxxx6507 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-03 198.70 446542xxxxxx0606 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-10-03 201.68 446540xxxxxx2896 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-03 69.99 438857xxxxxx3231 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-09 149.91 427082xxxxxx2570 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-13 198.70 470701xxxxxx1216 Ultrafast Keto Boost
NA 2019-10-05 00:00:00 2019-10-04 198.70 426684xxxxxx3449 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-21 198.70 524366xxxxxx0296 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-02 201.68 414720xxxxxx6069 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-04 198.70 400022xxxxxx1488 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-29 201.68 426690xxxxxx2133 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-30 198.70 464018xxxxxx4430 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-05 149.91 464018xxxxxx9338 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-30 198.70 514863xxxxxx3037 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-01 149.91 414740xxxxxx1934 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-02 149.91 511786xxxxxx3103 Ultrafast Keto Boost
NA 2019-10-05 00:00:00 2019-10-04 198.70 544927xxxxxx7240 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-05 149.91 426684xxxxxx9751 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-30 200.69 443045xxxxxx1414 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-28 202.67 414740xxxxxx3892 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-16 198.70 414720xxxxxx8664 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-08-28 198.70 414720xxxxxx9285 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-30 202.67 443047xxxxxx9966 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-09 198.70 552356xxxxxx3261 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-16 198.70 414720xxxxxx8664 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-26 149.91 426290xxxxxx8965 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-08-28 198.70 426684xxxxxx5159 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-18 198.70 521333xxxxxx8431 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-07 200.69 431196xxxxxx1184 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-08-26 198.70 414720xxxxxx3205 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-08-27 198.70 414720xxxxxx6955 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-30 198.70 448903xxxxxx2433 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-03 198.70 445320xxxxxx9393 Ultrafast Keto Boost
NA 2019-10-05 00:00:00 2019-09-18 198.70 521333xxxxxx8954 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-30 70.69 426684xxxxxx8272 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-30 152.91 443047xxxxxx1730 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-03 198.70 514616xxxxxx2789 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-16 149.91 438854xxxxxx4448 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-10-03 202.67 459954xxxxxx3765 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-16 198.70 438857xxxxxx0171 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-21 149.91 514863xxxxxx1336 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-23 149.91 436618xxxxxx0559 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-21 149.91 514863xxxxxx1336 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-10 208.64 527854xxxxxx0408 ULTRAFAST KETO BOOST 88
NA 2019-10-05 00:00:00 2019-09-22 198.70 436618xxxxxx1228 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-29 70.69 426290xxxxxx4878 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-17 198.70 542418xxxxxx6135 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-04 198.70 400022xxxxxx1214 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-10-03 198.70 473702xxxxxx3265 ULTRAFAST KE
NA 2019-10-05 00:00:00 2019-10-03 198.70 473702xxxxxx3515 ULTRAFAST KE
```

Sihler-01394

NA 2019-10-05 00:00:00 2019-10-03 198.70 434258xxxxxx6491 ULTRAFAST KE
na 2019-10-05 00:00:00 2019-10-03 198.70 473702xxxxxx6620 ULTRAFAST KE
NA 2019-10-05 00:00:00 2019-10-01 198.70 426684xxxxxx2681 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-03 198.70 473703xxxxxx0707 ULTRAFAST KE
NA 2019-10-05 00:00:00 2019-10-03 198.70 434256xxxxxx7785 ULTRAFAST KE
NA 2019-10-05 00:00:00 2019-10-03 198.70 473702xxxxxx0084 ULTRAFAST KE
na 2019-10-05 00:00:00 2019-10-03 198.70 434258xxxxxx3547 ULTRAFAST KE
NA 2019-10-05 00:00:00 2019-10-03 198.70 434256xxxxxx3887 ULTRAFAST KE
NA 2019-10-05 00:00:00 2019-10-02 69.99 434256xxxxxx5733 ULTRAFAST KETO BOO
na 2019-10-05 00:00:00 2019-10-03 198.70 434258xxxxxx9288 ULTRAFAST KE
na 2019-10-05 00:00:00 2019-08-23 198.70 406095xxxxxx3202 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-03 198.70 473702xxxxxx7663 ULTRAFAST KE
NA 2019-10-05 00:00:00 2019-09-02 198.70 446542xxxxxx0203 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-02 198.70 414718xxxxxx8606 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-26 200.69 414718xxxxxx1859 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-10-02 149.91 426684xxxxxx2999 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-30 149.91 441712xxxxxx0700 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-03 151.41 521333xxxxxx4958 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-25 149.91 438857xxxxxx0474 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-10-01 198.70 514474xxxxxx4126 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-10-03 198.70 414740xxxxxx3257 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-23 198.70 426684xxxxxx5806 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-29 198.70 426684xxxxxx7910 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-08 198.70 426684xxxxxx4672 ULTRAFAST KETO BOOST
na 2019-10-05 00:00:00 2019-09-08 69.99 438857xxxxxx4551 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-21 198.70 412039xxxxxx1951 ULTRAFAST KETO BOOST
NA 2019-10-05 00:00:00 2019-09-19 200.69 426690xxxxxx9276 ULTRAFAST KETO BOOST


instantlyfamous  10/5/2019, 9:43:29 PM
Guys I'm still having huge issues with this alert system


xcellent.choice  10/4/2019, 11:18:02 AM
<partlist type="ended" alt=""><part identity="b.scrancher"><name>b.scrancher</name>
<duration>1065</duration></part><part identity="instantlyfamous">
<name>instantlyfamous</name><duration>1065</duration></part><part
identity="live:apugliese_12"><name>live:apugliese_12</name><duration>1065</duration>
</part><part identity="xcellent.choice"><name>xcellent.choice</name>
<duration>1065</duration></part></partlist>


19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  10/4/2019, 11:01:14 AM
<addmember><eventtime>1570201274369</eventtime>
<initiator>8:xcellent.choice</initiator><target>8:instantlyfamous</target></addmember>


live:apugliese_12  10/4/2019, 11:00:17 AM
<partlist type="started" alt=""><part identity="live:apugliese_12">
<name>live:apugliese_12</name></part></partlist>


b.scrancher  10/4/2019, 9:29:51 AM
Yeah that's cool

Sihler-01395

12/2/22, 12:43 PM                                        Archived conversations

live:apugliese_12  10/4/2019, 9:29:15 AM
Hey guys, are we good to do a call on this chat? and I will just walk over to client relations

live:apugliese_12  10/3/2019, 4:31:01 PM
Hey David, do you have time for a quick call with Ben and myself tomorrow morning? We just want to go over a few things.

b.scrancher  9/26/2019, 4:26:35 PM
It's a big initial batch but you're safe wiring him funds

xcellent.choice  9/26/2019, 4:26:18 PM
Ok. We just wired $300k so we're off and running.

b.scrancher  9/26/2019, 4:26:12 PM
Never had a complaint so far

b.scrancher  9/26/2019, 4:25:59 PM
David we've had clients working with Johnny for over 3 years

b.scrancher  9/26/2019, 4:25:34 PM
Sorry been at an event all day

b.scrancher  9/26/2019, 4:25:29 PM
Hey guys

live:apugliese_12  9/26/2019, 2:39:53 PM
Hey Ben you around?

xcellent.choice  9/26/2019, 1:10:31 PM
Guys we're getting ready to engage with Johnny. To be honest the whole process seems a little loose considering were getting ready to wire a lot of money to someone we do not know. Anything else you can share about him, his operation, how long you've been working with him? I typically don't wire $400k to strangers. Thanks.

b.scrancher  9/21/2019, 2:20:34 AM
Sounds great

b.scrancher  9/21/2019, 2:20:30 AM
Hey David. See the chat with Johnny De Luca. He's the one that can help with that.

