# EXHIBIT 21

Filing # 198671889 E-Filed 05/20/2024 10:47:37 AM

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

CARDONE SOLUTIONS AND
TECHNOLOGY, LLC, a Florida
limited liability company,

Case No. 22-000672-CI

    Plaintiff,

vs.

GTMC, LLC, a Florida limited liability
company, and MONICA M. EATON,
EATON 2017 IRREVOCABLE TRUST,
dated JANUARY 1, 2017, CARDONE 2017
IRREVOCABLE TRUST, dated
JANUARY 1, 2017, GLOBAL E-TRADING,
LLC, a Florida Limited Liability Company,

    Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT

GTMC, LLC and Monica M. Eaton (a/k/a Monica Cardone) hereby give notice that the matter has been settled, but not completely finalized, and the parties expect to file a stipulation reflecting same and an ultimate dismissal of the pending action.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of May, 2024, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court by using the Florida Courts E-Filing Portal which will send a notice of electronic filing and via email and U.S. Mail to the following:

| | |
|---|---|
| John A. Schifino, Esq.<br>Michael G. Tanner, Esq.<br>Melanie Senosiain, Esq.<br>GUNSTER, YOAKLEY<br>& STEWART, PA<br>401 E. Jackson Street, Suite 1500 | Charles M. Harris, Jr., Esq.<br>Brigid A. Merenda, Esq.<br>TRENAM, KEMKER, SCHARF,<br>BARKIN, O'NEILL AND MULLIS, P.A.<br>200 Central Avenue, Suite 1600<br>St. Petersburg, FL 33701 |

***ELECTRONICALLY FILED 05/20/2024 10:47:36 AM: KEN BURKE, CLERK OF THE CIRCUIT COURT, PINELLAS COUNTY***

Tampa, Florida 33602
jschifino@gunster.com
mtanner@gunster.com
msenosiain@gunster.com
csanders@gunster.com
awinsor@gunster.com
kkovach@gunster.com

Benjamin Scrancher, as Successor Trustee of the Cardone 2017 Irrevocable Trust
benscrancher@googlemail.com
**Sent via Email**

charris@trenam.com
gkesinger@trenam.com
bmerenda@trenam.com
ranctil@trenam.com
*Counsel for Defendant, Global E-Trading, LLC*

Kendall Christensen, as Trustee of the Eaton 2017 Irrevocable Trust
633 East 1250 N
Shelley, ID 83274
**Sent Via US Mail**

/s/ Charles A. Samarkos, Esq.
Charles A. Samarkos, Esq.
FBN #826146
Rachael L. Wood, Esq.
FBN # 0054102
JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP
311 Park Place Blvd., Suite 300
Clearwater, FL 337569
charles@jpfirm.com
micheleg@jpfirm.com
rachaelw@jpfirm.com
aesterline@jpfirm.com
*Counsel for Defendants, GTMC, LLC and Monica M. Eaton*

2