## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JANET SIHLER, Individually and On Behalf of All Others Similarly Situated; CHARLENE BAVENCOFF, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>GLOBAL E-TRADING, LLC DBA CHARGEBACKS911, GARY CARDONE, MONICA EATON,<br><br>*Defendants*. | Case No.: 8:23-CV-01450-VMC-LSG |

---

### DECLARATION OF KEVIN KNEUPPER

I, Kevin Kneupper, do hereby declare as follows:

1.      I am an attorney at Kneupper & Covey PC, counsel for Janet Sihler, Charlene Bavencoff, and the Class. I am licensed to practice law in the States of California, and Texas. I make this declaration to the best of my knowledge, information, and belief of the facts stated herein.

2.      Plaintiffs initially obtained partial copies of Mr. Scrancher's Skype chats with Brightree from a subpoena in the California class action to Mike Campbell, a former employee of Brightree.

3.      Plaintiffs received a copy of an exported .JSON file from Mr. Flynn on December 23, 2024, as well as a production from Microsoft on January 21, 2025.

4.      Attached as Exhibit 1 is a true and correct copy of an e-mail produced by Defendants starting with the Bates number CB911_SIHLER-0001517.

5.    Attached as Exhibit 2 is a true and correct copy of an FTC civil investigative demand produced by Defendants starting with the Bates number CB911_SIHLER_0001518.

6.    Attached as Exhibit 3 is a true and correct copy of a Skype chat produced by Plaintiffs, and obtained from third party Mike Campbell, starting with the Bates number Sihler-01378.

7.    Attached as Exhibit 4 is a true and correct copy of a Skype chat produced by third party Microsoft, starting with the Bates number MS SUB CONFIDENTIAL 000173.

8.    Attached as Exhibit 5 is a true and correct copy of a Skype chat produced by third party David Flynn, starting with the Bates number SIHLER5_011236.

9.    Attached as Exhibit 6 is a true and correct copy of an e-mail I sent to Corey Roush on May 9, 2023. I attached copies of Skype conversations between Mr. Scrancher and Brightree Holdings to this e-mail, as well as a copy of a transcript of a deposition of Brightree employee Mike Campbell discussing those conversations.

10.    Attached as Exhibit 7 is a true and correct copy of a letter I sent to Corey Roush on May 9, 2023, which was attached to the e-mail filed herein as Exhibit 6.

11.    Attached as Exhibit 8 is a true and correct copy of a Skype chat export produced by third party David Flynn, starting with the Bates number SIHLER4_010854.

12.    Attached as Exhibit 9 is a true and correct copy of a Skype chat produced by third party Microsoft as part of a spreadsheet with the Bates number MS SUB CONFIDENTIAL 000003.

13.     Attached as Exhibit 10 is a true and correct copy of a Skype chat export produced by third party David Flynn, starting with the Bates number SIHLER4_010351.

14.     Attached as Exhibit 11 is a true and correct copy of a Skype chat export produced by third party David Flynn, starting with the Bates number Flynn_Skype_00006.

15.     Attached as Exhibit 12 is a true and correct copy of an e-mail from Tim Buckingham, attorney for Ben Scrancher.

16.     Attached as Exhibit 13 is a true and correct copy of an e-mail from Lorraine Weekes.

17.     Attached as Exhibit 14 is a true and correct copy of excerpts of the deposition of Ben Scrancher.

18.     Attached as Exhibit 15 is a true and correct copy of a document produced by Defendants starting with the Bates number CB911_SIHLER_0002516.

19.     Attached as Exhibit 16 is a true and correct copy of a document produced by Defendants starting with the Bates number CB911_SIHLER_0005492.

20.     Attached as Exhibit 17 is a true and correct copy of a document produced by Defendants starting with the Bates number CB911_SIHLER_0043063.

21.     Attached as Exhibit 18 is a true and correct copy of a document produced by Defendants starting with the Bates number CB911_SIHLER_0043090.

22.     Attached as Exhibit 19 is a true and correct copy of a document produced by Defendants starting with the Bates number CB911_SIHLER_0043006.

23.     Attached as Exhibit 20 is a true and correct copy of a document produced by Defendants starting with the Bates number CB911_SIHLER_0042989.

24.     Attached as Exhibit 21 is a true and correct copy of a document downloaded from the Pinellas County Court docketing system.

I declare and state under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this Declaration was executed this 5th day of February, 2025, in Huntington Beach, California.

/s/ Kevin Kneupper
Kevin Kneupper, Esq.
Declarant