UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JANET SIHLER, Individually and On Behalf of All Others Similarly Situated; CHARLENE BAVENCOFF, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>GLOBAL E-TRADING, LLC DBA CHARGEBACKS911, GARY CARDONE, MONICA EATON,<br><br>*Defendants*. | Case No.: 8:23-CV-01450-VMC-LSG |

**DECLARATION OF JOHN GRIMES**

1

I, John Grimes, do hereby declare as follows:

1. I am the Director of Forensics for the Western Region for Epiq, an independent provider of litigation consulting, forensic, discovery, and managed support services. Epiq provides eDiscovery services including computer forensics, data processing, expert consulting, and litigation support.

2. I have personal knowledge of the matters set forth in this Declaration.

3. I have over 22 years of experience working in Information Technology and Digital Forensics. I have performed the acquisition and analysis of hundreds of computer systems and media, including personal computers, network servers, and mobile devices. I earned a bachelor's degree from Santa Clara University, master's degree in business from the University of San Francisco, and hold several industry certifications, including EnCase Certified Examiner (EnCE), Cellebrite Certified Operator (CCO), and Cellebrite Physical Analyst (CPA). A true and correct copy of my CV is attached hereto as Exhibit A.

4. Epiq was retained by counsel Kneupper & Covey to provide eDiscovery and litigation support. Specifically, Kneupper & Covey retained Epiq to be the custodian for David Flynn's Skype export file. My understanding is that Mr. Flynn only consented to providing Kneupper & Covey with a subset of all of his Skype conversations.

2

5. Microsoft's Skype chat export tool does not allow the user to pick-and-choose which conversations they want to export. The tool simply exports all of a user's chats in a JSON[1] data export set of files.

6. Epiq received David Flynn's Skype JSON data export directly from Mr. Flynn on December 23, 2024.

7. Kneupper and Covey requested that Epiq parse Mr. Flynn's JSON Skype data and provide a series of human-readable chats showing the Skype conversations Mr. Flynn had with specific people that he authorized Kneupper and Covey to see.

8. Epiq provided this data to Kneupper and Covey on January 10, 2025.

9. Kneupper and Covey asked Epiq why certain of these human-readable chats that Epiq produced appeared to have blank messages. A screenshot with an example of these blank messages from what Epiq initially provided Kneupper and Covey is below:

---

[1] **JSON (JavaScript Object Notation)** is an open standard file format and data interchange format that uses human-readable text to store and transmit data objects consisting of name–value pairs and arrays (or other serializable values). It is a commonly used data format with diverse uses in electronic data interchange, including that of web applications with servers. https://en.wikipedia.org/wiki/JSON

```
B   b.scrancher                                                              12/5/2019, 4:23 AM
    Let me check later today

B   b.scrancher                                                              12/5/2019, 7:25 AM
    Whereabouts in Florida is your partner located?

X   xcellent.choice                                                          12/5/2019, 9:36 AM
    Port Orange by Daytona.

B   b.scrancher                                                             12/5/2019, 11:26 AM

B   b.scrancher                                                              12/5/2019, 3:39 PM

B   b.scrancher                                                              12/5/2019, 3:39 PM
    I have one more intro for you for that too

X   xcellent.choice                                                          12/5/2019, 4:19 PM
    Yes. Another option would be good to compare.

X   xcellent.choice                                                          12/5/2019, 4:20 PM
    I'll get with rick on Tampa.

B   b.scrancher                                                              12/5/2019, 4:23 PM
    Ok cool will intro

B   b.scrancher                                                              12/5/2019, 4:24 PM
    Ok great let me know would be great to meet up

B   b.scrancher                                                             12/6/2019, 12:33 PM

X   xcellent.choice                                                          12/9/2019, 2:57 PM
    Talked to rick about Tampa. He asked if Gary would be available to meet there next Thursday/Friday.
```

