## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JANET SIHLER, Individually and On Behalf of All Others Similarly Situated; CHARLENE BAVENCOFF, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>GLOBAL E-TRADING, LLC DBA CHARGEBACKS911, GARY CARDONE, MONICA EATON,<br><br>*Defendants.* | Case No.:  8:23-CV-01450-VMC-LSG |

---

## <u>DECLARATION OF COLE POPKIN</u>

I, Cole Popkin, do hereby declare as follows.

1. I am Digital Forensics Senior Analyst for Proven Data LLC. I have a bachelor's degree from Davenport University in Digital Forensics. Before joining Proven Data, I worked with the Department of Homeland Security to assist investigators in cases ranging from cryptocurrency to insurance theft. My work included reverse engineering malware and tracking online activity of the subjects in the case. My CV and a more detailed professional biography are attached to this declaration as Exhibit A.

1

2. Kneupper and Covey engaged my services to assist in the analysis of Skype message data in a JSON data file set.

3. I am familiar with JSON. JSON stands for JavaScript Object Notation. It's a file format that follows a specific structure to store data that programs can read and parse.

4. Microsoft provides a tool to allow users to export their Skype chat history. That tool exports a user's entire Skype history (all chats) in a JSON file format.

5. I was engaged to answer the following general questions about Skype and the information that exists from a Microsoft Skype JSON file export.

   a. When reviewing Skype messages from a JSON file export, if a particular message was previously deleted by a user is it possible to still see the underlying original message in the JSON file?

   b. If an original Skype message that was later deleted cannot be seen in the JSON file export, is it possible for the user to retrieve the message in some other way?

   c. After a user sends a message in a Skype conversation, who is able to delete the message? Put another way, is it possible for a recipient of a message to delete the message or can only the sender of the original message delete it?

d. If anyone in a Skype conversation can delete a message is there a way to tell who deleted it by looking at the JSON file export data?

e. If a message was deleted, does the JSON file data show the date and time the underlying message was sent?

f. If a message was deleted, does the JSON file data show the date and time the underlying message was deleted?

g. What additional information, if any, is added to the JSON file data when a user deletes a Skype message?

6. I was also engaged to answer the following specific questions about a Skype JSON file export that Jack Grimes from Epiq provided to me.

a. Were any messages that were originally sent by the Skype user "b.scrancher" deleted?

b. Who deleted the messages?

c. When were the original messages sent?

d. Can the original messages be recovered?

e. When were the messages deleted?

7. Finally, I was also asked to compare what I found from the JSON data provided to me with a chat log provided by Microsoft for the same conversations. The Microsoft log was not in JSON format; it simply lists the actual chat conversations in a human-readable style consistent with the way

3

chats would show up in a chat program like Skype. I was asked if the JSON data was consistent with the Microsoft log.

8. To begin my analysis, I performed tests on multiple Skype accounts that I created. I ran Skype on these accounts on different virtual machines to simulate sending and receiving messages between different Skype users. I deleted messages, attempted to recover messages, and exported the resulting chats using Microsoft's export tool (which creates JSON file export data).

9. After running these tests I confirmed the following concerning Skype's functionality:

   a. Only the sender of a message has permission to delete it. A recipient of a message in a chat is not able to delete the message. Unlike some messaging platforms where administrators or other users may have the ability to remove messages from a conversation, Skype ensures that deletion rights remain solely with the sender. This means that any deletion event recorded in the JSON file is directly attributable to the user who initially sent the message, eliminating the possibility of third-party tampering. This restriction makes Skype's JSON metadata highly reliable in forensic investigations, as it provides clear accountability for every deletion action.

    b.   There is no way to recover a deleted Skype message within the Skype user interface. Once a chat is deleted it disappears and does not remain on the computer or within the Skype program.

10. After running these tests I confirmed the following concerning the JSON data file that results from a Skype export using Microsoft's tool:

    a.   When a message is deleted by a user it is not possible to see or recover the underlying original message in the JSON file.

    b.   The JSON file data shows the date and time the original (now deleted) message was sent.

    c.   The JSON file data shows the date and time the original (now deleted) message was deleted.

    d.   The JSON file data adds additional metadata to the entries with deleted messages (which will be explained in more detail below).

11. Based on my analysis of Skype and the resulting JSON export I can state that there is no way to recover the original message once the sender of the message has deleted it.

