IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JANET SIHLER and CHARLENE BAVENCOFF, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br> v. <br><br> GLOBAL E-TRADING, LLC DBA CHARGEBACKS911, GARY CARDONE, MONICA EATON, <br><br> Defendants. | Case No. 8:23-cv-01450-VMC-LSG |

## DECLARATION OF GARY CARDONE

I, Gary Cardone, hereby declare under penalty of perjury under the laws of the United States, and to the best of my knowledge and belief, that the following is true and correct:

1. I have personal knowledge of the facts stated herein. At the times relevant to this matter, I was the CEO of Global E-Trading, LLC ("CB911").

2. I officially left the company in April 2023 as part of my divorce from Monica Eaton. I had not been actively involved in CB911 for over a year before that as Ms. Eaton had taken over day to day operational control when we decided to divorce.

3. I received Plaintiffs' demand letter on May 15, 2023.

1

4. On May 16, 2023, Ben Scrancher and his family visited me for lunch while they were passing through Tampa, Florida. I am friends with Mr. Scrancher's father, and provided Mr. Scrancher with an entry-level job at CB911 many years ago.

5. I was aware of Mr. Scrancher's difficult situation due to his wife's terminal cancer and two young children and I wanted to see Mrs. Scrancher and the children all together on what was most likely their last holiday ever. It was a short lunch during which I spent some quality family time with Mr. Scrancher, his children and Mrs. Scrancher. Mr. Scrancher and I talked about the kids, my plans post-divorce, my new business, the economy, the payments industry's challenges and their medical strategy to beat the cancer. We had barely spoken in the past year because Ms. Eaton and I were going through a difficult divorce, Mr. Scrancher worked for CB911 and I wanted to limit all communications with any CB911 staff during the process.

6. I briefly mentioned to Mr. Scrancher that CB911 had received a threatening demand letter about a former client called Brightree. I asked him if he knew about it, which he said he did not. I told him to talk to Ms. Eaton about it.

7. I did not show Mr. Scrancher the letter.

8. I did not ask or tell Mr. Scrancher to look for any communications related to Brightree.

9. I did not tell Mr. Scrancher to delete the Skype messages.

10. Mr. Scrancher never told me he deleted the Skype messages.

11. I did not know that Mr. Scrancher made these deletions until after his deposition on January 14, 2025.

12. Plaintiffs mention that Mr. Scrancher is listed as a successor trustee for a 2017 irrevocable trust referenced in the divorce proceedings between myself and Ms. Eaton.

13. Mr. Scrancher, in his personal capacity, was listed as a successor trustee on a 2017 irrevocable trust that I set up for my children while Mr. Scrancher lived in the United States.

14. Mr. Scrancher did not testify, provide deposition testimony or otherwise participate in the divorce proceedings. Mr. Scrancher was completely uninvolved in the proceedings between myself and Ms. Eaton.

15. Mr. Scrancher was sent the necessary documentation removing him as successor trustee on or around Feb 15, 2025, and I am waiting for his execution of the documentation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 2/24/2025

By: *Gary Cardone* (DocuSigned, D3F810F1886D499...)

Gary Cardone