# Scrancher Affidavit

Filed Under Seal