## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| JANET SIHLER and CHARLENE BAVENCOFF, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> GLOBAL E-TRADING, LLC DBA CHARGEBACKS911, GARY CARDONE, MONICA EATON, <br><br> Defendants. | Case No. 8:23-cv-01450- VMC-LSG |

### DECLARATION OF MARC CONWAY

I, Marc Conway, hereby declare under penalty of perjury under the laws of the United States, and to the best of my knowledge and belief, that the following is true and correct:

1.      I have personal knowledge of the facts stated herein.

2.      I was contacted by Tim Buckingham, counsel for Ben Scrancher, and asked to look at my Skype chats, specifically for a conversation with Ben Scrancher, David Flynn and Andy Curle.

3.      I initially looked on my laptop and also checked for a backup of my Skype account on my computer and did not identify the relevant conversation.

1

4.      I then accessed my Skype account on my smartphone and located the relevant conversation.

5.      Attached are true and correct copies of screenshots I took on February 21, 2025 of the entire Skype conversation between Ben Scrancher, Andy Curle, David Flynn and myself.

***

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  February 23rd, 2025             By: _____

                                                            Marc Conway

2





13:34

**Andy Curle. David Fl...**
3 participants

our details

Ben, 21:02

Usa corps

Yeah sure. Will make an intro now

Ben Scrancher added David Flynn to this conversation

Ben, 21:03

Hey David. Please meet Andy and Marc from connect incorporations who can help with what we discussed earlier

Marc, Andy - please meet a great client of ours who needs help with corps asap

I'll leave you guys to connect directly.

Type a message

