IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JANET SIHLER and CHARLENE BAVENCOFF, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL E-TRADING, LLC DBA CHARGEBACKS911, GARY CARDONE, MONICA EATON,<br><br>Defendants. | Case No. 8:23-cv-01450-VMC-LSG |

**DEFENDANT GLOBAL E-TRADING, LLC DBA CHARGEBACKS911'S NOTICE REGARDING THE RECOVERED MESSAGES**

Defendant Global E-Trading, LLC d/b/a Chargebacks911 ("CB911") hereby notifies the Court that the five messages from a direct chat between Mr. Scrancher and Mr. Flynn ("Direct Chats") that Mr. Scrancher deleted in May 2023 have been recovered.

1. As explained in CB911's Notice Regarding the May 1, 2025 Hearing, filed on April 18, 2025, Mr. Scrancher engaged a forensic expert to try to recover the missing messages, but as of that date the forensic examination results had been delayed. Dkt. 297 at ¶¶ 17, 21.

2. On April 29, 2025, counsel for Mr. Scrancher contacted counsel for

CB911 and informed them that the forensic expert was successful and that the Skype messages had been recovered from Mr. Scrancher's old, broken Apple iPhone 12 Pro mobile device that he used before 2023.  Buckingham Declaration at ¶ 2.

3. Mr. Scrancher provided this iPhone to Megan Arrand, a Digital Forensic Investigator working for CYFOR on March 27, 2025.  Buckingham Declaration at ¶ 4.

4. Mr. Scrancher instructed CYFOR to conduct a forensic review of the iPhone and to try to recover all Skype messages between David Flynn (a/k/a xcellent.choice) and him.  Buckingham Declaration at ¶ 5.

5. CYFOR's examination of the iPhone lasted from April 2, 2025 through April 28, 2025, during which time CYFOR attempted several different extraction methods to recover the deleted Skype messages.  Buckingham Declaration, Exhibit 1 at 3.

6. CYFOR initially examined the iPhone using the forensic tool Cellebrite UFED 4PC, but it was unable to recover the deleted Skype messages.  *Id.*

7. CYFOR next attempted to recover the deleted Skype messages using the forensic tool Cellebrite Inseyets, which is a more comprehensive extraction method.  *Id.*  When CYFOR attempted to extract the device using Cellebrite Inseyets, the tool was unable to connect to the required servers.  *Id.*  CYFOR attempted to resolve this issue with Cellebrite, but was ultimately unsuccessful.  *Id.*

8. On April 25 2025, CYFOR identified a different solution and was able

to obtain a full extraction from the iPhone. *Id.*

9. On April 29, 2025, CYFOR provided Mr. Scrancher with the results of CYFOR's examination, which are detailed in the expert report prepared by Megan Arrand at CYFOR ("CYFOR Expert Report"). *See* Buckingham Declaration, Exhibit 1. CYFOR also provided a document entitled MA1-2025APR28-01 – Skype Messages with David Flynn, which was generated in conjunction with CYFOR's expert report. *See* Buckingham Declaration, Exhibit 2.

10. The contents of the recovered messages are discussed in the CYFOR Expert Report and MA1-2025APR28-01 – Skype Messages with David Flynn. Buckingham Declaration, Exhibit 1 at 6-7 and Exhibit 2.

11. An excerpt of Table 1: Deleted Skype Messages in the CYFOR Expert Report is included below. It includes the entirety of the content in the previously deleted Skype messages. Buckingham Declaration, Exhibit 1 at 6-7.

*Table 1: Deleted Skype Messages*

| Message Timestamp | Deleted Timestamp | Direction | Body |
|---|---|---|---|
| 09/11/2019 08:08:39(UTC+0) | 17/05/2023 02:01:45(UTC+0) | Outgoing | Hi david. Nick told me about your mid closure. Give me a call ASAP, I can help |
| 03/12/2019 07:58:31(UTC+0) | 16/05/2023 20:48:11(UTC+0) | Outgoing | Nick updated me and I understand you need signers. I can help. When can you talk? |
| 05/12/2019 15:26:38(UTC+0) | 17/05/2023 02:00:16(UTC+0) | Outgoing | We'd really like to do it in Tampa as we want to show you round the operation and give you an idea of all the things we can help with. We can do some white boarding and make the meeting really productive. Tampas an hour or so from orlando but I just think that will be better. If not we can meet you anywhere but I think the office would be best. |
| 05/12/2019 19:40:29(UTC+0) | 17/05/2023 01:59:59(UTC+0) | Outgoing | Was that intro for corps helpful? |
| 06/12/2019 16:34:31(UTC+0) | 17/05/2023 01:59:48(UTC+0) | Outgoing | Hey David, the guys I intro'd you to are not only the best in town, but also, checking |

| | | | around, the only that can deliver what you need at this moment in time |
|---|---|---|---|

12. On April 29, 2025, Mr. Buckingham, counsel for Mr. Scrancher, notified counsel for CB911 that the messages had been recovered and in the late afternoon on April 29, 2025, Mr. Buckingham provided the CYFOR Expert Report CB911's counsel. Buckingham Declaration at ¶ 8.

13. CB911 is filing this notice promptly upon receipt of the CYFOR Expert Report yesterday afternoon and the Buckingham Declaration this morning.

Dated: April 30, 2025                                              Respectfully submitted,

/s/ Taylor Randleman
Corey W. Roush (*pro hac vice*)
Taylor Randleman (*pro hac vice*)
**SIDLEY AUSTIN LLP**
1501 K St, NW
Washington, DC 20005
Telephone: 202-736-8624
corey.roush@sidley.com
taylor.randleman@sidley.com

***Attorneys for CB911 and Gary Cardone***

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2025 the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Taylor Randleman*
Taylor Randleman (*pro hac vice*)
