# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

|  |  |
|---|---|
| JANET SIHLER and CHARLENE BAVENCOFF, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL E-TRADING, LLC DBA CHARGEBACKS911, GARY CARDONE, MONICA EATON,<br><br>Defendants. | Case No. 8:23-cv-01450-VMC-LSG |

## DECLARATION OF TIMOTHY BUCKINGHAM

I, Timothy Buckingham of Buckingham & Buckingham LLP, hereby declare under penalty of perjury under the laws of the United States, and to the best of my knowledge and belief, that the following is true and correct:

1.      I have personal knowledge of the facts stated herein.  I am a solicitor in the UK and Managing Partner at Buckingham & Buckingham LLP. My firm is instructed on behalf of Mr. Ben Scrancher. I provide this declaration in support of Defendant Global E-Trading, LLC DBA Chargebacks911's Notice Regarding the Recovered Messages.

Docusign Envelope ID: 753B6515-538D-48CA-9085-FB4E7052B602

2.      In an effort to try to recover the Skype messages that were previously
deleted, Mr. Scrancher located his old Apple iPhone 12 Pro mobile device that he
was using in 2023.

3.      Mr Scrancher engaged a forensic expert in data recovery, CYFOR
Group, to try to recover the missing Skype messages.

4.      On March 27, 2025, Mr. Scrancher provided his iPhone 12 Pro
mobile device direct to CYFOR.

5.      Mr. Scrancher instructed CYFOR to undertake the forensic
investigation into the iPhone.  The instruction was to try to recover deleted    Skype
messages between David Flynn (Skype ID:xcellent.choice) and Mr Scrancher
(Skype ID: b.scrancher)

6.      On April 29, 2025, CYFOR provided the results of CYFOR's
examination, which are detailed in the expert report prepared by Megan Arrand at
CYFOR ("CYFOR Expert Report").  A true and correct copy of CYFOR Expert
Report is attached hereto as Exhibit 1.

7.      Attached as Exhibit 2 is a redacted copy of a document entitled MA1-
2025APR28-01 – Skype Messages with David Flynn, which was received from
CYFOR that was generated in conjunction with CYFOR's expert report. This
document has been redacted to remove any fields that contained no data and printed
to a PDF to make the report easier to review.

8.      That same day, I provided the CYFOR Expert Report to Global E-Trading, LLC d/b/a Chargebacks911's counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  30 April 2025                By: _____
                                          Signed by:
                                          E9ABB4E067A5471...
                                          Timothy Buckingham

# Exhibit 1

OFFICIAL-SENSITIVE

**Case Alias:**  *Hawker*

**Case Reference:**  *QU-00016064*

**Specialist Field:**  *Digital Forensics*

**On Behalf of:**  *Ben Scrancher*

**On Instruction of:**  *Ben Scrancher*

**Report of:**  *Megan Arrand*

**Dated:**  *29th April 2025*

**Report Number**  *1a*



CY-LAB-032 Corporate Report Template (Legal) v15.0
Report 1a – Hawker
Megan Arrand

OFFICIAL-SENSITIVE

OFFICIAL-SENSITIVE

# Contents

1    Preliminaries ................................................................................................................. 3

1.1    Personal Introduction ............................................................................................. 3

1.2    Supplied Materials .................................................................................................. 3

1.3    Generated Materials ............................................................................................... 3

1.4    The Assumed Facts ................................................................................................. 3

1.5    Delay in Analysis .................................................................................................... 3

1.6    Amended Report ..................................................................................................... 4

2    Client Instructions ......................................................................................................... 5

2.1    Point 1: Skype Messages ........................................................................................ 5

3    Analysis ........................................................................................................................... 6

3.1    Device Examined ..................................................................................................... 6

3.2    Point 1: Skype Messages ........................................................................................ 6

4    Declaration of Truth ...................................................................................................... 8

5    Statement of Truth ........................................................................................................ 10

6    Appendix A – Qualifications and Training .................................................................. 11

7    Appendix B – Company Background ........................................................................... 12

8    Appendix C – Declaration to Quality Standards ....................................................... 13

OFFICIAL-SENSITIVE

# 1  Preliminaries

## 1.1  Personal Introduction

I am Megan Arrand, a Digital Forensic Investigator working for CYFOR. My qualifications, experience and training are detailed at the end of this document in Appendix A.

I can confirm that, to my knowledge, I have no connections with any parties, witnesses or advisers involved in this case which might be thought to influence the opinions expressed in this report.

## 1.2  Supplied Materials

The following materials have been received and referred to during my investigation:

- Ben Scrancher - Forensic Acquisition & Mobile Phone Investigation.pdf
- Re_ New submission from Enquiry - Contact page.msg
- Apple iPhone 12 Pro mobile device said to belong to Ben Scrancher
    - *Exhibited as LG1-2025MAR27-01 by CYFOR.*

## 1.3  Generated Materials

The following item has been generated to be used in conjunction with this report:

- *MA1-2025APR28-01* – Skype Messages with David Flynn.

## 1.4  The Assumed Facts

It is assumed that only the named owner has had legitimate and known access to the device in question.

It is assumed that the device in question belongs to, and has been solely used by, the listed owner.

It is assumed that the date and time of the device was accurate at the times of recorded activities.

## 1.5  Delay in Analysis

CYFOR came into possession of exhibit LG1-2025MAR27-01 on 27th March 2025. This exhibit was initially examined using the forensic tool Cellebrite UFED 4PC, however the most comprehensive extraction method available using this tool was unable to recover the deleted Skype messages that were requested within the instructions to CYFOR. As a result, CYFOR informed the client that the forensic tool Cellebrite Inseyets may be able to use a more comprehensive extraction method, which could potentially obtain the messages of interest. Upon attempting to extract the device using Cellebrite Inseyets, it was noted that the tool was unable to connect to the required servers. This issue was raised to Cellebrite, and solutions were provided over a period of multiple days although these were unsuccessful. On 25th April 2025, CYFOR identified a solution for the issue, and a full extraction was obtained from the handset. The results of this extraction have been discussed in the main body of this report.

CY-LAB-032 Corporate Report Template (Legal) v15.0
Report 1a – Hawker
Megan Arrand

OFFICIAL-SENSITIVE

OFFICIAL-SENSITIVE

## 1.6   Amended Report

This is an amended report and therefore supersedes the previously provided report in the same matter dated 29th April 2025. The changes relate to the removal of the total quantity of messages present on the device, and the addition of usernames in relation to the excluded Skype group chats.

OFFICIAL-SENSITIVE

## 2  Client Instructions

CYFOR have been instructed by Ben Scrancher to undertake the forensic investigation into one
mobile device. Further details are available on request.

Specifically, CYFOR has been instructed to address the following:

### 2.1  Point 1: Skype Messages

Provide any recovered Skype messages between the user 'b.scrancher' (Ben Scrancher) and
'xcellent.choice' (David Flynn), and outline any deleted messages.

OFFICIAL-SENSITIVE

## 3  Analysis

### 3.1  Device Examined

Exhibit LG1-2025MAR27-01 was an Apple iPhone 12 Pro mobile device, model number A2407, with the IMEIs 356691116919834 and 356691112872961, and the serial number G6TDFCEW0D92. The Apple ID associated with the device was 'benscrancher@googlemail.com', and the device name was set to 'iPhone Ben'. No SIM card was present within the device at the time of examination, however the last used ICCID was recorded as 89441000302046931713 with the MSISDN (phone number) +447818855555.

This device was examined at CYFOR Premises between 2nd April 2025 and 28th April 2025.

### 3.2  Point 1: Skype Messages

*Provide any recovered Skype messages between the user 'b.scrancher' (Ben Scrancher) and 'xcellent.choice' (David Flynn), and outline any deleted messages.*

The Skype account found to be signed in on exhibit LG1-2025MAR27-01 at the time of examination had the display name 'Ben Scrancher', with the username 'b.scrancher'. A search was conducted across the Skype contacts located on the device and one contact was identified with the display name 'David Flynn' and the username 'xcellent.choice'.