xcellent.choice  9/20/2019, 8:39:23 AM
Thanks again for your time this morning. I may have missed it but I don't recall seeing any info on the groups that can help with increasing our transaction number. I think we've got a great fit to launch a stand alone digital keto planner for $1.00 that would work really well with this program. Thanks.

xcellent.choice  9/20/2019, 11:26:14 AM

Sihler-01396

12/2/22, 12:43 PM                                    Archived conversations

<partlist type="ended" alt=""><part identity="b.scrancher"><name>b.scrancher</name>
<duration>1556</duration></part><part identity="live:apugliese_12">
<name>live:apugliese_12</name><duration>1556</duration></part><part
identity="xcellent.choice"><name>xcellent.choice</name><duration>1556</duration>
</part></partlist>

b.scrancher  9/20/2019, 11:00:18 AM
<partlist type="started" alt=""><part identity="b.scrancher"><name>b.scrancher</name>
</part></partlist>

xcellent.choice  9/19/2019, 4:52:18 PM
Great. Skype? If call my direct cell is 702-277-8611

b.scrancher  9/19/2019, 3:03:56 PM
Yeah that's great

xcellent.choice  9/19/2019, 2:51:45 PM
Can we do 8:00?

b.scrancher  9/19/2019, 2:51:07 PM
Awesome thanks. How's 9am?

xcellent.choice  9/19/2019, 2:45:14 PM
Sure give me a time that works for you and I'll be there.

b.scrancher  9/19/2019, 2:39:16 PM
Hey david! I'm based in London so 8 hours ahead of you. If there's anyway that we could do
earlier that would be awesome. If not we'll make it work!

xcellent.choice  9/19/2019, 2:10:25 PM
Pleasure to meet you. How's 11:00 AM PST. I'm free later as well.

b.scrancher  9/19/2019, 2:09:03 PM
Are you around tomorrow morning?

b.scrancher  9/19/2019, 2:08:51 PM
Anthony and I were looking at your statistics earlier and would like to have a chat sometime
soon to suit you

b.scrancher  9/19/2019, 2:08:18 PM
David - great to meet you!

b.scrancher  9/19/2019, 2:08:13 PM
Thanks <at id="8:live:apugliese_12">anthony</at>

live:apugliese_12  9/19/2019, 1:48:25 PM
Ben, meet David from Bright tree

Sihler-01397

19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  9/19/2019, 1:48:10 PM
<addmember><eventtime>1568915290213</eventtime>
<initiator>8:live:apugliese_12</initiator><target>8:xcellent.choice</target>
<target>8:b.scrancher</target></addmember>


19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  9/19/2019, 1:48:09 PM
<addmember><eventtime>1568915289729</eventtime>
<initiator>8:live:apugliese_12</initiator><target>8:live:apugliese_12</target>
</addmember>


19:e9db4570e8fe4bfeaaa4d19a81302baa@thread.skype  9/19/2019, 1:48:09 PM
<historydisclosedupdate><eventtime>1568915289526</eventtime>
<initiator>8:live:apugliese_12</initiator><value>true</value></historydisclosedupdate>

Sihler-01398

# EXHIBIT 4
# Filed Sealed

# EXHIBIT 5



SHLER5_011236



SHLER5_011237



SIHLER5_011238



SHLER5_011239



SIHLER5_011240





SHLER5_011242



SIHLER5_011243



SHLER5_011244



SHLER5_011245



SHLER5_011246



SHLER5_011247



SIHLER5_011248



SIHLER5_011249



Skype [27]

David Flynn  $0.00
Set a status

johnny

All    People    Messages    Web    Groups

Search for groups you've created and have joined.

JD  Johnny De Luca
2 participants

JD  Johnny De Luca, Daryl Tirico
3 participants

RW  Robert Wilson, Johnny De Luca
3 participants

BH  **Brighttree Holdings - Johnny De**
9 participants

JR  Johnny Read
2 participants

JR  Johnny Read
2 participants

Channels

Johnny Jet
1.72K subscribers

Type here to search

---

Brighttree Holdings - Johnny DeLuca
9 participants

Start call

Wednesday, September 25, 2019

BH  abbondio, 6:52 PM
We need to know how many visa and mc and at what price points you need to create the invoice

AC  Mike, 7:22 PM
dave will figure out the amounts for you. we'll need to do some math on that to get the right number

these example/test cards you gave me - will this be the format that you send them over in? for example, the exp year is 2023 not "23"

JD  Johnny, 8:03 PM
We will run them on the platform. We sent these to you to test the bins

Mike, 8:04 PM
right. I mean when they pass through the api I give to abby

what's the format of the expiration date? MM/YY, MM/YYYY, YYYY/MM, etc

JD  Johnny, 8:05 PM
Not sure Abby will answer to this

I know you said it might raise some flags but for the first batch we're looking at $1 or $0.99 per sale. I've got our processor good with it. We can adjust for next month.
8:13 PM

JD  Johnny, 8:14 PM

Type a message

SHLER5_011250

3:42 PM
4/20/2024



SHLER5_011251



SIHLER5_011252



SIHLER5_011253



SIHLER5_011254



SIHLER5_011255



SIHLER5_011256



SIHLER5_011257



SHLER5_011258



SIHLER5_011259



SHLER5_011260



SHLER5_011261



SIHLER5_011262



SIHLER5_011263



SIHLER5_011264



SIHLER5_011265



SHLER5_011266



SIHLER5_011267



SHLER5_011268



SIHLER5_011269



SIHLER5_011270



SIHLER5_011271



SIHLER5_011272



SHLER5_011273



SIHLER5_011274



SIHLER5_011275



SIHLER5_011276



SHLER5_011277



SHLER5_011278

**Brightree Holdings - Johnny DeLuca**
9 participants

Tuesday, October 8, 2019

abbondio, 9:32 AM
file looks good

Mike, 9:48 AM
hey quick question

if i were to also provide you with IP's in an extra column, could you just pass it back to me when you send the orders in?

abbondio, 9:49 AM
yes

also phone number, email adr and upto 5 other fields can all be echoed to you

Mike, 9:49 AM
ok it'll save me some overhead trying to re-query for the ip

I'll add the IP in and re-send the csv

thanks

abbondio, 9:50 AM
sure. send me the final file version as ill import at the same time

Mike, 10:18 AM

Type a message

---

Skype [27]

David Flynn $0.00
Set a status

**johnny**

All    People    Web    Messages    Groups

Search for groups you've created and have joined.

JD   Johnny De Luca
     2 participants

JD   Johnny De Luca, Daryl Tirico
     3 participants

RW   Robert Wilson, Johnny De Luca
     3 participants

BH   **Brightree Holdings - Johnny De**
     9 participants

JR   Johnny Read
     2 participants

JR   Johnny Read
     2 participants

Channels

     Johnny Jet
     1.72K subscribers

Type here to search



SIHLER5_011279



SHLER5_011280



SIHLER5_011281



SIHLER5_011282



SIHLER5_011283





SIHLER5_011285



SIHLER5_011286

SIHLER5_011287

**Skype [27]**

David Flynn  $0.00
Set a status

johnny

All    People    Web    Messages    Groups

Search for groups you've created and have
joined.