10.     I performed a more thorough analysis of Mr. Flynn's JSON data export to see why these blanks were occurring.

11.     The JSON format is delimited text data than can be read using a notepad application. For this matter, I opened the provided data file, messages.json, in Notepad ++[2]. Notepad++ displays the entire contents of the JSON file as a continuous string of text data. In addition, I loaded the JSON into

---

[2] **Notepad++** is a text and source code editor for use with Microsoft Windows. It supports tabbed editing, which allows working with multiple open files in one window. https://en.wikipedia.org/wiki/Notepad%2B%2B

Message Crawler v 5.40[3] which has a parser for Skype data. In both Notepad++ and Message Crawler, the text is viewable and searchable. However, Message Crawler delimited the JSON into separate fields which makes the data easily sortable and searchable. Although Message Crawler makes the data more accessible, it does not currently parse all of the JSON fields within Skype. For this reason, I used both Message Crawler and Notepad++ for my analysis.

12.     I reviewed the JSON and identified message records and was able to deduce how the JSON files work for normal messages and deleted messages. Below is an example of a normal message from Mr. Flynn's JSON file:

```
32801        {
32802          "id": "1574790348035",
32803          "displayName": "Ben Scrancher",
32804          "originalarrivaltime": "2019-11-26T17:45:47.383Z",
32805          "messagetype": "RichText",
32806          "version": 1574790348035,
32807          "content": "Can you do a call this week? Want to intro you to our ceo",
32808          "conversationid": "8:b.scrancher",
32809          "from": "8:b.scrancher",
32810          "properties": null,
32811          "amsreferences": null
32812        },
```

13.     In contrast, the empty messages all had no information in the "content" field and contained an additional field property "deletetime". After further analysis, I noted the "deletetime" field was stored as an Epoch[4] encoded

---

[3] **Message Crawler** is a commercial eDiscovery tool.
https://www.hashtaglegal.com/message-crawler

[4] **Epoch or Unix Time** originated as the system time of Unix operating systems. It has come to be widely used in other computer operating systems, file
systems, programming languages, and databases. In modern computing, values are sometimes stored with higher granularity, such as microseconds or nanoseconds.
https://en.wikipedia.org/wiki/Unix_time

5

date/time stamp. There are numerous Epoch date/time converters available on the Internet. For this matter, I used the Epoch Converter[5] website. This allowed me to convert the Epoch time to a human-readable format.

14. Of note, I also identified a secondary Skype entry for each deleted message. This secondary message is generated within a few hundred milliseconds of the deletion and contains the property "isserversidegenerated": "True". The record is either before or after the deleted messages in the JSON file and will contain the same "displayName", "messagetype", "content" (null), "from", and "amsreferences" fields as the original message. The second record has a message id within most cases the same date and time to the minute as the original message's deleted time, but the milliseconds will vary. Based on my observations, these record entries act as a system message after the deletion occurs. By using the record metadata and the Epoch time stamp of the "deletetime" field, I was able to correlate which "deletetime" record property matches a corresponding record containing the "isserversidegenerated": "True" property.

15. An example showing both the deleted message and the secondary Skype entry is below.

---

[5] https://www.epochconverter.com/



16.     When I plug the number from the "deletetime" for the first message above (labelled "Original Message with deletion time") into the Epoch Converter website the result is May 16, 2023 8:48:11.373 PM GMT.

17.     When I plug the number from the "ID" for the second message above (labelled "Placeholder system message of deletion") into the Epoch Converter website the result is May 16, 2023 8:48:11.940 PM GMT, which is 567 milliseconds after the first message "deletetime".

18.     For Skype messages from the user account "b.scrancher", I located twenty six messages with the "deletetime" or "isserversidegenerated": "True" property value. Of those thirteen contain the property "deletedtime" and the remaining thirteen contain property "isserversidegenerated": "True".

7

19. At Kneupper & Covey's request I created an excel table showing the data for each of these twenty-six messages. Exhibit B to this declaration is a true and correct copy of this excel table. This table shows all of the JSON data for each deleted message. I created this spreadsheet manually by taking the data from each message and then adding it to the appropriate column.