12. The JSON data includes several pieces of information related to each Skype message. Below is a screenshot of the JSON information for a normal (not deleted) chat.

```
321          {
322              "id": "1738790264986",
323              "displayName": "Cole Popkin",
324              "originalarrivaltime": "2025-02-05T21:17:44.986Z",
325              "messagetype": "RichText",
326              "version": 1738790264986,
327              "content": "Sync test to you ",
328              "conversationid": "19:uni01_didh5sdv7zln4n3kv54dv3fg477mliblhhxqwrwpnz37saf5n2lq@thread.v2",
329              "from": "8:live:.cid.b44459a9547f7d04",
330              "properties": { "formatVariant": "SFL" },
331              "amsreferences": null
332          },
```

13. The first attribute in the JSON structure for a particular Skype message is "id", which is a unique identifier assigned to each message. This "id" distinguishes each JSON entry from all others. The "id" remains static even if the substance of a message is later deleted. In other words, the "id" is a piece of metadata that does not get removed even when a user deletes a chat message.

14. Skype uses Epoch time to create the "id". Epoch time shows is the number of milliseconds that have elapsed since January 1, 1970. Because Skype tracks chats and system events down to the millisecond it can use Epoch time to create a unique "id" for each JSON entry in a user's Skype history.

15. The second attribute in the JSON structure for a particular Skype message is "displayname". As the name suggests, this attribute shows the user's name as it appears to others who chat with the user.

16. The third attribute is "originalarrivaltime", which is the date and time, down to the millisecond, that the original message was sent. Notably converting the Epoch time in the "id" for a message yields the same date

and time as the "originalarrivaltime". There will sometimes be a small variation between the converted Epoch time from the "id" and the "originalarrivaltime", which is usually less than 200 milliseconds. This variation can occur because of the time it takes for the server to deliver the message and write the relevant data to the disk. Latency arising from server load at the time the message is sent can account for this slight variation.

17. Using the above screenshot as an example, the "id" translates to February 5, 2025 9:17:44.986 PM GMT, which matches the "originalarrivaltime".

18. The next attribute is "messagetype", which simply indicates how the message is encoded and displayed. "Richtext", which is the value for the "messagetype" attribute means that the message content can include formatting cues, such as images, colors, fonts, bold, italics, etc.

19. The next attribute is "version", which is another Epoch field and which matches the value in the "id" attribute.

20. The next attribute is "content". This is the actual text or content of the message and is what a user would see when chatting on the Skype platform. When a message has been deleted the data "content" field is deleted and it is replaced with an empty field.

21. The next attribute is "conversationid". This field controls where a chat is displayed in the user's Skype chat software. If the conversation is one-on-one with another Skype user then the "conversationid" will contain that

other user's Skype handle or username. If the conversation is a group conversation with multiple other people then the "conversationid" will be a long string of text that appears to be a unique identifier that Skype assigns to every single conversation. This identifier allows programs that parsing messages from the JSON data file to place each chat message in the appropriate chat conversation.

22. The next attribute is "from", which as it indicates, lists the original sender of the chat message.

23. The last two attributes are "properties" and "amsreferences". The values for the attributes may vary based on formatting, but they generally are null for normal messages. As explained below, "properties" changes when a message is deleted.

24. When a Skype user deletes a chat message that they sent the JSON entry for that message changes. First, the "content" attribute changes and the data in that field is erased. The "content" becomes an empty value showing only "". Second, the "properties" attribute changes. A sub-attribute, "deletetime" is created. The value of this new sub-attribute is an Epoch time stamp that records the moment the original message was deleted. Below is a screenshot of an example JSON entry showing the properties after a message is deleted.

```
{
        "id": "1573286919537",
        "displayName": "Ben Scrancher",
        "originalarrivaltime": "2019-11-09T08:08:39.372Z",
        "messagetype": "RichText",
        "version": 1684288905887,
        "content": "",
        "conversationid": "8:b.scrancher",
        "from": "8:b.scrancher",
        "properties": { "deletetime": "1684288905575" },
        "amsreferences": null
    },
```

25. Additionally, I have confirmed that when a Skype user deletes a chat message that they sent, if the other chat participants do not have their Skype clients open at the time of deletion, then Skype will generate a second JSON entry reflecting that deletion. This second entry has "id" and "value" attributes that are the Epoch time of the deletion. The "originalarrivaltime" is the human-readable time, which matches the Epoch time in the "id" field. The "content" attribute is again empty, reflecting that the message has been deleted. The "conversationid" shows which conversation the message was deleted from and the "from" attribute shows the username or handle of the original sender of the message, who would also necessarily be the user who also deleted the message. Finally, the "properties" attribute receives a sub-attribute of "isserversidegenerated" with a value of "True". Upon further testing I was able to determine that "isserversidegenerated" only will

populate the JSON when there is a personal account (such as an account with a domain such as Gmail or Yahoo).