One Skype chat thread was identified on this exhibit between the user 'b.scrancher' and 'xcellent.choice'. This chat thread was found to contain 104 messages, five of which were recorded as having been deleted. Details of the deleted messages can be seen in Table 1.

*Table 1: Deleted Skype Messages*

| Message Timestamp | Deleted Timestamp | Direction | Body |
|---|---|---|---|
| 09/11/2019 08:08:39(UTC+0) | 17/05/2023 02:01:45(UTC+0) | Outgoing | Hi david. Nick told me about your mid closure. Give me a call ASAP, I can help |
| 03/12/2019 07:58:31(UTC+0) | 16/05/2023 20:48:11(UTC+0) | Outgoing | Nick updated me and I understand you need signers. I can help. When can you talk? |
| 05/12/2019 15:26:38(UTC+0) | 17/05/2023 02:00:16(UTC+0) | Outgoing | We'd really like to do it in Tampa as we want to show you round the operation and give you an idea of all the things we can help with. We can do some white boarding and make the meeting really productive. Tampas an hour or so from orlando but I just think that will be better. If not we can meet you anywhere but I think the office would be best. |
| 05/12/2019 19:40:29(UTC+0) | 17/05/2023 01:59:59(UTC+0) | Outgoing | Was that intro for corps helpful? |
| 06/12/2019 16:34:31(UTC+0) | 17/05/2023 01:59:48(UTC+0) | Outgoing | Hey David, the guys I intro'd you to are not only the best in town, but also, checking |

OFFICIAL-SENSITIVE

OFFICIAL-SENSITIVE

| | | | around, the only that can deliver what you need at this moment in time |
|---|---|---|---|

For completeness, all messages within this chat thread have been provided in PDF and Excel format on the generated exhibit MA1-2025APR28-01.

Three further chat threads were located in which Ben Scrancher and David Flynn were chat participants. Details of the chat participants in these group chats can be seen in Table 2.

*Table 2: Group Chat Participants*

| # | Participant Usernames |
|---|---|
| 1 | b.scrancher<br>shaun_lavelle<br>xcellent.choice |
| 2 | b.scrancher<br>hgandycurle<br>xcellent.choice<br>marcconway |
| 3 | b.scrancher<br>trey.smith20<br>xcellent.choice<br>apugliese_12 |

As these chats fell outside the scope of the investigation, they have not been provided.

OFFICIAL-SENSITIVE

## 4   Declaration of Truth

I, Megan Arrand, declare that:

I understand that my duty in providing written reports and giving evidence is to help the Court, and that this duty overrides any obligation to the party by whom I am engaged or the person who has paid or is liable to pay me. I confirm that I have complied and will continue to comply with my duty.

I confirm that I have not entered into any arrangement where the amount or payment of my fees is in any way dependent on the outcome of the case.

I know of no conflict of interest of any kind, other than any which I have disclosed in my report.

I do not consider that any interest which I have disclosed affects my suitability as an expert witness on any issues on which I have given evidence.

I will advise the party by whom I am instructed if, between the date of my report and the trial, there is any change in circumstances which affect my answers to points 3 and 4 above.

I have shown the sources of all information I have used.

I have exercised reasonable care and skill in order to be accurate and complete in preparing this report.

I have endeavoured to include in my report those matters, of which I have knowledge or of which I have been made aware, that might adversely affect the validity of my opinion. I have clearly stated any qualifications to my opinion.

I have not, without forming an independent view, included or excluded anything which has been suggested to me by others, including my instructing lawyers.

I will notify those instructing me immediately and confirm in writing if, for any reason, my existing report requires any correction or qualification.

I understand that;

My report will form the evidence to be given under oath or affirmation;

Questions may be put to me in writing for the purposes of clarifying my report and that my answers shall be treated as part of my report and covered by my statement of truth;

The court may at any stage direct a discussion to take place between experts for the purpose of identifying and discussing the expert issues in the proceedings, where possible reaching an agreed opinion on those issues and identifying what action, if any, may be taken to resolve any of the outstanding issues between the parties;

The court may direct that following a discussion between the experts that a statement should be prepared showing those issues which are agreed, and those issues which are not agreed, together with a summary of the reasons for disagreeing;

I may be required to attend court to be cross-examined on my report by a cross-examiner assisted by an expert;

OFFICIAL-SENSITIVE

I am likely to be the subject of public adverse criticism by the judge if the Court concludes that I have not taken reasonable care in trying to meet the standards set out above.

I have read Part 35 of the Civil Procedure Rules and the accompanying practice direction and I have complied with their requirements.

I have read the "Protocol for Instruction of Experts to give Evidence in Civil Claims" and confirm that my report has been prepared in accordance with its requirements. I have acted in accordance with the Code of Practice for Experts.

OFFICIAL-SENSITIVE

OFFICIAL-SENSITIVE

## 5  Statement of Truth

I confirm that the contents of this report are true to the best of my knowledge and belief and that I make this report knowing that, if it is tendered in evidence, I would be liable to prosecution if I have wilfully stated anything which I know to be false or that I do not believe to be true.

Megan Arrand

Digital Forensic Investigator

Dated: 29th April 2025

OFFICIAL-SENSITIVE

OFFICIAL-SENSITIVE

# 6  Appendix A – Qualifications and Training

I, Megan Arrand, am a Digital Forensic Investigator of CYFOR since June 2022.

I hold a BSc First Class Honours in Forensic Investigation attained from Staffordshire University.

The course involves modules in the following topics:

- Expert Witness and the Legal System;
- Forensic Investigative Skills;
- Cyber Crime;
- Techniques of Scientific Investigation;
- Forensic Multimedia.

My certifications are as follows:

- Control-F – Foundation in Mobile Phone Forensics;
- Griffeye Analyze Examiner for Griffeye Analyze DI Pro;
- College of Policing – Core Skills in Data Recovery and Analysis;
- Bond Solon – Expert Witness Familiarisation Criminal and Civil Court Training;
- Control-F – Mobile Device Repair.

I am National NPPV 3 Level 3 and Security Cleared by Warwickshire Police.

OFFICIAL-SENSITIVE

## 7   Appendix B – Company Background

Established in 2002, CYFOR is a global leader in the provision of Digital Forensics, eDiscovery and Cyber Security services, with expertise in advanced data analytics and data recovery. These specialisms extensively cover commercial, criminal and corporate investigations, as well as litigation and dispute resolution matters. The Senior Accountable Individual at CYFOR Group is Paul Beechinor, who has overall authorization of all reports.

CYFOR are instructed by clients from a full spectrum of industries and offer a bespoke solution on highly contentious, multi-lingual and multi-jurisdictional matters with time-critical deadlines. Individually, CYFOR's analysts are recognised as some of the leading specialists in the industry. As a team, their combined expertise becomes even more powerful for the most complex of cases. This breadth of experience combined with a highly secure infrastructure enables CYFOR to operate at the highest level on a vast range of investigations.

Since its inception, CYFOR have provided independent digital evidence for thousands of criminal, civil and internal corporate investigations. The quality of our work has resulted in countless successful outcomes and afforded us a market-leading reputation as a Digital Forensics provider.

Unless otherwise stated within the report, all activities resulting in the information provided in here were carried out at:

> CYFOR,
>
> Benjarron House,
>
> Greenside Way,
>
> Middleton,
>
> M24 1SW

All contemporaneous notes are available for inspection if required.  These contain details of the hardware and software (including versions) used to reach the conclusions detailed above.

We reserve the right to re-examine any conclusions reached in this report should any of the information furnished be found to be incorrect, or further research and development in the field provide a more accurate representation of the data.

OFFICIAL-SENSITIVE

## 8   Appendix C – Declaration to Quality Standards

CYFOR is a UKAS accredited testing laboratory No. 9196.

I confirm that, to the best of my knowledge and belief, I have not complied with the Code of Practice published by the statutory Forensic Science Regulator Version 1.

The methods below have been relied upon for production of this report. Those which are marked with an '*' are not within the organisations' schedule of accreditation.