JD  Johnny De Luca
2 participants

JD  Johnny De Luca, Daryl Tirico
3 participants

RW  Robert Wilson, Johnny De Luca
3 participants

BH  **Brightree Holdings - Johnny De**
9 participants

JR  Johnny Read
2 participants

JR  Johnny Read
2 participants

Channels

Johnny Jet
1.72K subscribers

Type here to search

---

Brightree Holdings - Johnny DeLuca
9 participants

Start call

BH

Rick 5:34 PM
latest that just came in

Wednesday, October 9, 2019

Guys take a look at this. Based on our current spot and the avg CB's per day that have come in, we're going to
need a lot of visa transactions this month. Hopefully some will be offset by international sales. Does this look
right? Seems like almost 350k more by end of month.

6:45 PM

Transactions needed for ...
10.6 KB | MS Excel

This file is no longer available for download.
Learn more

Johnny 7:08 PM
Let me review this and get back to you in the morning

Johnny 7:19 PM
That's what it looks like but u can easily live @ 1 percent not .89 and new good traffic should help. My guess
would be more like 280 k and adjust daily and see what comes in.
You guys will have be careful with count I would think as well

JD

JD

Type a message



SIHLER5_011288



SIHLER5_011289



SHLER5_011290



SIHLER5_011291



SIHLER5_011292



SIHLER5_011293



Brighttree Holdings - Johnny DeLuca
9 participants

Start call

Monday, October 14, 2019

GM everyone. Here is the remaining inv. these are cards that either have been declined yesterday or today. we will need to wait until tomorrow to retry them. ive lookedup a couple of these cards transaction history with the issuers and im not seeing any declines on these cards which usually idicates that the declines are not coming from the issuer.

Tuesday, October 15, 2019

abbondio, 7:35 AM

GM everyone. i retried some of the declined trans from over weekend today and they are still all declining. again i checked the issuer logs and we are not seeing any declines on the issuer side. can you look into the reasons for the declines please

Mike, 7:37 AM

do you have one of the declines with matching identifier from the data I sent over?

abbondio, 7:43 AM

1899711
1944995

Mike, 7:44 AM

hah I see what happened

let's wait like 30 mins and try again - should work

abbondio, 7:44 AM

Type a message

---

**Skype [27]**

David Flynn $0.00
Set a status

johnny

People    Web    Groups

All    People    Messages

Search for groups you've created and have joined.

JD  Johnny De Luca
2 participants

JD  Johnny De Luca, Daryl Tirico
3 participants

RW  Robert Wilson, Johnny De Luca
3 participants

BH  Brightree Holdings - Johnny De
9 participants

JR  Johnny Read
2 participants

JR  Johnny Read
2 participants

Channels

Johnny Jet
1.72K subscribers

Type here to search

SIHLER5_011294

3:45 PM
4/20/2024



SHLER5_011295



SHLER5_011296



SHLER5_011297



SHLER5_011298



SIHLER5_011299



SIHLER5_011300



**Brighttree Holdings - Johnny DeLuca**
9 participants

Wednesday, October 30, 2019

Good morning everyone. Looking at our numbers looks like we're ending the month just above 2%. Probably a good idea to see if we can get that just under 2% to prevent excessive fines from our processor. Can we pull the most current numbers. By my math we need about 15k transactions. Visa looks like we should end under 2% as-is. MC and amex could use a little help. About 7K to Amex and 8K to MC would get those under 2%. Any thoughts from the team about getting these in today? Any reason to do any visa transactions given the current numbers?

9:32 AM

Can we get the most current numbers?

Johnny, 6:30 AM

let us know what you will need within the next hour or two and we will make it happen. 😊

Spoke with our processor. Big concern is exceeding 2% with visa so unless things have changed we should be ok. But it's possible due to some site changes we made the sales have dipped and we could get close.

Johnny, 9:39 AM

I do not have the numbers. Let us know what you need and we will create it 😊

OK. let's get some in before month's end. How about 10k visa to start. Might try to increase later today.

10:27 AM

Johnny, 10:28 AM

Type a message

SHLER5_011301

David Flynn $0.00
Set a status

**johnny**

People    Messages    Web    **Groups**

Search for groups you've created and have joined.

All

JD  Johnny De Luca
2 participants

JD  Johnny De Luca, Daryl Tirico
3 participants

RW  Robert Wilson, Johnny De Luca
3 participants

BH  **Brightree Holdings - Johnny De**
9 participants

JR  Johnny Read
2 participants

JR  Johnny Read
2 participants

Channels

Johnny Jet
1.72K subscribers

Type here to search



SHLER5_011302



SHLER5_011303



SHLER5_011304



SHLER5_011305



SIHLER5_011306

SIHLER5_011307

Skype [27]

David Flynn  $0.00
Set a status

johnny

All  People  Web  Groups

Search for groups you've created and have joined.

JD  Johnny De Luca
2 participants

JD  Johnny De Luca, Daryl Tirico
3 participants

RW  Robert Wilson, Johnny De Luca
3 participants

BH  Brightree Holdings - Johnny De
9 participants

JR  Johnny Read
2 participants

JR  Johnny Read
2 participants

Channels

Johnny Jet
1.72K subscribers

Type here to search

BH  Brightree Holdings - Johnny DeLuca
9 participants

Start call

Wednesday, October 30, 2019

Total
$19,428.00  USD (U.S. Dollar)
Your account activity will show separate charges for wire amount and wire transfer fee.
Recipient Information
Recipient:Mswipe Technologies
9090 Park Ave
Montreal, QC. H2N1Y8
Canada
Recipient bank:Bank of Montreal
100 King St West, 21st Floor
Toronto., M5X 1A1
Canada

2:03 PM
Thanks

2:53 PM

Johnny I think we should add another 5k if we can. Just let me know and I'll get another wire out tomorrow morning

Johnny, 2:03 PM
Ok no prob

JD

David | VirtuWallet, 3:15 PM

DI

Type a message

3:46 PM
4/20/2024



SHLER5_011308



SHLER5_011309





SIHLER5_011311

SIHLER5_011312

Skype [27]

David Flynn $0.00
Set a status

johnny

All    People    Messages    Web    **Groups**

Search for groups you've created and have joined.

JD  Johnny De Luca
2 participants

JD  Johnny De Luca, Daryl Tirico
3 participants

RW  Robert Wilson, Johnny De Luca
3 participants

BH  **Brightree Holdings - Johnny De**
9 participants

JR  Johnny Read
2 participants

JR  Johnny Read
2 participants

Channels

Johnny Jet
1.72K subscribers

Type here to search

---

BH  Brightree Holdings - Johnny DeLuca ⚙
9 participants

Start call

Thursday, October 31, 2019

Your account activity will show separate charges for wire amount and wire transfer fee

Recipient:Mswipe Technologies
9090 Park Ave
Montreal, QC. H2N1Y8
Canada
Recipient bank:Bank of Montreal
100 King St West, 21st Floor
Toronto., M5X 1A1
Canada

4:06 PM

Did we just miss the mark? I'm seeing 2.05% for visa?