20. I had previously created a similar spreadsheet entitled "KNU0001_b.scrancher_null_body_report.xlsx", which I provided Kneupper & Covey on January 14, 2025. I understand Kneupper & Covey sent a copy of this spreadsheet to Defendants' counsel on January 15, 2025. That spreadsheet contained some reference errors in the "Original Message ID Deleted" column, which is a cross-reference column that I manually created to tie related JSON entries together. I realized those mistakes when drafting this declaration and Exhibit B corrects those reference errors.

21. At Kneupper and Covey's request, I provided the entire Skype Data export file to Cole Popkin at Proven Data.

I declare and state under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this Declaration was executed this on ___02/04/2025___, in San Mateo, California.

*John Grimes*

Verified by signNow
02/04/2025 22:29:05 UTC
86f532d08a9b4e59a854

_____

John Grimes

# EXHIBIT A



# Jack Grimes

*Director, Forensics*

**San Francisco**
575 Market Street, Office 713
San Francisco, CA 94105
Cell +1 650.444.2896
jack.grimes@epiqglobal.com

Jack Grimes is a Director of forensics for Epiq.  He has more than 20 years of experience in information technology, eDiscovery, and computer forensics.  Mr. Grimes provides consulting in a wide variety of engagements, including large scale e-discovery, computer forensic investigations, and data collections.  Mr. Grimes has personally performed collection from thousands of computers, mobile devices, and other data sources.  He has also given training to clients and staff on forensic collection best practices.  Mr. Grimes is responsible for creating standard operating procedures for forensic collections with emphasis on cloud data, mobile devices, and social media solutions.

## Training and certifications

Mr. Grimes completed coursework and training in various computer forensics and information technology related topics. He also has continued his professional education through attendance of industry meetings and conferences and has formal classroom training in the following areas:

- EnCase Computer Forensics
    - EnFuse Conferences
    - Incident Response, Forensic Analysis and Discovery - 3/22/2005
    - NTFS Artifacts and File System – 4/10/2007
    - EnCase Certified Examiner Certification (EnCE Renewal) - 2/14/2019
    - Incident Investigation - 1/22/2022
    - Mac Examinations with EnCase 12/10/2024
- Mobile Forensics
    - Paraben PCME - 3/27/2009
    - CCO + CCPA - 4/20/2018
    - CCO + CCPA Recertification - 12/2/2020
    - CCO + CCPA Recertification - 6/8/2022
    - CCO + CCPA Inseyets Recertification - 12/19/2024

- SQLite Forensics
- X-ways Forensics - 12/20/2019

EnCase Certified Computer Examiner (EnCE) #15-0608-2559
Cellebrite Certified Physical Analyst (CCPA)
Cellebrite Certified Operator (CCO)

People. Partnership. Performance
epiqglobal.com



Teel Technologies SQLite Forensics
X-ways Forensic Training

## Testimony

Mr. Grimes has provided written testimony on the topics of data collection, analysis of digital evidence and complex electronic discovery in federal, state and local courts.  He testified by affidavit, declaration or deposition in the following cases:

- 2013 - United States District Court Central District of California. Case No. CV12-10900 RGK
- 2014 - Superior Court of California. Case No. 113CV253876
- 2016 - Northern District of Illinois Eastern Division. Case No. 16-cv-07648
- 2017 - Circuit Court of the State of Oregon. Case No.: 16CV36816
- 2017 - District Court of Illinois Eastern Division. Case No. 17-CV-05995
- 2017 - District Court of New Jersey. Civ. No. 1:15-cv-02282-JBS-AMD
- 2017 - District Court of Florida. Case No. 1:16-cv-21008-MORENO
- 2018 - District Court of South Carolina Case No. 2:17-cv-3012-DCN-BM
- 2018 - District Court of Illinois. Case No 1:16-cv-08637
- 2019 - State of Michigan Circuit Court for the County of Wayne Case No. 17-011884-CD
- 2019 - Circuit Court of the State of Oregon. Case No. 19CV22892
- 2020 - United States District Court Northern District of California Oakland Division Case No. 4:19-cv-04162-SBA
- 2023 - United States District Court Northern District of California Oakland Division Case No. 4:19-cv-04162-YGR
- 2024 - Circuit Court of Florida Case No. 2024-CA-000269