26. This second JSON entry can be tied back to the original JSON entry that had the original message that is altered from a deletion. The second JSON message with the "isserversidegenerated" property always has an "id" with an Epoch time that is within milliseconds of the first JSON message's "deletetime" value.

27. I reviewed the JSON file data that Epiq provided to me. I determined that the user "b.scrancher" deleted thirteen messages. The substance of these messages cannot be recovered. Below I outline my specific findings for each message.

28. Deleted message number one[1] was originally sent by the user b.scrancher on 2019-09-20 15:29:44 UTC. It was deleted on 2020-05-28 08:47:40 UTC. I was able to match the "conversationid" for this message to a series of chats in the JSON file export that involved the following Skype users in addition to b.scrancher: instantlyfamous; threecommaclub; idccards; live:franco_4738; live:36bfe1e61d1fcdb7; jdeluca0204; xcellent.choice; live:gabriel_11535; live:apugliese_12. The "friendly name" or name for the Skype conversation was "Brightree Holdings - Johnny DeLuca." As outlined

---

[1] "id": 1568993384838.

above, there are two JSON entries reflecting this deletion, which are shown
below. The "id" of the second message "isserversidegenerated" is one
millisecond different from the first message's "deletetime" value.

```
{
        "id": "1568993384838",
        "displayName": "Ben Scrancher",
        "originalarrivaltime": "2019-09-20T15:29:44.779Z",
        "messagetype": "RichText",
        "version": 1590655660545,
        "content": "",
        "conversationid":
"19:6f6d48e4a81a4d329d10831472f704cd@thread.skype",
        "from": "8:b.scrancher",
        "properties": { "deletetime": "1590655660545" },
        "amsreferences": null
    },
```

```
{
        "id": "1590655660546",
        "displayName": "Ben Scrancher",
        "originalarrivaltime": "2020-05-28T08:47:40.546Z",
        "messagetype": "RichText",
        "version": 1590655660546,
        "content": "",
        "conversationid":
"19:6f6d48e4a81a4d329d10831472f704cd@thread.skype",
        "from": "8:b.scrancher",
        "properties": { "isserversidegenerated": "True" },
        "amsreferences": null
    },
```

29. Deleted message number two[2] was originally sent by the user b.scrancher
    on 2019-09-20 15:30:04 UTC. It was deleted on 2020-05-28 08:47:44 UTC.

_____

[2] "id": 1568993404620

Again the "conversationid" connected this message to the same series of chats in the JSON file export that involved the Skype users instantlyfamous; threecommaclub; idccards; live:franco_4738; live:36bfe1e61d1fcdb7; jdeluca0204; xcellent.choice; live:gabriel_11535; live:apugliese_12 (in addition to b.scrancher). This is the same Skype conversation that was labelled "Brightree Holdings - Johnny DeLuca." As outlined above, there are two JSON entries reflecting this deletion, which are shown below. The "id" of the second message "isserversidegenerated" is one millisecond different from the first message's "deletetime" value.

```json
{
        "id": "1568993404620",
        "displayName": "Ben Scrancher",
        "originalarrivaltime": "2019-09-20T15:30:04.561Z",
        "messagetype": "RichText",
        "version": 1590655664076,
        "content": "",
        "conversationid":
"19:6f6d48e4a81a4d329d10831472f704cd@thread.skype",
        "from": "8:b.scrancher",
        "properties": { "deletetime": "1590655664076" },
        "amsreferences": null
    },
```

12

```
{
        "id": "1590655664077",
        "displayName": "Ben Scrancher",
        "originalarrivaltime": "2020-05-28T08:47:44.077Z",
        "messagetype": "RichText",
        "version": 1590655664077,
        "content": "",
        "conversationid":
"19:6f6d48e4a81a4d329d10831472f704cd@thread.skype",
        "from": "8:b.scrancher",
        "properties": { "isserversidegenerated": "True" },
        "amsreferences": null
    },
```

30. Deleted message number three[3] was originally sent by the user b.scrancher on 2019-09-20 15:30:17 UTC. It was deleted on 2020-05-28 08:47:53 UTC. Again the "conversationid" connected this message to the same series of chats in the JSON file export that involved the Skype users instantlyfamous; threecommaclub; idccards; live:franco_4738; live:36bfe1e61d1fcdb7; jdeluca0204; xcellent.choice; live:gabriel_11535; live:apugliese_12 (in addition to b.scrancher). This is the same Skype conversation that was labelled "Brightree Holdings - Johnny DeLuca." As outlined above, there are two JSON entries reflecting this deletion, which are shown below. The "id" of the second message "isserversidegenerated" is one millisecond different from the first message's "deletetime" value.