- Capture and Preservation of mobile data using Cellebrite UFED 4PC (v7.72.0.45) and Cellebrite Inseyets (v10.4.0.415)*

- Processing and Analysis of mobile data using Cellebrite Physical Analyzer (v7.70.0.5) and AXIOM (v8.5.1.41927)

- Decoding of Timestamps using DCode (v5.5)*

Standard Operating Procedures have been followed in conjunction with these tools. Staff members involved in the investigation have objectively demonstrated their competence in undertaking the documented method.

CYFOR holds ISO9001, ISO27001, and ISO14001 certifications. The organisation is compliant with the Cyber Essentials Plus framework.

Since digital forensic techniques are being constantly developed, it will never be possible to conclude that every single item of data has been recovered or completely considered. Future advances in forensic analysis and recovery techniques may uncover additional items of data, which may be of evidential value.

| | Accreditation Status of the Unit | | | | Mitigations in Place | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| Method(s) used in these findings and any additional comments | Granted | Awaiting Grant | Recommended | Suspended | Working towards accreditation | Working to established Quality Management System | Working to documented procedures | Auditing Schedule | Validation/Verification completed | Staff competence | Quality assurance | Personal awareness of Code of Conduct |
| ***Capture and Preservation of Digital Data from Mobile Phone Handsets, Tablets, and SIM cards*** | ✓ | | | | | | | | | | | |
| Additional Comments | Mobile device or SIM card acquisition using Cellebrite UFED and XRY tools. | | | | | | | | | | | |

OFFICIAL-SENSITIVE

OFFICIAL-SENSITIVE

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***Capture and Preservation of Digital Data from Mobile Phone Handsets and Tablets*** | ✓ | | | | | | | | | | | |
| Additional Comments | Mobile phone acquisition using GrayKey | | | | | | | | | | | |
| ***Capture and Preservation of Digital Data from Mobile Phone Handsets and Tablets*** | | | | | | ✓ | ✓ | ✓ | | | ✓ | ✓ |
| Additional Comments | Mobile phone acquisition using Cellebrite Inseyets | | | | | | | | | | | |
| ***Data Processing (Mobiles and SIM Cards)*** | ✓ | | | | | | | | | | | |
| Additional Comments | Data processing using Physical Analyser, XRY (XAMN), and Magnet Axiom | | | | | | | | | | | |
| ***Data Processing and Analysis (Mobiles and Computers)*** | ✓ | | | | | | | | | | | |
| Additional Comments | Data processing using Griffeye | | | | | | | | | | | |
| ***Data Processing and Analysis (Mobiles and SIM Cards)*** | | | | | ✓ | ✓ | ✓ | | | | ✓ | ✓ |
| Additional Comments | Data processing using Inseyets | | | | | | | | | | | |
| ***Analysis of Data (Computers)*** | ✓ | | | | | | | | | | | |
| Additional Comments | Data analysis using keyword analysis, date/timelining, manual bookmarking, file data filtering, database analysis, application analysis using X-Ways Forensics and Magnet Axiom | | | | | | | | | | | |
| ***Analysis of Data (Mobile Phones)*** | ✓ | | | | | | | | | | | |
| Additional Comments | Data analysis using keyword analysis, date/timelining, manual bookmarking, file data filtering, database analysis, application analysis using Cellebrite, XRY (XAMN), and Magnet Axiom | | | | | | | | | | | |

OFFICIAL-SENSITIVE

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***Analysis of Data (Mobile Phones)*** | ✓ | | | | | | | | | | | | |
| Additional Comments | Data analysis using keyword analysis, date/timelining, manual bookmarking, file data filtering, database analysis using SQLite Browser | | | | | | | | | | | | |
| ***Decoding of Timestamops*** | | | | | | ✓ | | | | | ✓ | ✓ |
| Additional Comments | Decoding of Timestamps using DCode | | | | | | | | | | | | |

# Exhibit 2

Chats (1)

| # | Identifier | Start Time: Date | Start Time: Time | Last Activity: Date | Last Activity: Time | Participants | Source | Account | Tag Note - Chat | Instant Message # | From | Body | Platform | Timestamp: Date | Timestamp: Time | Deleted - Instant Message |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | b:scafechi.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scafechi.choice David Flynn<br>b:sciancher Ben Sciancher (scana) | Skype | b:sciancher | Description:<br>Tags: Skype<br>Created:<br>4/28/2025<br>11:51:23 AM<br>Modified:<br>4/28/2025<br>11:51:23 AM | 1 | b:sciancher Ben Sciancher | Hey David, I'll be in Vegas for Money2020 in a couple of weeks, would be great to meet up! | Unknown | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | |
| 2 | b:scafechi.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scafechi.choice David Flynn<br>b:sciancher Ben Sciancher (scana) | Skype | b:sciancher | Description:<br>Tags: Skype<br>Created:<br>4/28/2025<br>11:51:23 AM<br>Modified:<br>4/28/2025<br>11:51:23 AM | 2 | scafechi.choice David Flynn | I'll be here. | Unknown | 10/16/19 | 16/10/2019 14:36:24(UTC+0) | |
| 3 | b:scafechi.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scafechi.choice David Flynn<br>b:sciancher Ben Sciancher (scana) | Skype | b:sciancher | Description:<br>Tags: Skype<br>Created:<br>4/28/2025<br>11:51:23 AM<br>Modified:<br>4/28/2025<br>11:51:23 AM | 3 | b:sciancher Ben Sciancher | Awesome | Unknown | 10/16/19 | 16/10/2019 15:03:07(UTC+0) | |
| 4 | b:scafechi.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scafechi.choice David Flynn<br>b:sciancher Ben Sciancher (scana) | Skype | b:sciancher | Description:<br>Tags: Skype<br>Created:<br>4/28/2025<br>11:51:23 AM<br>Modified:<br>4/28/2025<br>11:51:23 AM | 4 | b:sciancher Ben Sciancher | I'll be at the Venetian from Sunday 27th to Wednesday 30th if you're around then | Unknown | 10/16/19 | 16/10/2019 15:03:28(UTC+0) | |
| 5 | b:scafechi.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scafechi.choice David Flynn<br>b:sciancher Ben Sciancher (scana) | Skype | b:sciancher | Description:<br>Tags: Skype<br>Created:<br>4/28/2025<br>11:51:23 AM<br>Modified:<br>4/28/2025<br>11:51:23 AM | 5 | scafechi.choice David Flynn | Yes I'll be here. | Unknown | 10/22/19 | 22/10/2019 19:36:38(UTC+0) | |
| 6 | b:scafechi.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scafechi.choice David Flynn<br>b:sciancher Ben Sciancher (scana) | Skype | b:sciancher | Description:<br>Tags: Skype<br>Created:<br>4/28/2025<br>11:51:23 AM<br>Modified:<br>4/28/2025<br>11:51:23 AM | 6 | b:sciancher Ben Sciancher | Awesome | Unknown | 10/22/19 | 22/10/2019 19:58:39(UTC+0) | |
| 7 | b:scafechi.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scafechi.choice David Flynn<br>b:sciancher Ben Sciancher (scana) | Skype | b:sciancher | Description:<br>Tags: Skype<br>Created:<br>4/28/2025<br>11:51:23 AM<br>Modified:<br>4/28/2025<br>11:51:23 AM | 7 | b:sciancher Ben Sciancher | Let's meet up for sure! | Unknown | 10/22/19 | 22/10/2019 19:58:59(UTC+0) | |
| 8 | b:scafechi.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scafechi.choice David Flynn<br>b:sciancher Ben Sciancher (scana) | Skype | b:sciancher | Description:<br>Tags: Skype<br>Created:<br>4/28/2025<br>11:51:23 AM<br>Modified:<br>4/28/2025<br>11:51:23 AM | 8 | b:sciancher Ben Sciancher | Does a meeting mid-morning work for you on Monday or Tuesday? | Unknown | 10/22/19 | 22/10/2019 19:59:27(UTC+0) | |
| 9 | b:scafechi.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scafechi.choice David Flynn<br>b:sciancher Ben Sciancher (scana) | Skype | b:sciancher | Description:<br>Tags: Skype<br>Created:<br>4/28/2025<br>11:51:23 AM<br>Modified:<br>4/28/2025<br>11:51:23 AM | 9 | scafechi.choice David Flynn | Let's do Tuesday. 10 or 11. | Unknown | 10/27/19 | 27/10/2019 20:39:57(UTC+0) | |
| 10 | b:scafechi.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scafechi.choice David Flynn<br>b:sciancher Ben Sciancher (scana) | Skype | b:sciancher | Description:<br>Tags: Skype<br>Created:<br>4/28/2025<br>11:51:23 AM<br>Modified:<br>4/28/2025<br>11:51:23 AM | 10 | b:sciancher Ben Sciancher | Ok cool that wks | Unknown | 10/27/19 | 27/10/2019 22:40:19(UTC+0) | |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | ll scatter/.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatter/.choice David Flynn b.scatchier Ben Scratcher (owner) | Skype | b.scratcher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 11 | scatter/.choice David Flynn | Where do you want to meet? | Unknown | 10/29/19 | 29/10/2019 00:19:18(UTC+0) | |
| 12 | ll scatter/.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatter/.choice David Flynn b.scatchier Ben Scratcher (owner) | Skype | b.scratcher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 12 | b.scratcher Ben Scratcher | Venetian? | Unknown | 10/29/19 | 29/10/2019 00:56:08(UTC+0) | |
| 13 | ll scatter/.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatter/.choice David Flynn b.scatchier Ben Scratcher (owner) | Skype | b.scratcher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 13 | scatter/.choice David Flynn | Let's touch base in the morning but that should be fine. | Unknown | 10/29/19 | 29/10/2019 02:28:06(UTC+0) | |
| 14 | ll scatter/.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatter/.choice David Flynn b.scatchier Ben Scratcher (owner) | Skype | b.scratcher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 14 | b.scratcher Ben Scratcher | hey buddy | Unknown | 10/29/19 | 29/10/2019 15:07:42(UTC+0) | |
| 15 | ll scatter/.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatter/.choice David Flynn b.scatchier Ben Scratcher (owner) | Skype | b.scratcher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 15 | b.scratcher Ben Scratcher | still on for 11am today? | Unknown | 10/29/19 | 29/10/2019 15:07:45(UTC+0) | |
| 16 | ll scatter/.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatter/.choice David Flynn b.scatchier Ben Scratcher (owner) | Skype | b.scratcher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 16 | scatter/.choice David Flynn | Heading that way. Can we meet up a little earlier? | Unknown | 10/29/19 | 29/10/2019 16:20:42(UTC+0) | |
| 17 | ll scatter/.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatter/.choice David Flynn b.scatchier Ben Scratcher (owner) | Skype | b.scratcher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 17 | b.scratcher Ben Scratcher | I'm in a meeting from 10 until 11 that I can't move but will ping you as soon as I'm done | Unknown | 10/29/19 | 29/10/2019 16:30:01(UTC+0) | |
| 18 | ll scatter/.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatter/.choice David Flynn b.scatchier Ben Scratcher (owner) | Skype | b.scratcher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 18 | scatter/.choice David Flynn | Venetian right? | Unknown | 10/29/19 | 29/10/2019 16:41:29(UTC+0) | |
| 19 | ll scatter/.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatter/.choice David Flynn b.scatchier Ben Scratcher (owner) | Skype | b.scratcher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 19 | b.scratcher Ben Scratcher | Yep | Unknown | 10/29/19 | 29/10/2019 16:44:17(UTC+0) | |
| 20 | ll scatter/.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatter/.choice David Flynn b.scatchier Ben Scratcher (owner) | Skype | b.scratcher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 20 | b.scratcher Ben Scratcher | Hi david. Where's a good spot to meet? | Unknown | 10/29/19 | 29/10/2019 17:56:45(UTC+0) | |