Johnny, 4:06 PM
We ran all

David Check to make sure they all ran properly

abbondio, 4:50 PM
looks like the system ran all of the trans ordered over the last 2 days

FYI. Our chargebacks went up sight from yesterday 4.216 to 4.402. A little higher than average. but what killed us is our transaction count did not move. Will that change once we close today with authorize? If so we should be ok. Everything is still unsettled so we've got 20k transactions settling today which gets us under 2%

4:55 PM

Type a message



SIHLER5_011313



SIHLER5_011314

Brighttree Holdings - Johnny DeLuca
9 participants

Friday, November 1, 2019

Gus having some issues with our processor

8:29 AM

Only in 7 bins?
That is the strange part.

| Card # | Count | Value |
|--------|-------|-------|
| 419504 | 2,374 | $ 2,350.26 |
| 428803 | 3,000 | $ 2,970.00 |
| 484224 | 2,250 | $ 2,227.50 |
| 460138 | 2,500 | $ 2,475.00 |
| 419503 | 2,374 | $ 2,350.26 |
| 437861 | 1,250 | $ 1,237.50 |
| 407617 | 1,250 | $ 1,237.50 |
| | 14,998 | $ 14,848.02 |

This is the 15k we just ran. It all can from 7 BINs and they want to know how how that's possible

8:31 AM

Johnny, 8:30 AM
David did we not use all
Our bins here

Johnny, 8:32 AM

Any thoughts on how to explain this?

Type a message

SHLER5_011315

Skype [27]

David Flynn $0.00
Set a status

johnny

All    People    Messages    Web    **Groups**

Search for groups you've created and have joined.

Johnny De Luca
2 participants

Johnny De Luca, Daryl Tirico
3 participants

Robert Wilson, Johnny De Luca
3 participants

**Brightree Holdings - Johnny De**
9 participants

Johnny Read
2 participants

Johnny Read
2 participants

Channels

Johnny Jet
1.72K subscribers

Q Type here to search

Brightree Holdings - Johnny DeLuca ⚙
9 participants

Friday, November 1, 2019

Johnny, 8:32 AM
Give me a call @
5145462211

Johnny, 8:59 AM
1250 from a non existant bin

Johnny, 10:32 AM
Any updates since we spoke

Mike, 10:32 AM
💬💬💬

he explained it to them with what was suggested and they seem ok

they were freaking out thinking it was a fraud attack

Johnny, 10:33 AM

Type a message 😊

8:31 AM
Any thoughts on how to explain this?

8:59 AM

Shit. Latest from processor

Someone is doing something very illegal there. The 99 charges are being entered sequentially, bin by bin, and
1250 were for a non existent bin

3:47 PM
4/20/2024



SHLER5_011316

SIHLER5_011317

Skype [27]

David Flynn $0.00
Set a status

johnny

All | People | Messages | Web | **Groups**

Search for groups you've created and have joined.

JD — Johnny De Luca
2 participants

JD — Johnny De Luca, Daryl Tirico
3 participants

RW — Robert Wilson, Johnny De Luca
3 participants

BH — **Brighttree Holdings - Johnny De**
9 participants

JR — Johnny Read
2 participants

JR — Johnny Read
2 participants

Channels

Johnny Jet
1.72K subscribers

Q Type here to search

Brightree Holdings - Johnny DeLuca ⚙
9 participants

Q  ⌨  ⚙  📞 Start call  —  ☐  ✕

BH

Monday, November 11, 2019

JD   Johnny, 4:45 PM
Ok no prob

🔗

**KETO EBOOK 001-corrected.pdf**
G https://drive.google.com

Wednesday, November 13, 2019

JD   Johnny, 2:01 PM
How did you find the book?
Also please let me know if you need trans as I do not want to push too much at end of month

Wednesday, November 20, 2019

Johnny we're going to need to fire up some sales.  Had some fraud on a few of our mids and CB's are creeping up.

4:00 PM

Mike, 4:01 PM
🙂

😊  Type a message

SHLER5_011318

3:47 PM
4/20/2024

SIHLER5_011319

Skype [27]

David Flynn $0.00
Set a status

johnny

All    People    Web    Messages    Groups

Search for groups you've created and have joined.

JD    Johnny De Luca
2 participants

JD    Johnny De Luca, Daryl Tirico
3 participants

RW    Robert Wilson, Johnny De Luca
3 participants

BH    Brightree Holdings - Johnny De Luca
9 participants

JR    Johnny Read
2 participants

JR    Johnny Read
2 participants

Channels

Johnny Jet
1.72K subscribers

Type here to search

Brightree Holdings - Johnny DeLuca
9 participants

Start call

johnny we're going to ... ome fraud on a few of our mids and CB's are creeping up.

Wednesday, November 20, 2019

Mike, 4:01 PM
I'll need to give you guys a new url also, as the old domain is down...just an fyi, I'll get it over tonight

Johnny, 5:59 PM
Ok let us know what you need not a problem

Thursday, November 21, 2019

Johnny, 7:41 AM
We have not received anything yet.

Mike, 7:44 AM
hxxps://instaketo.com/payapi.php?fname=Frank&lname=White&address=&city=&state=&postalcode=&identifier=&ccnumber=511469006131439&expmm=03&expyy=20&cvv=252&amount=0.99&apikey=b7692ab12c1346b890f5fe65cb078f61

same format as before, new domain

updated it to work with the mids we need assistance on so it should be good to go from a technical standpoint

not sure what else you need... probably money, numbers, and more partial data?

Type a message



SIHLER5_011320



SIHLER5_011321



SHLER5_011322



SIHLER5_011323

Skype [27]

David Flynn $0.00
Set a status

johnny

All    People    Web    Groups

Search for groups you've created and have joined.

JD  Johnny De Luca
2 participants

JD  Johnny De Luca, Daryl Tirico
3 participants

RW  Robert Wilson, Johnny De Luca
3 participants

BH  Brightree Holdings - Johnny De
9 participants

JR  Johnny Read
2 participants

JR  Johnny Read
2 participants

Channels

Johnny Jet
1.72K subscribers

Type here to search

Brightree Holdings - Johnny DeLuca
9 participants

Start call

Sam, 3/26/2020

@David Flynn please send us requested info by tomorrow am so we can invoice and move forward. Thanks

Mike/Johnny, how's this look?

| | Quantity | Price | Total |
|---|---|---|---|
| Visa | 135 | $9.49 | $1,281.15 |
| Visa | 71 | $14.49 | $1,028.79 |
| Visa | 37 | $19.49 | $721.13 |
| MC | 97 | $9.49 | $920.53 |
| MC | 34 | $14.49 | $492.66 |
| MC | 27 | $19.49 | $526.23 |
| | 401 | | $4,970.49 |

8:02 PM

Processor asked if we could make sure bins are mixed up.

———— Friday, March 27, 2020 ————

Mike, 6:23 AM

yea just can't have sequential cards hit again. I'll also need to provide you with a new api link before we go

Wire is out

1:01 PM

Type a message

3:47 PM
4/20/2024

SIHLER5_011324



SIHLER5_011325

Skype [27]

David Flynn $0.00
Set a status

johnny

All    People    Messages    Web    Groups

Search for groups you've created and have
joined.