## Relevant career history

**Epiq**
2016 to Present
Director, Forensics

**Inventus, acquired by RPX Corporation**
2013 to 2016
Vice President of Technology Services

**Teris, acquired by Inventus**
2009 to 2013
Director of Information Technology and Computer Forensics

**Celerity Consulting Group**
2002 to 2009
Information Technology Manager

**Commtouch Software**
2001-2002
Network Engineer



## Education

Master of Business Administration (MBA) 2000
University of San Francisco, San Francisco, California

Bachelor of Science in Business Administration (B.S.C) 1998
Santa Clara University, Santa Clara, California



# EXHIBIT B

| Control Number | Group Identifier | From | To | Message Type | Content | Message Content Type | Time Stamp | SortDate |
|---|---|---|---|---|---|---|---|---|
| SKYPE0002207 | SKYPE0002207 | b.scrancher | b.scrancher;hgandycurl;excellent.choice;marcconway | message | | RichText | 12/4/19 21:02 | 2019-12-04T21:02:17 |
| SKYPE0002206 | SKYPE0002206 | b.scrancher | b.scrancher;hgandycurl;excellent.choice;marcconway | message | | RichText | 5/17/23 2:05 | 2023-05-17T02:05:04 |
| SKYPE0002209 | SKYPE0002209 | b.scrancher | b.scrancher;hgandycurl;excellent.choice;marcconway | message | | RichText | 12/4/19 21:02 | 2019-12-04T21:02:02 |
| SKYPE0002208 | SKYPE0002208 | b.scrancher | b.scrancher;hgandycurl;excellent.choice;marcconway | message | | RichText | 5/17/23 2:04 | 2023-05-17T02:04:49 |
| SKYPE0002214 | SKYPE0002214 | b.scrancher | | message | | RichText | 11/9/19 8:08 | 2019-11-09T08:08:39 |
| SKYPE0002215 | SKYPE0002215 | b.scrancher | | message | | RichText | 5/17/23 2:01 | 2023-05-17T02:01:45 |
| SKYPE0002216 | SKYPE0002216 | b.scrancher | | message | | RichText | 12/5/19 15:26 | 2019-12-05T15:26:37 |
| SKYPE0002217 | SKYPE0002217 | b.scrancher | | message | | RichText | 5/17/23 2:00 | 2023-05-17T02:00:16 |
| SKYPE0002218 | SKYPE0002218 | b.scrancher | | message | | RichText | 12/5/19 19:39 | 2019-12-05T19:39:26 |
| SKYPE0002219 | SKYPE0002219 | b.scrancher | | message | | RichText | 5/17/23 1:59 | 2023-05-17T01:59:59 |
| SKYPE0002220 | SKYPE0002220 | b.scrancher | | message | | RichText | 12/6/19 16:33 | 2019-12-06T16:33:24 |
| SKYPE0002221 | SKYPE0002221 | b.scrancher | | message | | RichText | 5/17/23 1:59 | 2023-05-17T01:59:48 |
| SKYPE0002211 | SKYPE0002211 | b.scrancher | b.scrancher;hgandycurl;excellent.choice;marcconway | message | | RichText | 12/4/19 20:51 | 2019-12-04T20:51:02 |
| SKYPE0002210 | SKYPE0002210 | b.scrancher | b.scrancher;hgandycurl;excellent.choice;marcconway | message | | RichText | 5/16/23 20:50 | 2023-05-16T20:50:23 |