---

[3] "id": 1568993417997

```
{
        "id": "1568993417997",
        "displayName": "Ben Scrancher",
        "originalarrivaltime": "2019-09-20T15:30:17.939Z",
        "messagetype": "RichText",
        "version": 1590655673904,
        "content": "",
        "conversationid":
"19:6f6d48e4a81a4d329d10831472f704cd@thread.skype",
        "from": "8:b.scrancher",
        "properties": { "deletetime": "1590655673904" },
        "amsreferences": null
    },
```

```
{
        "id": "1590655673905",
        "displayName": "Ben Scrancher",
        "originalarrivaltime": "2020-05-28T08:47:53.905Z",
        "messagetype": "RichText",
        "version": 1590655673905,
        "content": "",
        "conversationid":
"19:6f6d48e4a81a4d329d10831472f704cd@thread.skype",
        "from": "8:b.scrancher",
        "properties": { "isserversidegenerated": "True" },
        "amsreferences": null
    },
```

31. Deleted message number four[4] was originally sent by the user b.scrancher on 2019-09-23 16:36:54 UTC. It was deleted on 2020-05-28 08:47:36 UTC. Again the "conversationid" connected this message to the same series of chats in the JSON file export that involved the Skype users instantlyfamous; threecommaclub; idccards; live:franco_4738; live:36bfe1e61d1fcdb7;

---

[4] "id": 1569256615069

jdeluca0204; xcellent.choice; live:gabriel_11535; live:apugliese_12 (in
addition to b.scrancher). This is the same Skype conversation that was
labelled "Brightree Holdings - Johnny DeLuca." As outlined above, there
are two JSON entries reflecting this deletion, which are shown below. The
"id" of the second message "isserversidegenerated" is one millisecond
different from the first message's "deletetime" value.

```
{
        "id": "1569256615069",
        "displayName": "Ben Scrancher",
        "originalarrivaltime": "2019-09-23T16:36:54.188Z",
        "messagetype": "RichText",
        "version": 1590655656154,
        "content": "",
        "conversationid":
"19:6f6d48e4a81a4d329d10831472f704cd@thread.skype",
        "from": "8:b.scrancher",
        "properties": { "deletetime": "1590655656154" },
        "amsreferences": null
    },
```

```
{
        "id": "1590655656155",
        "displayName": "Ben Scrancher",
        "originalarrivaltime": "2020-05-28T08:47:36.155Z",
        "messagetype": "RichText",
        "version": 1590655656155,
        "content": "",
        "conversationid":
"19:6f6d48e4a81a4d329d10831472f704cd@thread.skype",
        "from": "8:b.scrancher",
        "properties": { "isserversidegenerated": "True" },
        "amsreferences": null
    },
```

32. Deleted message number five[5] was originally sent by the user b.scrancher on 2019-12-04 20:51:02 UTC. It was deleted on 2023-05-16 20:50:23 UTC. The "conversationid" connected this message to a series of chats in the JSON file export that involved the Skype users hgandycurle; xcellent.choice; marcconway (in addition to b.scrancher). As outlined above, there are two JSON entries reflecting this deletion, which are shown below. The "id" of the second message "isserversidegenerated" is one millisecond different from the first message's "deletetime" value.

```
{
        "id": "1575492663101",
        "displayName": "Ben Scrancher",
        "originalarrivaltime": "2019-12-04T20:51:02.903Z",
        "messagetype": "RichText",
        "version": 1684270223586,
        "content": "",
        "conversationid":
"19:b1906c3dbf2149ad96bc26b84429b8e1@thread.skype",
        "from": "8:b.scrancher",
        "properties": { "deletetime": "1684270223586" },
        "amsreferences": null
    },
```

---

[5] "id": 1575492663101

```
{
        "id": "1684270223587",
        "displayName": "Ben Scrancher",
        "originalarrivaltime": "2023-05-16T20:50:23.587Z",
        "messagetype": "RichText",
        "version": 1684270223587,
        "content": "",
        "conversationid":
"19:b1906c3dbf2149ad96bc26b84429b8e1@thread.skype",
        "from": "8:b.scrancher",
        "properties": { "isserversidegenerated": "True" },
        "amsreferences": null
    },
```

33. Deleted message number six[6] was originally sent by the user b.scrancher on 2019-12-04 21:02:02 UTC. It was deleted on 2023-05-17 02:04:49 UTC. The "conversationid" connected this message to a series of chats in the JSON file export that involved the Skype users hgandycurle; xcellent.choice; marcconway (in addition to b.scrancher). As outlined above, there are two JSON entries reflecting this deletion, which are shown below. The "id" of the second message "isserversidegenerated" is one millisecond different from the first message's "deletetime" value.