| # | | | | | | | | | | Description | # | | Message | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | b.scatterchoice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatterchoice David Flynn b.scatterchoice Ben Scrancher (owner) | Skype | b.scatterchoice | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 21 | scatterchoice David Flynn | Front lobby | Unknown | 10/29/19 | 29/10/2019 18:00:13(UTC+0) |
| 22 | b.scatterchoice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatterchoice David Flynn b.scatterchoice Ben Scrancher (owner) | Skype | b.scatterchoice | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 22 | scatterchoice David Flynn | I'm 5 min out | Unknown | 10/29/19 | 29/10/2019 18:00:25(UTC+0) |
| 23 | b.scatterchoice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatterchoice David Flynn b.scatterchoice Ben Scrancher (owner) | Skype | b.scatterchoice | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 23 | scatterchoice David Flynn | Or a coffee shop. I'm a quad low. | Unknown | 10/29/19 | 29/10/2019 18:00:(UTC+0) |
| 24 | b.scatterchoice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatterchoice David Flynn b.scatterchoice Ben Scrancher (owner) | Skype | b.scatterchoice | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 24 | scatterchoice David Flynn | Gotta be a Starbucks in there. | Unknown | 10/29/19 | 29/10/2019 18:00:(UTC+0) |
| 25 | b.scatterchoice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatterchoice David Flynn b.scatterchoice Ben Scrancher (owner) | Skype | b.scatterchoice | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 25 | b.scatterchoice Ben Scrancher | There's a cafe called grand lux cafe just off the casino floor in the venetian | Unknown | 10/29/19 | 29/10/2019 18:11:14(UTC+0) |
| 26 | b.scatterchoice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatterchoice David Flynn b.scatterchoice Ben Scrancher (owner) | Skype | b.scatterchoice | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 26 | b.scatterchoice Ben Scrancher | I'll grab a table there bow | Unknown | 10/29/19 | 29/10/2019 18:11:21(UTC+0) |
| 27 | b.scatterchoice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatterchoice David Flynn b.scatterchoice Ben Scrancher (owner) | Skype | b.scatterchoice | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 27 | b.scatterchoice Ben Scrancher | Now | Unknown | 10/29/19 | 29/10/2019 18:11:22(UTC+0) |
| 28 | b.scatterchoice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatterchoice David Flynn b.scatterchoice Ben Scrancher (owner) | Skype | b.scatterchoice | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 28 | scatterchoice David Flynn | I've got a lunch meeting but I'll come that way | Unknown | 10/29/19 | 29/10/2019 18:18:55(UTC+0) |
| 29 | b.scatterchoice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatterchoice David Flynn b.scatterchoice Ben Scrancher (owner) | Skype | b.scatterchoice | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 29 | b.scatterchoice Ben Scrancher | I can come whenever I'm easy | Unknown | 10/29/19 | 29/10/2019 18:18:56(UTC+0) |
| 30 | b.scatterchoice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatterchoice David Flynn b.scatterchoice Ben Scrancher (owner) | Skype | b.scatterchoice | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 30 | b.scatterchoice Ben Scrancher | I'm at a table at grand lux but whatever is easiest for you | Unknown | 10/29/19 | 29/10/2019 18:20:06(UTC+0) |