JD    Johnny De Luca
2 participants

JD    Johnny De Luca, Daryl Tirico
3 participants

RW    Robert Wilson, Johnny De Luca
3 participants

BH    **Brightree Holdings - Johnny De**
9 participants

JR    Johnny Read
2 participants

JR    Johnny Read
2 participants

Channels

Johnny Jet
1.72K subscribers

Type here to search

BH    Brightree Holdings - Johnny DeLuca ⚙
9 participants

Start call

Friday, March 27, 2020 details

Wire toID Cards (...0417)
Wire fromPLAT BUS CHECKING (...2537)
Wire statusIn transit
Transaction number524580455 9
Sender information
SenderBRIGHTREE HOLDINGS CORP
9205 W RUSSELL RD STE 240
LAS VEGAS, NV, 89148-1425
United States of America
Wire dateMar 27, 2020
Wire amount
5,419.54 USD (U.S. Dollar)
Outgoing wire transfer fee Open information dialog: Wire transfer fee
See analysis statement
Total
$5,419.54 USD (U.S. Dollar)

Mike, 1:03 PM
How soon do you think you guys can send the orders in?

abbondio, 1:04 PM
thsi new api link, is it a different url with a different message strcuture or just different values to use compared
to the old setup?

Sam 1:05 PM

Type a message

SHLER5_011326

3:48 PM
4/20/2024



SHLER5_011327

SHLER5_011328

Skype [27]

David Flynn $0.00
Set a status

**johnny**

All    People    Messages    Web    **Groups**

Search for groups you've created and have joined.

**JD**  Johnny De Luca
2 participants

**JD**  Johnny De Luca, Daryl Tirico
3 participants

**RW**  Robert Wilson, Johnny De Luca
3 participants

**BH**  Brightree Holdings - Johnny De
9 participants

**JR**  Johnny Read
2 participants

**JR**  Johnny Read
2 participants

Channels

Johnny Jet
1.72K subscribers

Type here to search

---

**BH**  Brightree Holdings - Johnny DeLuca ⚙
9 participants

Start call

Friday, March 27, 2020

Mike, 4:33 PM

**@David Flynn** do you want to do a certain amount per day or just all today?

4:34 PM

We could mix it in over the next few days. It's not a lot so today through Sunday

Mike, 4:39 PM

Do you need partial data from me again? 🙂

Or good still from before? 🙂

Sam, 4:45 PM

there was still data from before assigned to the transactions 🙂

Mike, 4:49 PM

ok 🙂

should be good to go. if there's any issues just holler. I'll be around

Monday, March 30, 2020

Johnny were you running those sales or was Mike?  We need to get them in before end of month but will need to adjust which MIDs we process them on. That might all be a Mike thing, just checking.

6:17 PM

abbondio, 6:20 PM

Type a message

3:48 PM
4/20/2024

Skype [27]

David Flynn  $0.00
Set a status

johnny

All    People    Web    Messages    Groups

Search for groups you've created and have joined.

JD  Johnny De Luca
2 participants

JD  Johnny De Luca, Daryl Tirico
3 participants

RW  Robert Wilson, Johnny De Luca
3 participants

BH  Brightree Holdings - Johnny De
9 participants

JR  Johnny Read
2 participants

JR  Johnny Read
2 participants

Channels

Johnny Jet
1.72K subscribers

Type here to search

---

Brightree Holdings - Johnny DeLuca
9 participants

Start call

BH

should be good to go. if there's any issues just holler. I'll be around

ok

Monday, March 30, 2020

Johnny were you running those sales or was Mike?  We need to get them in before end of month but will need to adjust which MIDs we process them on.  That might all be a Mike thing, just checking.

6:17 PM

abbondio, 6:20 PM

AC

yea just can't have sequential cards hit again, I'll also need to provide you with a new api link before we go

Mike, 3/27/2020

We still haven't received this new api link. Was it confirmed if this was to be implemented or was the old implementation still valid? If the old is still valid, we're the old api settings still valid or did you need to provide us with those values to include in each api call we make your system?

Ok so that's a mike question. Processor wants to talk before they go in so I'll coordinate with him.

6:38 PM

Tuesday, March 31, 2020

Mike, 7:21 AM

api link hasnt changed

Type a message

SHLER5_011329

3:48 PM
4/20/2024



SIHLER5_011330



Skype [27]

David Flynn $0.00
Set a status

johnny

All    People    Messages    Web    Groups

Search for groups you've created and have
joined.

JD    Johnny De Luca
2 participants

JD    Johnny De Luca, Daryl Tirico
3 participants

RW    Robert Wilson, Johnny De Luca
3 participants

BH    Brightree Holdings - Johnny De
9 participants

JR    Johnny Read
2 participants

JR    Johnny Read
2 participants

Channels

Johnny Jet
1.72K subscribers

Type here to search

BH    Brightree Holdings - Johnny DeLuca
9 participants

Start call

Tuesday, March 31, 2020
Thursday, April 2, 2020

Mike, 8:23 AM
hey all - can we start sending in the sales? split the load up over the course of 2 days?

Mike, 8:30 AM
maybe run a test sale through first to make sure its all working properly still and fire it up

Johnny, 8:36 AM
Sam?

Sam 8:37 AM
What's up

Mike, 11:20 AM
any way we can get this going today?

abbondio, 11:20 AM
since nothing changed technically or with the settings we are using when calling your api, then its as simple as
setting up a new schedule.

do you have access to our portal?

Sam 11:26 AM
@Mike I see you have only 1 mid setup called first mid but several once points of $9.49, $14.49 and $19.49.

Type a message

SHLER5_011331

3:48 PM
4/20/2024



SIHLER5_011332



SHLER5_011333

Brightree Holdings - Johnny DeLuca
9 participants

Thursday, April 2, 2020

do you have access to our portal?

abbondio castronovo, 4/2/2020

I do not

Sam 11:58 AM

the system is not set up properly. I ran 2 test cards visa nad mc and they both got declined. When I checked at the bank level they never made it to there. it is either a config error or your crm rejected them. please have this fixed. thanks

Mike, 12:00 PM
I'll look at it now

one sec

can you give me the link that you used? With the cc info included

nevermind - I think I see the issue in the logs. can you try again?

Sam 12:29 PM
ok give me 5

Mike, 12:30 PM
appreciate it. thank you

Type a message

Skype [27]

David Flynn $0.00
Set a status

johnny

All    People    Messages    Web    **Groups**

Search for groups you've created and have joined.

JD    Johnny De Luca
2 participants

JD    Johnny De Luca, Daryl Tirico
3 participants

RW    Robert Wilson, Johnny De Luca
3 participants

BH    **Brightree Holdings - Johnny De**
9 participants

JR    Johnny Read
2 participants

JR    Johnny Read
2 participants

Channels

Johnny Jet
1.72K subscribers

Q  Type here to search

**Brightree Holdings - Johnny DeLuca** ⚙
9 participants

BH

appreciate it, thank you

SA    Sam 12:58 PM
same problem

Mike, 12:59 PM

Thursday, April 2, 2020

hxxps://instaketo.com/payapi.php?
fname=Frank&lname=White&address=8city=&state=&postalcode=&identifier=&ccnumber=511469006
1314399&expmm=03&expyy=20&cvv=252&amount=0.99&apikey=b7692ab12c1346b89d5fe65cb078f6f1

Mike, 11/21/2019

this link format is the one being used?