| SKYPE0002213 | SKYPE0002213 | b.scrancher | b.scrancher;hgandycurl;excellent.choice;marcconway | message | | RichText | 12/4/19 21:03 | 2019-12-04T21:03:34 |
| SKYPE0002212 | SKYPE0002212 | b.scrancher | b.scrancher;hgandycurl;excellent.choice;marcconway | message | | RichText | 5/16/23 20:50 | 2023-05-16T20:50:13 |
| SKYPE0002222 | SKYPE0002222 | b.scrancher | | message | | RichText | 12/3/19 7:58 | 2019-12-03T07:58:31 |
| SKYPE0002223 | SKYPE0002223 | b.scrancher | | message | | RichText | 5/16/23 20:48 | 2023-05-16T20:48:11 |
| SKYPE0000381 | SKYPE0000381 | b.scrancher | instantlyfamous;threecommaclub;jdccards;live:franco_4738;live:36bfe1e61d1fcdb7;jdeluca0204;xcellent.choice;livegabriel_11535;live:apugliese_12 | message | | RichText | 9/20/19 15:30 | 2019-09-20T15:30:17 |
| SKYPE0000380 | SKYPE0000380 | b.scrancher | instantlyfamous;threecommaclub;jdccards;live:franco_4738;live:36bfe1e61d1fcdb7;jdeluca0204;xcellent.choice;livegabriel_11535;live:apugliese_12 | message | | RichText | 5/28/20 8:47 | 2020-05-28T08:47:53 |
| SKYPE0000383 | SKYPE0000383 | b.scrancher | instantlyfamous;threecommaclub;jdccards;live:franco_4738;live:36bfe1e61d1fcdb7;jdeluca0204;xcellent.choice;livegabriel_11535;live:apugliese_12 | message | | RichText | 9/20/19 15:30 | 2019-09-20T15:30:04 |
| SKYPE0000382 | SKYPE0000382 | b.scrancher | instantlyfamous;threecommaclub;jdccards;live:franco_4738;live:36bfe1e61d1fcdb7;jdeluca0204;xcellent.choice;livegabriel_11535;live:apugliese_12 | message | | RichText | 5/28/20 8:47 | 2020-05-28T08:47:44 |
| SKYPE0000385 | SKYPE0000385 | b.scrancher | instantlyfamous;threecommaclub;jdccards;live:franco_4738;live:36bfe1e61d1fcdb7;jdeluca0204;xcellent.choice;livegabriel_11535;live:apugliese_12 | message | | RichText | 9/20/19 15:29 | 2019-09-20T15:29:44 |
| SKYPE0000384 | SKYPE0000384 | b.scrancher | instantlyfamous;threecommaclub;jdccards;live:franco_4738;live:36bfe1e61d1fcdb7;jdeluca0204;xcellent.choice;livegabriel_11535;live:apugliese_12 | message | | RichText | 5/28/20 8:47 | 2020-05-28T08:47:40 |
| SKYPE0000387 | SKYPE0000387 | b.scrancher | instantlyfamous;threecommaclub;jdccards;live:franco_4738;live:36bfe1e61d1fcdb7;jdeluca0204;xcellent.choice;livegabriel_11535;live:apugliese_12 | message | | RichText | 9/23/19 16:36 | 2019-09-23T16:36:54 |
| SKYPE0000386 | SKYPE0000386 | b.scrancher | instantlyfamous;threecommaclub;jdccards;live:franco_4738;live:36bfe1e61d1fcdb7;jdeluca0204;xcellent.choice;livegabriel_11535;live:apugliese_12 | message | | RichText | 5/28/20 8:47 | 2020-05-28T08:47:36 |