---

[6] "id": 1575493323167

```
{
        "id": "1575493323167",
        "displayName": "Ben Scrancher",
        "originalarrivaltime": "2019-12-04T21:02:02.967Z",
        "messagetype": "RichText",
        "version": 1684289089116,
        "content": "",
        "conversationid":
"19:b1906c3dbf2149ad96bc26b84429b8e1@thread.skype",
        "from": "8:b.scrancher",
        "properties": { "deletetime": "1684289089116" },
        "amsreferences": null
    },
```

34. Deleted message number seven[7] was originally sent by the user b.scrancher on 2019-12-04 21:02:17 UTC. It was deleted on 2023-05-17 02:05:04 UTC. The "conversationid" connected this message to a series of chats in the JSON file export that involved the Skype users hgandycurle; xcellent.choice; marcconway (in addition to b.scrancher). As outlined above, there are two JSON entries reflecting this deletion, which are shown below. The "id" of the second message "isserversidegenerated" is one millisecond different from the first message's "deletetime" value.

---

[7] "id": 1575493337854

```
{
        "id": "1575493337854",
        "displayName": "Ben Scrancher",
        "originalarrivaltime": "2019-12-04T21:02:17.689Z",
        "messagetype": "RichText",
        "version": 1684289104148,
        "content": "",
        "conversationid":
"19:b1906c3dbf2149ad96bc26b84429b8e1@thread.skype",
        "from": "8:b.scrancher",
        "properties": { "deletetime": "1684289104148" },
        "amsreferences": null
    },
```

```
{
        "id": "1684289104149",
        "displayName": "Ben Scrancher",
        "originalarrivaltime": "2023-05-17T02:05:04.149Z",
        "messagetype": "RichText",
        "version": 1684289104149,
        "content": "",
        "conversationid":
"19:b1906c3dbf2149ad96bc26b84429b8e1@thread.skype",
        "from": "8:b.scrancher",
        "properties": { "isserversidegenerated": "True" },
        "amsreferences": null
    },
```

35. Deleted message number eight[8] was originally sent by the user b.scrancher
on 2019-12-04 21:03:34 UTC. It was deleted on 2023-05-16 20:50:13 UTC. The
"conversationid" connected this message to a series of chats in the JSON file
export that involved the Skype users hgandycurle; xcellent.choice;
marcconway (in addition to b.scrancher). As outlined above, there are two

---

[8] "id": 1575493415073

JSON entries reflecting this deletion, which are shown below. The "id" of the second message "isserversidegenerated" is one millisecond different from the first message's "deletetime" value.

```
{
        "id": "1575493415073",
        "displayName": "Ben Scrancher",
        "originalarrivaltime": "2019-12-04T21:03:34.901Z",
        "messagetype": "RichText",
        "version": 1684270213991,
        "content": "",
        "conversationid":
"19:b1906c3dbf2149ad96bc26b84429b8e1@thread.skype",
        "from": "8:b.scrancher",
        "properties": { "deletetime": "1684270213991" },
        "amsreferences": null
    }
```

```
{
        "id": "1684270213992",
        "displayName": "Ben Scrancher",
        "originalarrivaltime": "2023-05-16T20:50:13.992Z",
        "messagetype": "RichText",
        "version": 1684270213992,
        "content": "",
        "conversationid":
"19:b1906c3dbf2149ad96bc26b84429b8e1@thread.skype",
        "from": "8:b.scrancher",
        "properties": { "isserversidegenerated": "True" },
        "amsreferences": null
    },
```

36. Deleted message number nine[9] was originally sent by the user b.scrancher on 2019-11-09 08:08:39 UTC. It was deleted on 2023-05-17 02:01:45 UTC. The