| # | | | | | | | | | | | # | | Message | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | 6 scallent.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scallent.choice David Flynn b.scrancher Ben Scrancher (owner) | Skype | b.scrancher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 31 | b.scrancher Ben Scrancher | I'm good till 12 | Unknown | 10/28/19 | 28/10/2019 18:20:14(UTC+0) | |
| 32 | 6 scallent.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scallent.choice David Flynn b.scrancher Ben Scrancher (owner) | Skype | b.scrancher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 32 | scallent.choice David Flynn | I'm here. Tall guy to blue shirt | Unknown | 10/28/19 | 28/10/2019 18:25:41(UTC+0) | |
| 33 | 6 scallent.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scallent.choice David Flynn b.scrancher Ben Scrancher (owner) | Skype | b.scrancher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 33 | scallent.choice David Flynn | Ben great meeting today. Please forward this info we discussed on digital subscription upsells. Sounded very interesting. Thanks and have a safe trip. | Unknown | 10/28/19 | 28/10/2019 23:40:03(UTC+0) | |
| 34 | 6 scallent.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scallent.choice David Flynn b.scrancher Ben Scrancher (owner) | Skype | b.scrancher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 34 | scallent.choice David Flynn | Ben can we get the most updated numbers you have on chargebacks for November. Need to see how close to 3% we are with visa | Unknown | 10/30/19 | 30/10/2019 16:30:43(UTC+0) | |
| 35 | 6 scallent.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scallent.choice David Flynn b.scrancher Ben Scrancher (owner) | Skype | b.scrancher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 35 | b.scrancher Ben Scrancher | Yes absolutely. I also have a couple of other things to chat with you about will speak tomorrow when I'm back | Unknown | 10/30/19 | 30/10/2019 17:44:01(UTC+0) | |
| 36 | 6 scallent.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scallent.choice David Flynn b.scrancher Ben Scrancher (owner) | Skype | b.scrancher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 36 | b.scrancher Ben Scrancher | Do you receive the daily MTD report btw? | Unknown | 10/30/19 | 30/10/2019 17:44:11(UTC+0) | |
| 37 | 6 scallent.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scallent.choice David Flynn b.scrancher Ben Scrancher (owner) | Skype | b.scrancher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 37 | scallent.choice David Flynn | Yes thanks. Trying to make sure at least visa is under 2.0%. | Unknown | 10/30/19 | 30/10/2019 22:08:19(UTC+0) | |
| 38 | 6 scallent.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scallent.choice David Flynn b.scrancher Ben Scrancher (owner) | Skype | b.scrancher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 38 | scallent.choice David Flynn | Ben can we look at the most updated numbers? Looks like we might have just missed on visa | Unknown | 10/31/19 | 31/10/2019 23:18:41(UTC+0) | |
| 39 | 6 scallent.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scallent.choice David Flynn b.scrancher Ben Scrancher (owner) | Skype | b.scrancher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 39 | b.scrancher Ben Scrancher | Hey David. Did you get the updated MTD report from today? | Unknown | 10/31/19 | 31/10/2019 23:30:18(UTC+0) | |
| 40 | 6 scallent.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scallent.choice David Flynn b.scrancher Ben Scrancher (owner) | Skype | b.scrancher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 40 | scallent.choice David Flynn | Yeah I saw one this morning. Our chargebacks went up slight from yesterday 4.21% to 4.452. A little higher than average, but what killed us is the transaction count did not move. Will that change once we close today with authorize? | Unknown | 10/31/19 | 31/10/2019 23:42:56(UTC+0) | |

| # | | | | | | | | Description/Tags | # | From | Message | | Date | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | b.scatterd.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatterd.choice David Flynn b.scrancher Ben Scrancher (owner) | Skype | b.scrancher | **Description: Tags:** Skype **Created:** 4/28/2025 11:51:23 AM **Modified:** 4/28/2025 11:51:23 AM | 41 | scatterd.choice David Flynn | We've got almost 25k transactions that will settle today. I guess when that settles out we would be under 2.5% | Unknown | 11/5/19 | 05/11/2019 03:23:38(UTC+0) |
| 42 | b.scatterd.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatterd.choice David Flynn b.scrancher Ben Scrancher (owner) | Skype | b.scrancher | **Description: Tags:** Skype **Created:** 4/28/2025 11:51:23 AM **Modified:** 4/28/2025 11:51:23 AM | 42 | b.scrancher Ben Scrancher | Hi David | Unknown | 11/5/19 | 05/11/2019 19:36:57(UTC+0) |
| 43 | b.scatterd.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatterd.choice David Flynn b.scrancher Ben Scrancher (owner) | Skype | b.scrancher | **Description: Tags:** Skype **Created:** 4/28/2025 11:51:23 AM **Modified:** 4/28/2025 11:51:23 AM | 43 | b.scrancher Ben Scrancher | I am back in London now, great to see you last week. I have two intros to make for you: 1. for the digital upsell we discussed 2. to the GM of e-commerce for Payjustic. We are very close to him and he will help you with additional processing, this is the most senior person you would want to deal with at Payjustic so please treat accordingly. I have given you a large recommendation. | Unknown | 11/5/19 | 05/11/2019 19:38:29(UTC+0) |
| 44 | b.scatterd.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatterd.choice David Flynn b.scrancher Ben Scrancher (owner) | Skype | b.scrancher | **Description: Tags:** Skype **Created:** 4/28/2025 11:51:23 AM **Modified:** 4/28/2025 11:51:23 AM | 44 | b.scrancher Ben Scrancher | Hi David, do you have a minute this morning? | Unknown | 11/6/19 | 06/11/2019 15:18:40(UTC+0) |
| 45 | b.scatterd.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatterd.choice David Flynn b.scrancher Ben Scrancher (owner) | Skype | b.scrancher | **Description: Tags:** Skype **Created:** 4/28/2025 11:51:23 AM **Modified:** 4/28/2025 11:51:23 AM | 45 | scatterd.choice David Flynn | I'm tied up until lunchtime. | Unknown | 11/6/19 | 06/11/2019 15:21:16(UTC+0) |
| 46 | b.scatterd.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatterd.choice David Flynn b.scrancher Ben Scrancher (owner) | Skype | b.scrancher | **Description: Tags:** Skype **Created:** 4/28/2025 11:51:23 AM **Modified:** 4/28/2025 11:51:23 AM | 46 | b.scrancher Ben Scrancher | ok np | Unknown | 11/6/19 | 06/11/2019 15:41:50(UTC+0) |
| 47 | b.scatterd.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatterd.choice David Flynn b.scrancher Ben Scrancher (owner) | Skype | b.scrancher | **Description: Tags:** Skype **Created:** 4/28/2025 11:51:23 AM **Modified:** 4/28/2025 11:51:23 AM | 47 | b.scrancher Ben Scrancher | let me know when you're free | Unknown | 11/6/19 | 06/11/2019 15:41:50(UTC+0) |
| 48 | b.scatterd.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatterd.choice David Flynn b.scrancher Ben Scrancher (owner) | Skype | b.scrancher | **Description: Tags:** Skype **Created:** 4/28/2025 11:51:23 AM **Modified:** 4/28/2025 11:51:23 AM | 48 | b.scrancher Ben Scrancher | Hey David | Unknown | 11/7/19 | 07/11/2019 09:44:13(UTC+0) |
| 49 | b.scatterd.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatterd.choice David Flynn b.scrancher Ben Scrancher (owner) | Skype | b.scrancher | **Description: Tags:** Skype **Created:** 4/28/2025 11:51:23 AM **Modified:** 4/28/2025 11:51:23 AM | 49 | b.scrancher Ben Scrancher | Let me know if you have time to chat this morning or later today | Unknown | 11/7/19 | 07/11/2019 09:05:26(UTC+0) |
| 50 | b.scatterd.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatterd.choice David Flynn b.scrancher Ben Scrancher (owner) | Skype | b.scrancher | **Description: Tags:** Skype **Created:** 4/28/2025 11:51:23 AM **Modified:** 4/28/2025 11:51:23 AM | 50 | b.scrancher Ben Scrancher | Just a couple of quick things I wanted to run past you | Unknown | 11/7/19 | 07/11/2019 09:05:37(UTC+0) |