with the hoops being replaced with https

Sam 1:04 PM
why is the amount at 0.99 and not 9.49  0.99 is what you were previously using   please check on this

Mike, 1:04 PM

yea, fill in the amount that you're going to use on the cards

its just a placeholder

the link format and variables are the same

SA

Type a message

Start call



SHLER5_011335

SIHLER5_011336

Skype [27]

David Flynn  $0.00
Set a status

johnny

All   People   Messages   Web   Groups

Search for groups you've created and have joined.

JD  Johnny De Luca
2 participants

JD  Johnny De Luca, Daryl Tirico
3 participants

RW  Robert Wilson, Johnny De Luca
3 participants

BH  Brightree Holdings - Johnny De
9 participants

JR  Johnny Read
2 participants

JR  Johnny Read
2 participants

Channels

Johnny Jet
1.72K subscribers

Type here to search

---

Brightree Holdings - Johnny DeLuca
9 participants

Start call

Thursday, April 2, 2020

we also added an 'identifier' field the last go around

so we must have the instaketo url format set up elsewhere in your system because of those changes

abbondio, 1:07 PM
please provide me with the exact url and paramters you now require and Ill schedule a time in next 2-3 days to fix our code to reflect your changes

Mike, 1:07 PM
you already have this set up in your system because we used it previously

twice. I believe

it must just be in a different spot - ultrafastketoboost is really old

yea. this was switched over to instaketo around October 15

hxxps://instaketo.com/payapi.php?fname=&lname=&address=&city=&state=&postalcode=&identifier=&ccnumber=51146900613143398&expmm=03&expyy=20&cvv=252&amount=8&apikey=b7692ab12c1346b89d5fe65cc0786f1

thats the url format. the fields should match up with whats in the last csv file we sent over

fname,lname,address,city,state,zipcode,identifier

are the headers of the last csv we sent on October 30th

abbondio 1:12 PM

Type a message

3:48 PM
4/20/2024

SIHLER5_011337

Brightree Holdings - Johnny DeLuca
9 participants

mame=&uname=&address=&city=&state=&postalcode=&uoentifier=&ccnumber=5114o5uo615143998exp
mm=03&expyy=20&cvv=252&amount=&apikey=b7692a Thursday, April 2, 2020 779 3f1

thats the url format. the fields should match up with whats in the last csv file we sent over

fname,lname,address,city,state,zipcode,identifier
are the headers of the last csv we sent on October 30th

abbondio, 1:12 PM

thank you, ill try to find some time to validate your changes. note we have a current backlog

Mike, 1:12 PM

ok thank you

Friday, April 3, 2020

abbondio, 11:06 AM

hi everyone, i was able to rush in a fix to our live servers. the url seems to be the only change. **@Sam** please
map their identifier field to our extra field 1 as thats the field the system will use. you can try again once ready

Mike, 12:26 PM

awesome thank you **@abbondio** please let me know how the test goes

Sam 12:35 PM

**@Mike** according to Abbj you will furnish us with the ch data so that I can upload it and add the identifier

Monday, April 6, 2020

Type a message



SHLER5_011338



SIHLER5_011339



**Brightree Holdings - Johnny DeLuca**
9 participants

Tuesday, April 7, 2020

Mike, 10:39 AM
can you guys run these through now for us? so that they all don't go through in a short period of time can we just spread them out over 24hrs if possible please

Sam 11:19 AM
Are you talking to your david or to mswipe

Mike, 11:20 AM
You guys

Sam 11:25 AM
Ok so what do you want to schedule and over what period of time. Remember you have 3 price points. Also do you want to start them today or just starting at midnight

Mike, 11:25 AM
ASAP, all of the price points

Sam 11:26 AM
So you want me to pass all your inventory from now until midnight tonight?

Mike, 11:32 AM
Can we spread it from now until 2pm tomorrow? Just a 24hr window to spread it out a little bit more

I'm EST so it's 2:32pm here just as reference

Type a message

SIHLER5_011340



SHLER5_011341

Skype [27]

David Flynn $0.00
Set a status

johnny

All    People    Messages    Web    Groups

Search for groups you've created and have joined.

Johnny De Luca
2 participants

Johnny De Luca, Daryl Tirico
3 participants

Robert Wilson, Johnny De Luca
3 participants

Brightree Holdings - Johnny De
9 participants

Johnny Read

Johnny Read
2 participants

Channels

Johnny Jet
1.72K subscribers

Type here to search

Brightree Holdings - Johnny DeLuca
9 participants

Start call

Tuesday, April 7, 2020

Mike, 11:32 AM
Can we spread it from now until 2pm tomorrow? Just a 24hr window to spread it out a little bit more

I'm EST so it's 232pm here just as reference

Sam, 11:32 AM
Sure

Same here. I will schedule all your inventory at your 3 price points to run completely for 24 hrs after I set it up. Correct?

Mike, 11:54 AM
Yes please

Thursday, May 28, 2020

Ben Scrancher has left this conversation

abbondio castronovo has left this conversation

Type a message

SIHLER5_011342

3:49 PM
4/20/2024

# EXHIBIT 6

 **Gmail**

Kevin Kneupper <kevin@kneuppercovey.com>

---

**Demand Letter re: Chargebacks 911 Racketeering Lawsuit**

**Kevin Kneupper** <kevin@kneuppercovey.com>                                             Tue, May 9, 2023 at 5:52 PM
To: croush@akingump.com, Cyclone Covey <cyclone@kneuppercovey.com>, Lorraine Weekes <lorraine@kneuppercovey.com>

Corey,

I understand from the filings in the Federal Trade Commission action against Chargebacks 911, Gary Cardone, and Monica Eaton that you are representing them in that matter. I am representing parties in a class action lawsuit under the Rackeeter Influenced and Corrupt Organizations Act (RICO) which we intend to file against those same clients shortly. Because the attached demand letter and materials closely relate to the subject matter of that representation, I am sending it to you directly instead of to them out of caution.

If you are not representing them or will not be representing them in the matter outlined in my demand letter, please let us know as soon as possible. We would also request that you forward this letter and its exhibits to your clients. As I state in the letter, this matter is time sensitive, and we are finalizing a draft complaint for filing in the near future which will likely affect the FTC action in which you are currently representing them.

Because some of the exhibits are relatively large, I am also including a Dropbox link below in case there are issues with the e-mail attachments:

https://www.dropbox.com/sh/q8lzlkwg460769p/AABMq1oAv9NV5vekloRYwhS1a?dl=0

Thanks,

Kevin Kneupper



📄 **5-9-2023 Demand Letter to Chargebacks 911 et al...**
📄 **Exhibit A.pdf**
📄 **Exhibit B.pdf**
📄 **Exhibit C.pdf**
📄 **Exhibit D.pdf**

--

# Kevin Kneupper
Partner

Licensed in California and Texas
CA Bar 325413 TX Bar 24050885

**Office** 657-845-3100 **Mobile** 512-420-8407 **Email** kevin@kneuppercovey.com
**Address** 17011 Beach Blvd, Ste 900, Huntington Beach CA 92647

# EXHIBIT 7





Kevin Kneupper, Esq. (CA SBN 325413, TX SBN 24050885)
Kneupper & Covey, PC
kevin@kneuppercovey.com
17011 Beach Blvd.
Suite 900
Huntington Beach, CA 92647
(657) 845-3100

May 9, 2023

**VIA E-MAIL AND CERTIFIED U.S. MAIL**

**TO:**

Corey W. Roush
croush@akingump.com
2001 K Street, N.W.
Washington, DC 20006-1037 US

Dear Mr. Roush;

Our law firm, Kneupper & Covey PC, represents Plaintiffs Janet Sihler and Charlene Bavencoff and a putative class of all other consumers similarly situated in an action in the Southern District of California, *Sihler et al v. The Fulfillment Lab, Inc. et al*, No. 3:20-cv-01528-LL-DDL. Your clients are likely already familiar with this case and with other matters our law firm has filed targeting the kinds of scammers who they cultivated as a client base, in particular because our lawsuits have resulted in extreme scrutiny of bad actors in the payment processing system.