*Pages should be placed side-by-side to see entire table

| Conversation | Conversation ID | Conversation Display | Message ID | JSON Properties | Original Message ID Deleted | Deletion Date/Time of Original Message |
|---|---|---|---|---|---|---|
| 19:b1906c3dbf2149ad96bc26b844429b8e1@thread.skype -- 2019/12/04 | 19:b1906c3dbf2149ad96bc26b844429b8e1@thread.skype | b.scrancher, hgandycurle, xcellent.choice, marcconway | 1575493337854 | deletetime": "1684289104148"" | N/A | 2023-05-17T02:05:04 |
| 19:b1906c3dbf2149ad96bc26b844429b8e1@thread.skype -- 2023/05/17 | 19:b1906c3dbf2149ad96bc26b844429b8e1@thread.skype | b.scrancher, hgandycurle, xcellent.choice, marcconway | 1684289104149 | deletetime": "1684289104149"", isserversidegenerated":"True"" | 1575493337854 | 2023-05-17T02:05:04 |
| 19:b1906c3dbf2149ad96bc26b844429b8e1@thread.skype -- 2019/12/04 | 19:b1906c3dbf2149ad96bc26b844429b8e1@thread.skype | b.scrancher, hgandycurle, xcellent.choice, marcconway | 1575493323167 | deletetime": "1684289089116"" | N/A | 2023-05-17T02:04:49 |
| 19:b1906c3dbf2149ad96bc26b844429b8e1@thread.skype -- 2023/05/17 | 19:b1906c3dbf2149ad96bc26b844429b8e1@thread.skype | b.scrancher, hgandycurle, xcellent.choice, marcconway | 1684289089117 | deletetime": "1684289089117"", isserversidegenerated":"True"" | 1575493323167 | 2023-05-17T02:04:49 |
| b.scrancher -- 2019/11/09 | b.scrancher | Ben Scrancher | 1573286919537 | deletetime": "1684288905575"" | N/A | 2023-05-17T02:01:45 |
| b.scrancher -- 2023/05/17 | b.scrancher | Ben Scrancher | 1684288905778 | isserversidegenerated":"True"" | 1573286919537 | 2023-05-17T02:01:45 |
| b.scrancher -- 2019/12/05 | b.scrancher | Ben Scrancher | 1575555598078 | deletetime": "1684288816349"" | N/A | 2023-05-17T02:00:16 |
| b.scrancher -- 2023/05/17 | b.scrancher | Ben Scrancher | 1684288816552 | isserversidegenerated":"True"" | 1575555598078 | 2023-05-17T02:00:16 |
| b.scrancher -- 2019/12/05 | b.scrancher | Ben Scrancher | 1575574829836 | deletetime": "1684288799754"" | N/A | 2023-05-17T01:59:59 |
| b.scrancher -- 2023/05/17 | b.scrancher | Ben Scrancher | 1684288799988 | isserversidegenerated":"True"" | 1575574829836 | 2023-05-17T01:59:59 |
| b.scrancher -- 2019/12/06 | b.scrancher | Ben Scrancher | 1575650071198 | deletetime": "1684288788534"" | N/A | 2023-05-17T01:59:48 |
| b.scrancher -- 2023/05/17 | b.scrancher | Ben Scrancher | 1684288788737 | isserversidegenerated":"True"" | 1575650071198 | 2023-05-17T01:59:48 |
| 19:b1906c3dbf2149ad96bc26b844429b8e1@thread.skype -- 2019/12/04 | 19:b1906c3dbf2149ad96bc26b844429b8e1@thread.skype | b.scrancher, hgandycurle, xcellent.choice, marcconway | 1575492663101 | deletetime": "1684270223586"" | N/A | 2023-05-16T20:50:23 |
| 19:b1906c3dbf2149ad96bc26b844429b8e1@thread.skype -- 2023/05/16 | 19:b1906c3dbf2149ad96bc26b844429b8e1@thread.skype | b.scrancher, hgandycurle, xcellent.choice, marcconway | 1684270223587 | isserversidegenerated":"True"" | 1575492663101 | 2023-05-16T20:50:23 |