---

[9] "id": 1573286919537

"conversationid" reveals this message was a direct one-on-one conversation between Skype users xcellent.choice and b.scrancher. As outlined above, there are two JSON entries reflecting this deletion, which are shown below. The "id" of the second message "isserversidegenerated" is 203 milliseconds different from the first message's "deletetime" value.

```
{
        "id": "1573286919537",
        "displayName": "Ben Scrancher",
        "originalarrivaltime": "2019-11-09T08:08:39.372Z",
        "messagetype": "RichText",
        "version": 1684288905887,
        "content": "",
        "conversationid": "8:b.scrancher",
        "from": "8:b.scrancher",
        "properties": { "deletetime": "1684288905575" },
        "amsreferences": null
    },
```

```
{
        "id": "1684288905778",
        "displayName": "Ben Scrancher",
        "originalarrivaltime": "2023-05-17T02:01:45.778Z",
        "messagetype": "RichText",
        "version": 1684288905778,
        "content": "",
        "conversationid": "8:b.scrancher",
        "from": "8:b.scrancher",
        "properties": { "isserversidegenerated": "True" },
        "amsreferences": null
    },
```

37. Deleted message number ten[10] was originally sent by the user b.scrancher on 2019-12-03 07:58:31 UTC. It was deleted on 2023-05-16 20:48:11 UTC. The "conversationid" reveals this message was a direct one-on-one conversation between Skype users xcellent.choice and b.scrancher. As outlined above, there are two JSON entries reflecting this deletion, which are shown below. The "id" of the second message "isserversidegenerated" is 203 milliseconds different from the first message's "deletetime" value.

```
{
        "id": "1575359911529",
        "displayName": "Ben Scrancher",
        "originalarrivaltime": "2019-12-03T07:58:31.386Z",
        "messagetype": "RichText",
        "version": 1684270092128,
        "content": "",
        "conversationid": "8:b.scrancher",
        "from": "8:b.scrancher",
        "properties": { "deletetime": "1684270091737" },
        "amsreferences": null
    },
```

---

[10] "id": 1575359911529

```
{
        "id": "1684270091940",
        "displayName": "Ben Scrancher",
        "originalarrivaltime": "2023-05-16T20:48:11.94Z",
        "messagetype": "RichText",
        "version": 1684270091940,
        "content": "",
        "conversationid": "8:b.scrancher",
        "from": "8:b.scrancher",
        "properties": { "isserversidegenerated": "True" },
        "amsreferences": null
    },
```

38. Deleted message number eleven[11] was originally sent by the user b.scrancher on 2019-12-05 15:26:37 UTC. It was deleted on 2023-05-17 02:00:16 UTC. The "conversationid" reveals this message was a direct one-on-one conversation between Skype users xcellent.choice and b.scrancher. As outlined above, there are two JSON entries reflecting this deletion, which are shown below. The "id" of the second message "isserversidegenerated" is 203 milliseconds different from the first message's "deletetime" value.

---

[11] "id": 1575559598078

```
{
        "id": "1575559598078",
        "displayName": "Ben Scrancher",
        "originalarrivaltime": "2019-12-05T15:26:37.049Z",
        "messagetype": "RichText",
        "version": 1684288816740,
        "content": "",
        "conversationid": "8:b.scrancher",
        "from": "8:b.scrancher",
        "properties": { "deletetime": "1684288816349" },
        "amsreferences": null
    },
```

```
{
        "id": "1684288816552",
        "displayName": "Ben Scrancher",
        "originalarrivaltime": "2023-05-17T02:00:16.552Z",
        "messagetype": "RichText",
        "version": 1684288816552,
        "content": "",
        "conversationid": "8:b.scrancher",
        "from": "8:b.scrancher",
        "properties": { "isserversidegenerated": "True" },
        "amsreferences": null
    },
```

39. Deleted message number twelve[12] was originally sent by the user b.scrancher on 2019-12-05 19:39:26 UTC. It was deleted on 2023-05-17 01:59:59 UTC. The "conversationid" reveals this message was a direct one-on-one conversation between Skype users xcellent.choice and b.scrancher. As outlined above, there are two JSON entries reflecting this deletion, which

---

[12] "id": 1575574829836

are shown below. The "id" of the second message "isserversidegenerated" is 203 milliseconds different from the first message's "deletetime" value.

```
{
        "id": "1575574829836",
        "displayName": "Ben Scrancher",
        "originalarrivaltime": "2019-12-05T19:39:26.582Z",
        "messagetype": "RichText",
        "version": 1684288800160,
        "content": "",
        "conversationid": "8:b.scrancher",
        "from": "8:b.scrancher",
        "properties": { "deletetime": "1684288799754" },
        "amsreferences": null
    },
```

```
{
        "id": "1684288799988",
        "displayName": "Ben Scrancher",
        "originalarrivaltime": "2023-05-17T01:59:59.988Z",
        "messagetype": "RichText",
        "version": 1684288799988,
        "content": "",
        "conversationid": "8:b.scrancher",
        "from": "8:b.scrancher",
        "properties": { "isserversidegenerated": "True" },
        "amsreferences": null
    },
```