| # | | Date | Created | | Modified | | | App | | Description/Tags | # | | From | Message | | | Date | Created | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | b.scarlient.choice | 10/16/19 | 10/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scarlient.choice David Flynn b.scrancher Ben Scrancher (owner) | | Skype | b.scrancher | **Description: Tags:** Skype **Created:** 4/28/2025 11:51:23 AM **Modified:** 4/28/2025 11:51:23 AM | 51 | | b.scrancher Ben Scrancher | Should take 10 mins | | | Unknown | 11/7/19 | 07/11/2019 09:05:39(UTC+0) | | |
| 52 | b.scarlient.choice | 10/16/19 | 10/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scarlient.choice David Flynn b.scrancher Ben Scrancher (owner) | | Skype | b.scrancher | **Description: Tags:** Skype **Created:** 4/28/2025 11:51:23 AM **Modified:** 4/28/2025 11:51:23 AM | 52 | | b.scrancher Ben Scrancher | The gentleman I just intro'd you to runs Paysafe's ecommerce business in the US - very very senior within Paysafe and is happy to speak to you directly given that you work with us and we have a very close working relationship with Paysafe. | | | Unknown | 11/7/19 | 07/11/2019 21:19:26(UTC+0) | | |
| 53 | b.scarlient.choice | 10/16/19 | 10/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scarlient.choice David Flynn b.scrancher Ben Scrancher (owner) | | Skype | b.scrancher | **Description: Tags:** Skype **Created:** 4/28/2025 11:51:23 AM **Modified:** 4/28/2025 11:51:23 AM | 53 | | b.scrancher Ben Scrancher | He will be able to help you a tonne | | | Unknown | 11/7/19 | 07/11/2019 21:19:40(UTC+0) | | |
| 54 | b.scarlient.choice | 10/16/19 | 10/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scarlient.choice David Flynn b.scrancher Ben Scrancher (owner) | | Skype | b.scrancher | **Description: Tags:** Skype **Created:** 4/28/2025 11:51:23 AM **Modified:** 4/28/2025 11:51:23 AM | 54 | | b.scrancher Ben Scrancher | Hi david, Nick told me about your mid closure. Give me a call ASAP. I can help | | | Unknown | 11/9/19 | 09/11/2019 09:08:39(UTC+0) | Trash | |
| 55 | b.scarlient.choice | 10/16/19 | 10/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scarlient.choice David Flynn b.scrancher Ben Scrancher (owner) | | Skype | b.scrancher | **Description: Tags:** Skype **Created:** 4/28/2025 11:51:23 AM **Modified:** 4/28/2025 11:51:23 AM | 55 | | scarlient.choice David Flynn | Ben got the info on Paysafe and we're getting a call scheduled. | | | Unknown | 11/12/19 | 12/11/2019 00:58:26(UTC+0) | | |
| 56 | b.scarlient.choice | 10/16/19 | 10/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scarlient.choice David Flynn b.scrancher Ben Scrancher (owner) | | Skype | b.scrancher | **Description: Tags:** Skype **Created:** 4/28/2025 11:51:23 AM **Modified:** 4/28/2025 11:51:23 AM | 56 | | scarlient.choice David Flynn | We do have other MIDs turning but are adding a few more in to split the load. | | | Unknown | 11/12/19 | 12/11/2019 00:58:40(UTC+0) | | |
| 57 | b.scarlient.choice | 10/16/19 | 10/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scarlient.choice David Flynn b.scrancher Ben Scrancher (owner) | | Skype | b.scrancher | **Description: Tags:** Skype **Created:** 4/28/2025 11:51:23 AM **Modified:** 4/28/2025 11:51:23 AM | 57 | | scarlient.choice David Flynn | I don't recall seeing the info for the digital upsell group. I could have easily missed it so either way can you resend. Thanks. | | | Unknown | 11/12/19 | 12/11/2019 01:00:20(UTC+0) | | |
| 58 | b.scarlient.choice | 10/16/19 | 10/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scarlient.choice David Flynn b.scrancher Ben Scrancher (owner) | | Skype | b.scrancher | **Description: Tags:** Skype **Created:** 4/28/2025 11:51:23 AM **Modified:** 4/28/2025 11:51:23 AM | 58 | | b.scrancher Ben Scrancher | Great on Paysafe | | | Unknown | 11/12/19 | 12/11/2019 08:12:46(UTC+0) | | |
| 59 | b.scarlient.choice | 10/16/19 | 10/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scarlient.choice David Flynn b.scrancher Ben Scrancher (owner) | | Skype | b.scrancher | **Description: Tags:** Skype **Created:** 4/28/2025 11:51:23 AM **Modified:** 4/28/2025 11:51:23 AM | 59 | | b.scrancher Ben Scrancher | Will make the intro to ebooks today | | | Unknown | 11/12/19 | 12/11/2019 08:12:53(UTC+0) | | |
| 60 | b.scarlient.choice | 10/16/19 | 10/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scarlient.choice David Flynn b.scrancher Ben Scrancher (owner) | | Skype | b.scrancher | **Description: Tags:** Skype **Created:** 4/28/2025 11:51:23 AM **Modified:** 4/28/2025 11:51:23 AM | 60 | | b.scrancher Ben Scrancher | Also, are you free for a call with me and our CEO over the next couple of days? | | | Unknown | 11/12/19 | 12/11/2019 08:13:01(UTC+0) | | |

| # | | Date | Created | | Modified | Participants | | App | | Description | # | From | | Message | Direction | Date | Timestamp | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | b.scallon\.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scallon\.choice David Flynn, b.scrancher Ben Scrancher (owner) | | Skype | b.scrancher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 61 | b.scrancher Ben Scrancher | | Hey David, are you around this week? | Unknown | 11/18/19 | 16/11/2019 16:23:53(UTC+0) | |
| 62 | b.scallon\.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scallon\.choice David Flynn, b.scrancher Ben Scrancher (owner) | | Skype | b.scrancher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 62 | scallon\.choice David Flynn | | All with the Paysafe team in CA yesterday. Thanks for the intro. Sounds like they could be a good fit. | Unknown | 11/21/19 | 21/11/2019 00:08:42(UTC+0) | |
| 63 | b.scallon\.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scallon\.choice David Flynn, b.scrancher Ben Scrancher (owner) | | Skype | b.scrancher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 63 | scallon\.choice David Flynn | | Excellent. Was Shaun there? | Unknown | 11/21/19 | 21/11/2019 09:19:26(UTC+0) | |
| 64 | b.scallon\.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scallon\.choice David Flynn, b.scrancher Ben Scrancher (owner) | | Skype | b.scrancher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 64 | b.scrancher Ben Scrancher | | Hi David | Unknown | 11/26/19 | 26/11/2019 16:58:12(UTC+0) | |
| 65 | b.scallon\.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scallon\.choice David Flynn, b.scrancher Ben Scrancher (owner) | | Skype | b.scrancher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 65 | b.scrancher Ben Scrancher | | Are you aware of an issue with us having correct credentials for your new MID? | Unknown | 11/26/19 | 26/11/2019 16:58:35(UTC+0) | |
| 66 | b.scallon\.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scallon\.choice David Flynn, b.scrancher Ben Scrancher (owner) | | Skype | b.scrancher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 66 | b.scrancher Ben Scrancher | | Can we resolve this asap otherwise we won't be able to prevent or dispute your chargebacks | Unknown | 11/26/19 | 26/11/2019 17:00:08(UTC+0) | |
| 67 | b.scallon\.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scallon\.choice David Flynn, b.scrancher Ben Scrancher (owner) | | Skype | b.scrancher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 67 | scallon\.choice David Flynn | | News to me. Let me check into it | Unknown | 11/26/19 | 26/11/2019 17:12:46(UTC+0) | |
| 68 | b.scallon\.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scallon\.choice David Flynn, b.scrancher Ben Scrancher (owner) | | Skype | b.scrancher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 68 | b.scrancher Ben Scrancher | | Ok perfect thanks! | Unknown | 11/26/19 | 26/11/2019 17:20:40(UTC+0) | |
| 69 | b.scallon\.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scallon\.choice David Flynn, b.scrancher Ben Scrancher (owner) | | Skype | b.scrancher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 69 | b.scrancher Ben Scrancher | | Can you do a call this week? Want to intro you to our ceo | Unknown | 11/26/19 | 26/11/2019 17:45:49(UTC+0) | |
| 70 | b.scallon\.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scallon\.choice David Flynn, b.scrancher Ben Scrancher (owner) | | Skype | b.scrancher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 70 | b.scrancher Ben Scrancher | | Hey david | Unknown | 12/3/19 | 03/12/2019 07:58:14(UTC+0) | |