This lawsuit involves claims under the Racketeer Influenced and Corrupt Organizations Act ("RICO") and relates to products called Ultra Fast Keto Boost, InstaKeto, and Instant Keto, which were being sold by a client of Chargebacks 911, Brightree Holdings. The fraudulent product sales in this case exceeded $100 million, and we expect that with RICO's treble damage provision the damages will exceed $100 million as well.

As part of this lawsuit, we have been pursuing discovery into Doe(s) who may have knowingly assisted Brightree and the other defendants as part of this racketeering enterprise.

As a result of recent discovery, including Skype chats with Chargebacks 911 employees and deposition testimony from a Brightree employee, Mike Campbell, we have discovered that Chargebacks 911 was intentionally assisting Brightree in the creation of hundreds of thousands of fake e-book transactions through its longstanding partnership with an individual named Johnny De Luca.



Kevin Kneupper
kevin@kneuppercovey.com
(657) 845-3100

Because much of this discovery has not been designated as confidential by any party under our case's protective order, I am sharing the attached materials with you so that your client can evaluate them. We intend to file a RICO class action lawsuit against Chargebacks 911, Gary Cardone, and Monica Eaton. We would like to discuss the possibility of negotiating a settlement prior to filing. We are aware that the Federal Trade Commission has recently filed an action against these defendants. Their complaint deals with an internal program at Chargebacks 911 to generate fake transactions, which the FTC appears to believe ended in 2019. From the evidence we have gathered, it appears their understanding is not correct, and Chargebacks 911 in fact kept encouraged its clients to continue engaging in this kind of fraud by referring them to Johnny De Luca.

From public statements, the Chargebacks 911 strategy in that case appears to bank heavily on challenging the FTC's legal authority to impose financial penalties. That, of course, will not apply to the damages in excess of $100 million we will be claiming in our civil suit. The two cases will effectively create a "perfect storm," as any evidence discovered by the FTC will become available to us as well, and vice versa. While our clients are only willing to discuss settlement in the class action context, the class action that we file could be accompanied by a concurrently filed proposed class action settlement and thus avoid the need for raising (or engaging in discovery into) the matters in the attached exhibits.

So that you can appreciate how clearly the evidence we have obtained establishes Chargebacks 911's involvement in this fraud, and how blatant the participants were about what they were doing, I will walk you through the non-confidential materials below.

First, we have Skype chats to which Chargebacks 911 employees were parties. It is very clear that Chargebacks 911 went to Brightree Holdings and, after reviewing their account, proposed that they create these fake e-book transactions as a means of hiding their high chargeback rate from the payment processor they were using.

On September 19, 2019, CB 911 employee Ben Scrancher sent the following Skype Messages to David Flynn of Brightree:

**Ben Scrancher:** Anthony and I were looking at your statistics earlier and would like to have a chat sometime soon to suit you

**Ben Scrancher:** Are you around tomorrow morning?

**David Flynn:** Pleasure to meet you. How's 11:00 AM PST. I'm free later as well.

Ex. A.



Kevin Kneupper
kevin@kneuppercovey.com
(657) 845-3100

On September 20, 2019 at 8:39 PM, David Flynn sent the following message to CB 911:

**David Flynn:** Thanks again for your time this morning. I may have missed it but I don't recall seeing any info on the groups that can help with increasing our transaction number. I think we've got a great fit to launch a stand alone digital keto planner for $1.00 that would work really well with this program. Thanks.

Ex. A.

Less than 10 minutes later, at 8:47 PM, Mr. Flynn sent the following message internally to other Brightree employees:

**David Flynn:** #2 Had a long talk with our chargeback people today. Best option we have is pretty close to what you suggested a few weeks back. We need to increase our total number of transactions. We can be either above 100 chargebacks or above 1%, but not both. Suggestion is to make a product that we can market for $1, mainly to appease Nuvei and/or other mids. I think some type of keto planner, recipe guide, cheat sheet would do the trick. Should be easy to grab something out there and update it. I'll look over the weekend. We set up a simple 1 page website. Tell Nuvei we're targeting our existing partials and customers for the offer, so we can keep in contact with them. **<u>The guys I spoke with have teams that can help with the actual transactions, but essentially we flood our mid with, say 250k $1 transactions. Presto, chargeback ratio under 1%.</u>** I'm hoping to talk with them over the weekend to see if there's time this month to get it done or if that's too much volume too fast. Might need to write this month off and start it 10/1.

Ex. D at 475 (emphasis added).

On September 21, 2019, Ben Scrancher responded to Mr. Flynn's text from the day before as follows:

**Ben Scrancher:** Hey David. See the chat with Johnny De Luca. He's the one that can help with that.

Ex. A.

On September 26, 2019, Mike Campbell messaged David Flynn in an internal Brightree chat at 1:07 PM:

**Mike Campbell:** hey dave, are we good to go with the cc guy? is he paid?

**Mike Campbell:** I don't want to reveal too much to them, like a url, until I know

**Dave:** Haven't seen an amount or way to pay him yet.



Kevin Kneupper
kevin@kneuppercovey.com
(657) 845-3100

Ex. D at 435.

Roughly one minute after the last message, Dave Flynn messaged to CB 911 at 1:10 PM:

**Dave Flynn:** Guys we're getting ready to engage with Johnny. To be honest the whole process seems a little loose considering were getting ready to wire a lot of money to someone we do not know. Anything else you can share about him, his operation, how long you've been working with him? I typically don't wire $400k to strangers. Thanks.

Ex. A.

At 2:39 PM the same day, CB 911 employees began responding:

**Anthony Pugliese:** Hey Ben you around?

**Ben Scrancher:** Hey guys

**Ben Scrancher:** Sorry been at an event all day

**Ben Scrancher:** David we've had clients working with Johnny for over 3 years

**Ben Scrancher:** Never had a complaint so far

**David Flynn:** Ok. We just wired $300k so we're off and running

**Ben Scrancher:** It's a big initial batch but you're safe wiring him funds

Ex. A.

At 4:02 PM, Dave Flynn messaged internally at Brightree "[s]hould be all paid and approved." Ex. D at 435.

The next day, September 27, 2019, Mike Campbell sent an internal message at Brightree stating that 15,544 ebook sales had been generated but "one thing that caught my eye with this, the expiration dates are all 09-2023." Dave Flynn responded: "That's weird. Thought that would be random too." Mr. Campbell responded: "he must be generating these on the fly so it's doing current month + 4 years for expiration." Ex. D at 431.

On October 3, 2019, a CB 911 employee sent a message making clear it was aware of the exact basis of our existing RICO lawsuit—i.e., that customers were being deceived on the checkout page into thinking they were getting free bottles:



Kevin Kneupper
kevin@kneuppercovey.com
(657) 845-3100

> **n.carroll 6**: I see that almost 13% of these chargebacks are coming through due to 'incorrect Transaction Amounts' I believe this may be due to the way the pricing for the offer is displayed on the website as we've talked about (customers misinterpreting the 'X dollars per bottle' and 'Buy X Bottles, Get X bottles Free' Statements)

Ex. B.