| 19:b1906c3dbf2149ad96bc26b844429b8e1@thread.skype -- 2019/12/04 | 19:b1906c3dbf2149ad96bc26b844429b8e1@thread.skype | b.scrancher, hgandycurle, xcellent.choice, marcconway | 1575493415073 | deletetime": "1684270213991"" | N/A | 2023-05-16T20:50:13 |
| 19:b1906c3dbf2149ad96bc26b844429b8e1@thread.skype -- 2023/05/16 | 19:b1906c3dbf2149ad96bc26b844429b8e1@thread.skype | b.scrancher, hgandycurle, xcellent.choice, marcconway | 1684270213992 | isserversidegenerated":"True"" | 1575493415073 | 2023-05-16T20:50:13 |
| b.scrancher -- 2019/12/03 | b.scrancher | Ben Scrancher | 1575535991529 | deletetime": "1684270091737"" | N/A | 2023-05-16T20:48:11 |
| b.scrancher -- 2023/05/16 | b.scrancher | Ben Scrancher | 1684270091940 | isserversidegenerated":"True"" | 1575535991529 | 2023-05-16T20:48:11 |
| 19:6f6d48e4a481a4d3329d1083147f704cd@thread.skype -- 2019/09/20 | 19:6f6d48e4a481a4d3329d1083147f704cd@thread.skype | Brightree Holdings - Johnny DeLuca | 1568993417997 | deletetime": "1590655673904"" | N/A | 2020-05-28T08:47:53 |
| 19:6f6d48e4a481a4d3329d1083147f704cd@thread.skype -- 2020/05/28 | 19:6f6d48e4a481a4d3329d1083147f704cd@thread.skype | Brightree Holdings - Johnny DeLuca | 1590655673905 | isserversidegenerated":"True"" | 1568993417997 | 2020-05-28T08:47:53 |
| 19:6f6d48e4a481a4d3329d1083147f704cd@thread.skype -- 2019/09/20 | 19:6f6d48e4a481a4d3329d1083147f704cd@thread.skype | Brightree Holdings - Johnny DeLuca | 1568993404620 | deletetime": "1590655664076"" | N/A | 2020-05-28T08:47:44 |
| 19:6f6d48e4a481a4d3329d1083147f704cd@thread.skype -- 2020/05/28 | 19:6f6d48e4a481a4d3329d1083147f704cd@thread.skype | Brightree Holdings - Johnny DeLuca | 1590655664077 | isserversidegenerated":"True"" | 1568993404620 | 2020-05-28T08:47:44 |
| 19:6f6d48e4a481a4d3329d1083147f704cd@thread.skype -- 2019/09/20 | 19:6f6d48e4a481a4d3329d1083147f704cd@thread.skype | Brightree Holdings - Johnny DeLuca | 1568993384838 | deletetime": "1590655660545"" | N/A | 2020-05-28T08:47:40 |
| 19:6f6d48e4a481a4d3329d1083147f704cd@thread.skype -- 2020/05/28 | 19:6f6d48e4a481a4d3329d1083147f704cd@thread.skype | Brightree Holdings - Johnny DeLuca | 1590655660546 | isserversidegenerated":"True"" | 1568993384838 | 2020-05-28T08:47:40 |
| 19:6f6d48e4a481a4d3329d1083147f704cd@thread.skype -- 2019/09/23 | 19:6f6d48e4a481a4d3329d1083147f704cd@thread.skype | Brightree Holdings - Johnny DeLuca | 1569256615069 | deletetime": "1590655656154"" | N/A | 2020-05-28T08:47:36 |
| 19:6f6d48e4a481a4d3329d1083147f704cd@thread.skype -- 2020/05/28 | 19:6f6d48e4a481a4d3329d1083147f704cd@thread.skype | Brightree Holdings - Johnny DeLuca | 1590655656155 | isserversidegenerated":"True"" | 1569256615069 | 2020-05-28T08:47:36 |

*Pages should be placed side-by-side to see entire table