40. Deleted message number thirteen[13] was originally sent by the user b.scrancher on 2019-12-05 19:39:26 UTC. It was deleted on 2023-05-17 01:59:59 UTC. The "conversationid" reveals this message was a direct one-

---

[13] "id": 1575650071198

on-one conversation between Skype users xcellent.choice and b.scrancher.
As outlined above, there are two JSON entries reflecting this deletion, which
are shown below. The "id" of the second message "isserversidegenerated"
is 203 milliseconds different from the first message's "deletetime" value.

```
{
        "id": "1575650071198",
        "displayName": "Ben Scrancher",
        "originalarrivaltime": "2019-12-06T16:33:24.871Z",
        "messagetype": "RichText",
        "version": 1684288788894,
        "content": "",
        "conversationid": "8:b.scrancher",
        "from": "8:b.scrancher",
        "properties": { "deletetime": "1684288788534" },
        "amsreferences": null
    },
```

```
{
        "id": "1684288788737",
        "displayName": "Ben Scrancher",
        "originalarrivaltime": "2023-05-17T01:59:48.737Z",
        "messagetype": "RichText",
        "version": 1684288788737,
        "content": "",
        "conversationid": "8:b.scrancher",
        "from": "8:b.scrancher",
        "properties": { "isserversidegenerated": "True" },
        "amsreferences": null
    },
```





I declare and state under penalty of perjury pursuant to the laws of the

United States that the foregoing is true and correct, and that this Declaration was

executed on _____, in _____.
                        02/05/2025                      Grand Rapids, MI

Cole Popkin

# EXHIBIT A

# COLE POPKIN

### DIGITALFORENSICSANALYST

616-214-0540          cole@provendata.com          Grand Rapids, MI 49504

## EDUCATION

**Davenport University**
2018 - 2022 **B.S. Digital Forensics**
**Minor in Information Assurance**

**StraighterLine**
2023
**Minor in Accounting**

**Kent County Tech Center**
2016 - 2018
**Mechatronics and Avionics**

---

## PROFILE

Highly skilled Digital Forensics Analyst with a Bachelor of Science in Digital Forensics and a strong background in law enforcement. Extensive experience in analyzing and extracting evidence from digital devices, reverse engineering malware, and tracking online activities. Proficient in utilizing tools such as Cellebrite, Encase, Burla, Autopsy, FTK Imager, GrayKey, and other forensics software. Proven expertise in handling diverse cases, including cryptocurrency and insurance theft, homicide, larceny, parole violations, weapons charges, and fraudulent activity. Adept at translating Spanish to English for case-related information. Demonstrated ability to develop Python applications for efficient data analysis. Strong networking, surveillance, and open-source intelligence skills acquired through fugitive apprehension work.

---

## SKILLS

Digital Forensic Analysis Software

Cellebrite

GrayKey

FTK Imager

Berla

Spanish (Intermediate / Advanced)

Python (Intermediate / Advanced)

Business Development

## WORK EXPERIENCE

### Senior Analyst and Business Development Manager

Proven Data March 2024 - Current Conducts and oversees cyber investigations ranging from device
- analysis, OSINT, metadata, cyber security, data recovery, penetration tests, report writing, and more.
- Manages and oversees all client relations, as well as all marketing services. Advise clients on best courses of action regarding investigative and litigation services. As well as participating in the formation of affidavits and other legal reports.
- Negotiated and designed contract and deals with clients and partners. Developed and Implement marketing and business development strategies, as well as protocols
- and structure for the Digital Forensics Department.

### Digital Forensics Contractor

Department of Homeland Security January 2023 - May 2023

- Assisted multiple agents with their caseloads, providing valuable support in research, investigations, and special projects.
- Played a key role in notable cases involving cryptocurrency and insurance theft.
- Utilized open-source Intelligence programs to investigate and gather information on cryptocurrency-related crimes.
- Applied expertise in reverse engineering malware used in cyber-attacks, unraveling their functionality and providing critical insights for investigative purposes.
- Tracked and analyzed online activity relevant to the cases, identifying patterns, and extracting valuable evidence.
- Provided vital language support by translating phone calls from Spanish to English.
- Collaborated with the team to develop effective strategies and techniques for investigations.
- Prepared and presented comprehensive reports to support the investigative process.