| # | | | | | | | | | Description | # | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 71 | b.scatterl.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatterl.choice David Flynn b.scrancher Ben Scrancher (owner) | Skype | b.scrancher | Description: Tags: Skype Created: 4/26/2025 11:51:23 AM Modified: 4/26/2025 11:51:23 AM | 71 | | b.scrancher Ben Scrancher | Nick updated me and I understand you need signers. I can help. When can you talk? | Unknown | 12/3/19 | 03/12/2019 07:58:31(UTC+0) | | | Trash |
| 72 | b.scatterl.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatterl.choice David Flynn b.scrancher Ben Scrancher (owner) | Skype | b.scrancher | Description: Tags: Skype Created: 4/26/2025 11:51:23 AM Modified: 4/26/2025 11:51:23 AM | 72 | | b.scrancher Ben Scrancher | Are you free today? | Unknown | 12/3/19 | 03/12/2019 22:00:04(UTC+0) | | | |
| 73 | b.scatterl.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatterl.choice David Flynn b.scrancher Ben Scrancher (owner) | Skype | b.scrancher | Description: Tags: Skype Created: 4/26/2025 11:51:23 AM Modified: 4/26/2025 11:51:23 AM | 73 | | b.scrancher Ben Scrancher | Yes what time is good | Unknown | 12/4/19 | 04/12/2019 08:00:46(UTC+0) | | | |
| 74 | b.scatterl.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatterl.choice David Flynn b.scrancher Ben Scrancher (owner) | Skype | b.scrancher | Description: Tags: Skype Created: 4/26/2025 11:51:23 AM Modified: 4/26/2025 11:51:23 AM | 74 | | b.scrancher Ben Scrancher | Hey David, when's good to talk today? | Unknown | 12/4/19 | 04/12/2019 14:29:22(UTC+0) | | | |
| 75 | b.scatterl.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatterl.choice David Flynn b.scrancher Ben Scrancher (owner) | Skype | b.scrancher | Description: Tags: Skype Created: 4/26/2025 11:51:23 AM Modified: 4/26/2025 11:51:23 AM | 75 | | scatterl.choice David Flynn | Any time Ben. | Unknown | 12/4/19 | 04/12/2019 19:32:01(UTC+0) | | | |
| 76 | b.scatterl.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatterl.choice David Flynn b.scrancher Ben Scrancher (owner) | Skype | b.scrancher | Description: Tags: Skype Created: 4/26/2025 11:51:23 AM Modified: 4/26/2025 11:51:23 AM | 76 | | b.scrancher Ben Scrancher | Call 00h 12m 10s | Unknown | 12/4/19 | 04/12/2019 20:08:09(UTC+0) | | | |
| 77 | b.scatterl.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatterl.choice David Flynn b.scrancher Ben Scrancher (owner) | Skype | b.scrancher | Description: Tags: Skype Created: 4/26/2025 11:51:23 AM Modified: 4/26/2025 11:51:23 AM | 77 | | scatterl.choice David Flynn | Ben, any chance of meeting Gary in Orlando? | Unknown | 12/5/19 | 05/12/2019 03:20:07(UTC+0) | | | |
| 78 | b.scatterl.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatterl.choice David Flynn b.scrancher Ben Scrancher (owner) | Skype | b.scrancher | Description: Tags: Skype Created: 4/26/2025 11:51:23 AM Modified: 4/26/2025 11:51:23 AM | 78 | | b.scrancher Ben Scrancher | Let me check later today | Unknown | 12/5/19 | 05/12/2019 08:23:27(UTC+0) | | | |
| 79 | b.scatterl.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatterl.choice David Flynn b.scrancher Ben Scrancher (owner) | Skype | b.scrancher | Description: Tags: Skype Created: 4/26/2025 11:51:23 AM Modified: 4/26/2025 11:51:23 AM | 79 | | b.scrancher Ben Scrancher | Whereabouts in Florida is your partner located? | Unknown | 12/5/19 | 05/12/2019 11:26:49(UTC+0) | | | |
| 80 | b.scatterl.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scatterl.choice David Flynn b.scrancher Ben Scrancher (owner) | Skype | b.scrancher | Description: Tags: Skype Created: 4/26/2025 11:51:23 AM Modified: 4/26/2025 11:51:23 AM | 80 | | scatterl.choice David Flynn | Port Orange by Daytona | Unknown | 12/5/19 | 05/12/2019 13:36:56(UTC+0) | | | |

| # | | | | | | | | | | # | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 81 | b.scanlon.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scanlon.choice David Flynn b.sciancher Ben Sciancher (owner) | Skype | b.sciancher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 81 | b.sciancher Ben Sciancher | | We'll really like to do it in Tampa as we want to show you round the operation and give you an idea of all the things we can help with. We can do some while boarding and make the meeting really productive. Tampa an hour or so from orlando but I just think that will be better. If not we can meet you anywhere but I think the office would be best. | Unknown | 12/5/19 | 05/12/2019 15:26:38(UTC+0) | Trash |
| 82 | b.scanlon.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scanlon.choice David Flynn b.sciancher Ben Sciancher (owner) | Skype | b.sciancher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 82 | b.sciancher Ben Sciancher | | Was that intro for cops helpful? | Unknown | 12/5/19 | 05/12/2019 19:40:29(UTC+0) | Trash |
| 83 | b.scanlon.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scanlon.choice David Flynn b.sciancher Ben Sciancher (owner) | Skype | b.sciancher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 83 | b.sciancher Ben Sciancher | | I have one more intro for you for that too. | Unknown | 12/5/19 | 05/12/2019 19:40:36(UTC+0) | |
| 84 | b.scanlon.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scanlon.choice David Flynn b.sciancher Ben Sciancher (owner) | Skype | b.sciancher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 84 | scanlon.choice David Flynn | | Yes. Another option would be good to compare. | Unknown | 12/5/19 | 05/12/2019 20:19:58(UTC+0) | |
| 85 | b.scanlon.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scanlon.choice David Flynn b.sciancher Ben Sciancher (owner) | Skype | b.sciancher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 85 | scanlon.choice David Flynn | | I'll get with rick on Tanya. | Unknown | 12/5/19 | 05/12/2019 20:20:08(UTC+0) | |
| 86 | b.scanlon.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scanlon.choice David Flynn b.sciancher Ben Sciancher (owner) | Skype | b.sciancher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 86 | b.sciancher Ben Sciancher | | Ok cool will intro | Unknown | 12/5/19 | 05/12/2019 20:23:44(UTC+0) | |
| 87 | b.scanlon.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scanlon.choice David Flynn b.sciancher Ben Sciancher (owner) | Skype | b.sciancher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 87 | b.sciancher Ben Sciancher | | Ok great let me know would be great to meet up | Unknown | 12/5/19 | 05/12/2019 20:24:02(UTC+0) | |
| 88 | b.scanlon.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scanlon.choice David Flynn b.sciancher Ben Sciancher (owner) | Skype | b.sciancher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 88 | b.sciancher Ben Sciancher | | Hey David, the guys I intro'd you to are not only the best in town, but also, checking around, the only that can deliver what you need at this moment in time. | Unknown | 12/5/19 | 05/12/2019 16:34:31(UTC+0) | Trash |
| 89 | b.scanlon.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scanlon.choice David Flynn b.sciancher Ben Sciancher (owner) | Skype | b.sciancher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 89 | scanlon.choice David Flynn | | Talked to rick about Tampa. He asked if Gary would be available to meet there next Thursday/Friday. | Unknown | 12/5/19 | 05/12/2019 16:57:24(UTC+0) | |
| 90 | b.scanlon.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | scanlon.choice David Flynn b.sciancher Ben Sciancher (owner) | Skype | b.sciancher | Description: Tags: Skype Created: 4/28/2025 11:51:23 AM Modified: 4/28/2025 11:51:23 AM | 90 | b.sciancher Ben Sciancher | | This week or next? | Unknown | 12/5/19 | 05/12/2019 19:02:37(UTC+0) | |