On October 4, 2019, Mr. Campbell sent an internal message at Brightree describing the "ebooks coder" as "from the dark side." Ex. D at 412.

On October 8, 2019, Mr. Campbell sent an internal message at Brightree stating that he was providing the ebook coder with 75,000 randomized names and addresses. Ex. D at 406.

On October 16, 2019, a CB 911 employee sent a message to Mr. Flynn outlining exactly what they were doing with these fake transactions and making clear that CB 911 was monitoring them closely:

> **n.carroll 6**: Noticing that we're continuing to see the up-tick in transaction volume including those $0.99 Sales. One quick thing I did want to double check, in my notes I thought we were going to be shooting for 15k sales per day at that 0.99 price point. I'm seeing that at this point in the month the average is about 13,500 transactions per day total, across all price points. That's about 7k more than the average trans/day last month. Just wanted to make sure that was matching up with expectations.

Ex. B.

On October 30, 2019, CB 911 continued to assist in this scheme by providing Mr. Flynn with exact calculations on the number of fake transactions he would need to create in order to reduce his chargeback ratio to various thresholds that would avoid fraud programs from each of the specific card brands:

> **Dave Flynn:** Nick I reached out to Ben but I think he's traveling. Can we get the most updated numbers for chargebacks one October. Need to see how close we are to 2%. Thanks

> **n.carroll 6:** I'll grab that for you right now!

> **n.carroll 6:** Here we are! Included multiple percentage points to show the context of how many would be required to get under VISA thresholds (.9%) MC Thresholds (1%) or other round thresholds (1.5% and 2.0%)



Kevin Kneupper
kevin@kneuppercovey.com
(657) 845-3100



Ex. B.

On November 27, 2019, CB 911 further made clear that it knew that it was assisting in a fraudulent scheme, sending a message stating that "I know from my e-mail exchanges with Aaron that it looks like multiple AG complaints have already come in and I just want to work to stay ahead of this for you and keep your MIDs safe." Ex. B.

The Skype chats also twice reference meetings between Gary Cardone—once a lunch with with David Flynn at the Bellagio in Las Vegas during what appears to be the Affiliate Summit, Ex. A at 10, and a second time in another chat references a dinner in late 2019 with Rick James and Gary Cardone.

In addition to these Skype chats, we deposed Mike Campbell, who performed technical services for Brightree. Mr. Campbell testified that with respect to the 100,000 fake e-book transactions Brightree ran, "Chargeback 911 gave him [Dave Flynn] some advice on how…." Ex. C at 57:11-12.

Mr. Campbell testified that the fake transactions were run by "somebody that they [CB 911] had referred to Dave, I believe." *Id.* at 58:9-10.

He testified that "There was an API that I had -- a checkout page that I had set up for essentially that for somebody to send sales into that page, that was a reference from Chargeback 911." *Id.* at 58:12-15.

He was asked "is Johnny Deluca the guy that Chargebacks 911 referred you to?" His response was: "Yeah, must have been." *Id.* at 69:1-3. He testified that "Johnny was the one processing those transactions, I believe, yes, from my understanding or his team or whatever they called it." *Id.* at 193:2-6.

Mr. Campell was asked "So you had a conversation with Chargeback 911 representatives about the issue of the chargeback ratio?" He responded "Oh, yeah. No, they were on top of it, they were letting Dave know it was too high and they are the ones that referred Dave to that setup or person, team or whatever you want to call it." *Id.* at 200:20-25.

Mr. Campbell testified that CB 911 knew about the actual websites which the Keto Products were being sold on which contained the fraudulent representations at issue in our lawsuit, namely, false statements that customers would receive free bottles. *Id.* at 202:9-20.

Mr. Campbell also made clear that these e-book transactions which were created in partnership with CB 911 and Johnny De Luca were not, in fact, real transactions. He was asked: "So, basically, you have to run 100 fake e-Book transactions to offset an actual chargeback to keep



Kevin Kneupper
kevin@kneuppercovey.com
(657) 845-3100

your chargeback ratio under the one percent threshold?" He responded: "I'm pretty sure that's what he's describing there, yes." *Id.* at 62:6-10.

Mr. Campbell was asked: "Well, if it says we're going to recycle that money and we have 80, $90,000, it's going to be somebody who controls the cards on both ends?" He responded: "Yeah, again this was the reference that Dave got, I believe. I might be wrong, but I believe this is from the chargeback company as a consultant or somebody like that that he was getting this advice from. I just remember the Domino's because it was crazy at that time." *Id.* at 59:12-19.

Mr. Campbell also testified that Brightree's fake e-book sales were specifically flagged by their payment processor who thought they were either an "attack or an attempt to dilute your chargebacks." *Id.* at 109:14 – 110:21.

Given all of this evidence, which dovetails with what the Federal Trade Commission has already alleged against your clients (i.e., that they orchestrated an internal program to do exactly what these messages describe Johnny De Luca as doing at CB 911's direction), we think it would be highly advisable for your clients to get in touch with us to discuss the possibility of resolution of this case. Your clients are likely aware from word-of-mouth the difficulties that our lawsuits have caused for other participants in the affiliate marketing "industry." Furthermore any RICO damages that are awarded in a case will not be dischargeable in bankruptcy and will effectively follow your clients for the rest of their lives. Please also be aware that this is a time-sensitive matter. We would need to come to some agreement within the next month or so, otherwise we will be forced to file due to concerns about the statute of limitations.

Very truly yours,

Kevin M. Kneupper
Kneupper & Covey PC

# EXHIBIT 8



SIHLER5_010854



SIHLER5_010855



SHLER5_010856



SHLER5_010857



SHLER5_010858



SIHLER5_010859



SIHLER5_010860



SHLER5_010861



SIHLER5_010862

SIHLER5_010863

Skype [27]

David Flynn $0.00
Set a status

scran

All   People   Messages   Web   Groups

Quickly search for people, messages and groups.

**People**

Ben Scrancher
Chatted over a year ago

**Group chats**

BS  Ben Scrancher, Andy Curle, Marc...
4 participants

BH  Brightree Holdings | Paysafe
3 participants

TP  Trinity Payments | Brightree Hold...
4 participants

**Channels**

WNEP Wilkes-Barre/Scranton
725K subscribers

WOLF Wilkes-Barre-Scranton
804 subscribers

Skype directory

Type here to search

---

Ben Scrancher
Last seen 28m ago

Ben got the info on Paysafe and we're getting a call scheduled.

We do have other MIDs running but are adding a few more in to split the load.

I don't recall seeing the info for the digital upsell group. I could have easily missed it so either way can you resend. Thanks.

Tuesday, November 12, 2019

Ben, 12:12 AM

Great on Paysafe

Will make the intro to ebooks today

Also, are you free for a call with me and our CEO over the next couple of days?

Monday, November 18, 2019

Ben, 8:23 AM

Hey David, are you around this week?

Wednesday, November 20, 2019

Mt with the Paysafe team in CA yesterday. Thanks for the intro. Sounds like they could be a good fit.

4:09 PM

Type a message

via Skype



SHLER5_010864



SIHLER5_010865



SIHLER5_010866



SIHLER5_010867



SIHLER5_010868



SIHLER5_010869



SHHLER5_010870

# EXHIBIT 9
# Filed Sealed

# EXHIBIT 10

## b.scrancher, hgandycurle, xcellent.choice, marcconway

No messages

SIHLER4_010351