### Digital Forensics Contractor

Michigan State Police

- Conducted thorough analysis of Android and iOS devices to extract and examine evidence relevant to ongoing investigations.
- Collaborated with the investigative team in collecting and analyzing evidence at crime scenes.
- Demonstrated expertise in performing hardware teardowns of various laptops to ensure accurate data analysis and retrieval.
- Managed a high caseload, successfully working on approximately 30+ cases during the Fall semester of 2022.
- Provided detailed reports documenting findings, analysis, and interpretation of digital evidence.

### Forensic Analyst Contractor

Calvin Prison Initiative

- Analyzed laptop devices for contraband material, identifying files, their creation timestamps, and recipients involved in distribution.
- Curated and cataloged over 50 contraband files, collecting hash values for each file.
- Developed a custom Python application to streamline the parsing and analysis process, cutting down repetitive tasks and minimizing manual effort required for investigations.
- Implemented a multi-step forensic process, utilizing FTK Imager for imaging, followed by Magnet Axiom and Autopsy for in-depth data analysis.
- Addressed contraband smuggling via USB drives by employing tools such as Nirsoft, USBdeview, and Registry Editor to extract USB history data.

## Experience

Currently, I work as the Senior Forensic Analyst and Business Development manager. In this role, I oversee and conduct digital forensics examinations, specializing in analyzing digital evidence related to cybercrime and other digital investigations.

During my tenure at the Michigan State Police, I worked in the Internet Crimes Against Children Unit, where I was involved in the investigation and prosecution of crimes involving the exploitation of children online. This experience has given me a unique insight into the complexities of digital evidence in criminal investigations.

Additionally, I have collaborated with the Department of Homeland Security on numerous investigations, where I have applied my expertise in Malware Analysis, Deep Web investigations, and Crypto Currency analysis. These collaborations have further honed my skills and expanded my knowledge of digital forensics.

My first role in Digital Forensics was actually for the Calvin Prison Initiative. CPI runs an educational nonprofit for incarcerated men. Unfortunately, students in the program smuggled in pornography and other types of media. I was then hired to determine which students were participating and who initially had smuggled it in.

## Areas of Practice

With over five years of experience in Digital Forensics and Cyber Investigations, I have developed a deep understanding of digital forensic principles and practices. My experience includes working in various capacities within the field, including law enforcement and private sector roles.

I have had the privilege of assisting multiple townships in various investigations, including cases involving Missing Persons, Armed Robbery, Homicide, Grand Theft, and Fraudulent Activities. My role in these investigations has often been pivotal in uncovering crucial digital evidence and providing expert analysis to support law enforcement efforts.

My specialized experience includes proficiency in using a range of forensic tools, including but not limited to Cellebrite, Encase, Berla, Magnet Axiom, and Autopsy. These tools have been instrumental in conducting thorough and effective digital forensic examinations, leading to the successful resolution of numerous cases.

Throughout my career, I have authored numerous affidavits and reports that have been used in legal proceedings. These documents have been critical in presenting complex technical information in a clear and concise manner, aiding the courts in understanding the significance of digital evidence in legal cases. With my understanding of both the litigation technology areas, I am able to advise clients on the best course of litigation strategy.

Another area in which I provide my services is through audio forensics. In addition to knowing and understanding various enhancement tools, I excel in spectral analysis. By analyzing the spectral field of the audio recording,s I am able to authenticate voices, calculate distances, and enhance difficult-to-hear speech.

While Video Forensics is often the most tedious of forensic tasks, it yields the best results. The video forensics services we provide offer standard enhancements of persons, license plates, and faces. In addition to video enhancements, I offer expert 2d and 3d measurements of any objects seen within the video.

## Qualifications

I hold a bachelor's degree in Digital Forensics from Davenport University, where I received comprehensive training in forensic techniques, investigative methodologies, and legal aspects of digital evidence.

I have received specialized training in using Cellebrite, Magnet Axion, Berla, iZotope RX11, Amped Five, and FTK imager. All of these are considered industry-standard tools necessary for Digital Forensics.

Several organizations have admitted me as a Cyber Security Board of Education member. Here, inform the university of trends within the digital forensics world and advise on the curriculum taught.

I have published several educational articles regarding Digital Forensics topics and how to conduct investigations best. I am also leading research into using metadata forensics in forensics cases.

In recognition of my academic achievements and commitment to digital forensics, I was awarded the prestigious Scholarship for Service Award at Davenport University. This award underscores my dedication to upholding the highest standards of professionalism and ethics in my work.