| # | | | | | | | | | Description | # | Sender | Message | | Date | Time | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 91 | b.scattert.choice | 10/16/19 | 10/10/2019 10:56:44(UTC+0) | 12/16/19 | 10/12/2019 16:08:20(UTC+0) | b.scatterchat David Flynn b.scatterchat Ben Scrancher (owner) | Skype | b.scatterchat | **Description:** **Tags:** Skype **Created:** 4/28/2025 11:51:23 AM **Modified:** 4/28/2025 11:51:23 AM | 91 | b.scattert.choice David Flynn | Next | Unknown | 12/9/19 | 09/12/2019 19:02:30(UTC+0) | |
| 92 | b.scattert.choice | 10/16/19 | 10/10/2019 10:56:44(UTC+0) | 12/16/19 | 10/12/2019 16:08:20(UTC+0) | b.scatterchat David Flynn b.scatterchat Ben Scrancher (owner) | Skype | b.scatterchat | **Description:** **Tags:** Skype **Created:** 4/28/2025 11:51:23 AM **Modified:** 4/28/2025 11:51:23 AM | 92 | b.scatterchat David Flynn | He's in the middle of a remodel and the house is all torn apart. Supposed to be wrapping up this week. | Unknown | 12/9/19 | 09/12/2019 19:03:38(UTC+0) | |
| 93 | b.scattert.choice | 10/16/19 | 10/10/2019 10:56:44(UTC+0) | 12/16/19 | 10/12/2019 16:08:20(UTC+0) | b.scatterchat David Flynn b.scatterchat Ben Scrancher (owner) | Skype | b.scatterchat | **Description:** **Tags:** Skype **Created:** 4/28/2025 11:51:23 AM **Modified:** 4/28/2025 11:51:23 AM | 93 | b.scatterchat Ben Scrancher | How about if we travel to you guys | Unknown | 12/10/19 | 10/12/2019 17:17:37(UTC+0) | |
| 94 | b.scattert.choice | 10/16/19 | 10/10/2019 10:56:44(UTC+0) | 12/16/19 | 10/12/2019 16:08:20(UTC+0) | b.scatterchat David Flynn b.scatterchat Ben Scrancher (owner) | Skype | b.scatterchat | **Description:** **Tags:** Skype **Created:** 4/28/2025 11:51:23 AM **Modified:** 4/28/2025 11:51:23 AM | 94 | b.scatterchat Ben Scrancher | Gary can't do next week | Unknown | 12/10/19 | 10/12/2019 17:17:42(UTC+0) | |
| 95 | b.scattert.choice | 10/16/19 | 10/10/2019 10:56:44(UTC+0) | 12/16/19 | 10/12/2019 16:08:20(UTC+0) | b.scatterchat David Flynn b.scatterchat Ben Scrancher (owner) | Skype | b.scatterchat | **Description:** **Tags:** Skype **Created:** 4/28/2025 11:51:23 AM **Modified:** 4/28/2025 11:51:23 AM | 95 | b.scatterchat Ben Scrancher | What's the nearest airport to Rick? | Unknown | 12/10/19 | 10/12/2019 17:17:57(UTC+0) | |
| 96 | b.scattert.choice | 10/16/19 | 10/10/2019 10:56:44(UTC+0) | 12/16/19 | 10/12/2019 16:08:20(UTC+0) | b.scatterchat David Flynn b.scatterchat Ben Scrancher (owner) | Skype | b.scatterchat | **Description:** **Tags:** Skype **Created:** 4/28/2025 11:51:23 AM **Modified:** 4/28/2025 11:51:23 AM | 96 | b.scatterchat Ben Scrancher | Hey David, Is flying to meet you and rick somewhere in Florida going to work either Thursday or Friday this week? | Unknown | 12/11/19 | 11/12/2019 17:46:52(UTC+0) | |
| 97 | b.scattert.choice | 10/16/19 | 10/10/2019 10:56:44(UTC+0) | 12/16/19 | 10/12/2019 16:08:20(UTC+0) | b.scatterchat David Flynn b.scatterchat Ben Scrancher (owner) | Skype | b.scatterchat | **Description:** **Tags:** Skype **Created:** 4/28/2025 11:51:23 AM **Modified:** 4/28/2025 11:51:23 AM | 97 | b.scatterchat David Flynn | Rick is in Daytona. | Unknown | 12/11/19 | 11/12/2019 19:28:38(UTC+0) | |
| 98 | b.scattert.choice | 10/16/19 | 10/10/2019 10:56:44(UTC+0) | 12/16/19 | 10/12/2019 16:08:20(UTC+0) | b.scatterchat David Flynn b.scatterchat Ben Scrancher (owner) | Skype | b.scatterchat | **Description:** **Tags:** Skype **Created:** 4/28/2025 11:51:23 AM **Modified:** 4/28/2025 11:51:23 AM | 98 | b.scatterchat David Flynn | Or we could meet after holidays | Unknown | 12/11/19 | 11/12/2019 19:28:50(UTC+0) | |
| 99 | b.scattert.choice | 10/16/19 | 10/10/2019 10:56:44(UTC+0) | 12/16/19 | 10/12/2019 16:08:20(UTC+0) | b.scatterchat David Flynn b.scatterchat Ben Scrancher (owner) | Skype | b.scatterchat | **Description:** **Tags:** Skype **Created:** 4/28/2025 11:51:23 AM **Modified:** 4/28/2025 11:51:23 AM | 99 | b.scatterchat Ben Scrancher | We can get to Daytona Thursday or Friday. Can you get there too? | Unknown | 12/11/19 | 11/12/2019 23:04:10(UTC+0) | |
| 100 | b.scattert.choice | 10/16/19 | 10/10/2019 10:56:44(UTC+0) | 12/16/19 | 10/12/2019 16:08:20(UTC+0) | b.scatterchat David Flynn b.scatterchat Ben Scrancher (owner) | Skype | b.scatterchat | **Description:** **Tags:** Skype **Created:** 4/28/2025 11:51:23 AM **Modified:** 4/28/2025 11:51:23 AM | 100 | b.scatterchat David Flynn | Probably. Let me check on rick. | Unknown | 12/12/19 | 12/12/2019 00:12:11(UTC+0) | |

| 101 | b.scarlenti.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:25(UTC+0) | scarlenti.choice David Pynn b.scienscher Ben Scienscher (owner) | Skype | b.scienscher | **Description:** **Tags:** Skype **Created:** 4/26/2025 11:51:23 AM **Modified:** 4/26/2025 11:51:23 AM | 101 | b.scienscher Ben Scienscher | Ok cool | | Unknown | 12/12/19 | 12/12/2019 00:29:11(UTC+0) | |
| 102 | b.scarlenti.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:25(UTC+0) | scarlenti.choice David Pynn b.scienscher Ben Scienscher (owner) | Skype | b.scienscher | **Description:** **Tags:** Skype **Created:** 4/26/2025 11:51:23 AM **Modified:** 4/26/2025 11:51:23 AM | 102 | b.scienscher Ben Scienscher | Let me know if there's a shot at this week working | | Unknown | 12/12/19 | 12/12/2019 15:20:03(UTC+0) | |
| 103 | b.scarlenti.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:25(UTC+0) | scarlenti.choice David Pynn b.scienscher Ben Scienscher (owner) | Skype | b.scienscher | **Description:** **Tags:** Skype **Created:** 4/26/2025 11:51:23 AM **Modified:** 4/26/2025 11:51:23 AM | 103 | b.scienscher Ben Scienscher | Hey David | | Unknown | 12/16/19 | 16/12/2019 16:07:53(UTC+0) | |
| 104 | b.scarlenti.choice | 10/16/19 | 16/10/2019 10:56:44(UTC+0) | 12/16/19 | 16/12/2019 16:08:25(UTC+0) | scarlenti.choice David Pynn b.scienscher Ben Scienscher (owner) | Skype | b.scienscher | **Description:** **Tags:** Skype **Created:** 4/26/2025 11:51:23 AM **Modified:** 4/26/2025 11:51:23 AM | 104 | b.scienscher Ben Scienscher | Let me know when you can next be in sunny florida or london and I'll set us some time up with gary | | Unknown | 12/16/19 | 16/12/2019 16:08:20(UTC+0) | |